UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>SUN LIFE FINANCIAL INC., et al.,<br><br>　　　　　　　　Defendants | No. 04-10584-NG |

## NOTICE OF APPEARANCE

Please enter the appearance of Jeffrey B. Rudman, William H. Paine, and Jonathan A. Shapiro, Hale and Dorr LLP, on behalf of defendants Massachusetts Financial Services Company and Sun Life Financial Inc.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　MASSACHUSETTS FINANCIAL
　　　　　　　　　　　　　　　　　　SERVICES COMPANY and SUN LIFE
　　　　　　　　　　　　　　　　　　FINANCIAL INC.,

　　　　　　　　　　　　　　　　　　By their attorneys,

　　　　　　　　　　　　　　　　　　/s/ Jonathan A. Shapiro
　　　　　　　　　　　　　　　　　　Jeffrey B. Rudman (BBO #433380)
　　　　　　　　　　　　　　　　　　William H. Paine (BBO #550506)
　　　　　　　　　　　　　　　　　　Jonathan A. Shapiro (BBO #567838)
　　　　　　　　　　　　　　　　　　Hale and Dorr LLP
　　　　　　　　　　　　　　　　　　60 State Street
　　　　　　　　　　　　　　　　　　Boston, MA  02109
　　　　　　　　　　　　　　　　　　(617) 526-6000

April 15, 2004

CERTIFICATE OF SERVICE

   I, Jonathan A. Shapiro, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Nancy Freeman Gans<br>Moulton & Gans, PC<br>33 Broad Street, Suite 1100<br>Boston, MA  02109 | Steven G. Schulman<br>Janine L. Pollack<br>Kim E. Levy<br>Peter E. Seidman<br>Milberg Weiss Bershad Hynes & Lerach LLP<br>One Pennsylvania Plaza, 49th Floor<br>New York, NY 10119 |
| Charles J. Piven<br>Marshall N. Perkins<br>Law Offices of Charles J. Piven, P.A.<br>The World Trade Center – Baltimore<br>Suite 2525<br>401 East Pratt Street<br>Baltimore, MD 21202 | John D. Donovan, Jr.<br>Jane Willis<br>Carisa Kleymeyer<br>Ropes & Gray<br>One International Place<br>Boston, MA 02110-2624<br>(617) 951-7000 |

                                                /s/ Jonathan A. Shapiro<br>
                                                Jonathan A. Shapiro

Dated:  April 15, 2004