UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br> v.<br><br>SUN LIFE FINANCIAL, INC., ET AL.,<br><br>      Defendants | No. 04-10584-NG |

**STIPULATION AND ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT**

  Plaintiff and defendants, by their undersigned counsel, hereby stipulate and agree that the time within which they may answer, move, or otherwise respond to the complaint in this action is extended to and including 45 days after the later of: (a) the Court's selection of a lead plaintiff pursuant to § 21D(a)(3) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78a, et seq.); or (b) the date on which a consolidated amended complaint, if any, is served upon defendants, either pursuant to a Court order issued in connection with the selection of a lead plaintiff or otherwise, or by agreement of the plaintiff in this action and the plaintiff(s) in any other action which is filed in this Court and which asserts claims similar to those alleged in the above-captioned action.

  The plaintiff and defendants respectfully request that the Court approve their stipulation.

-2-

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| Plaintiff, | Defendants, |
| By his attorney, | By their attorneys, |

/s/ Jonathan A. Shapiro
Nancy Freeman Gans (BBO #184540)
Moulton & Gans, P.C.
33 Broad Street, Suite 1100
Boston, MA 02109-4216
(617) 369-7979

/s/ Jonathan A. Shapiro
Jeffrey B. Rudman (BBO #433380)
William H. Paine (BBO #550506)
Jonathan A. Shapiro (BBO #567838)
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

April 15, 2004

SO ORDERED:

Dated:_____         _____
                                       Nancy Gertner
                                       United States District Judge

CERTIFICATE OF SERVICE

      I, Jonathan A. Shapiro, hereby certify that I caused a copy of the within documents to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Nancy Freeman Gans, Esq.<br>Moulton & Gans, P.C.<br>33 Broad Street, Suite 1100<br>Boston, MA  02109-4216 | Steven G. Schulman, Esq.<br>Janine L. Pollack, Esq.<br>Kim E. Levy, Esq.<br>Milberg Weiss Bershad Hynes & Lerach LLP<br>One Pennsylvania Plaza - 49th Floor<br>New York, NY  10119 |
| Charles J. Piven, Esq.<br>Marshall N. Perkins, Esq.<br>Law Offices of Charles J. Piven, P.A.<br>The World Trade Center - Baltimore<br>401 East Pratt Street, Suite 25<br>Baltimore, MD  21202 | |

                                                       /s/ Jonathan A. Shapiro
                                                       Jonathan A. Shapiro

Dated:  April 15, 2004