UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br>v.<br><br>SUN LIFE FINANCIAL, INC., ET AL.,<br><br>                Defendants. | Civil Action No. 04-10584-NG |

**ASSENTED-TO JOINDER OF DEFENDANT
KEVIN R. PARKE IN THE APRIL 15, 2004 STIPULATION
AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

Defendant Kevin R. Parke, by his undersigned counsel, hereby joins in the April 15, 2004 Stipulation and Order To Extend Time To Respond To Complaint. Counsel for the Plaintiff assents to this Joinder.

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| Plaintiff, | Defendant Kevin R. Parke, |
| By his attorney, | By his attorneys, |
| /S/ Nancy Freeman Gans | /S/ George J. Skelly |
| Nancy Freeman Gans (BBO#184540)<br>Moulton & Gans, P.C.<br>33 Broad Street, Suite 1100<br>Boston, Massachusetts 02109<br>(617) 369-7979 | George J. Skelly (BBO#546797)<br>David M. Ryan (BBO#644037)<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, Massachusetts 02109<br>(617) 526-6000 |

April 29, 2004

SO ORDERED:

Dated:_____

_____
Nancy Gertner
United States District Judge

BOS1377512.1

CERTIFICATE OF SERVICE

I, David M. Ryan, certify that I caused a copy of the foregoing document to be served on electronically, pursuant to the Court's October 24, 2003 Standing Order on Electronic Case Filing, on:

Nancy Freeman Gans, Esq.  
Moulton & Gans, P.C.  
33 Broad Street, Suite 1100  
Boston, Massachusetts 02109

Jonathan A. Shapiro, Esq.  
Hale & Dorr LLP  
60 State Street  
Boston, Massachusetts 02109

And via regular mail on

Charles J. Piven, Esq.  
Marshall N. Perkins, Esq.  
Law Offices of Charles J. Piven, P.A.  
The World Trade Center—Baltimore  
401 East Pratt Street, Suite 25  
Baltimore, Maryland 21202

Steven G. Schulman, Esq.  
Janine L. Pollack, Esq.  
Kim E. Levy, Esq.  
Milberg Weiss Bershad Hynes & Lerach LLP  
One Pennsylvania Plaza-49th Floor  
New York, New York 10119

/S/ David M. Ryan  
_____  
David M. Ryan