UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, Individually and on behalf of all others similarly situated<br><br>Plaintiff<br><br>v.<br><br>SUN LIFE FINANCIAL, INC., *et al.*<br><br>Defendants | Case No. 1:04-cv-10584-NG<br><br>FILING FEE PAID:<br>RECEIPT #_____<br>AMOUNT $_____<br>BY DPTY CLK_____ |

## MOTION TO ADMIT PRO HAC VICE

Now comes Nancy Freeman Gans, a member in good standing of the bar of this Court, and moves the admission in the above-entitled cause of action of Marshall N. Perkins, Esquire, of Law Offices Of Charles J. Piven, P.A. of Baltimore, Maryland. Attorney Perkins certifies (see Certificate attached to this motion as Exhibit A) that (1) he is a member of the bar in good standing in all jurisdictions where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I have filed an appearance in the above-entitled action.

Respectfully submitted,

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail (by hand) on _____

Nancy Freeman Gans, BBO #184540
**MOULTON & GANS, P.C.**
33 Broad Street, Suite 1100
Boston, Massachusetts 02109
(617) 369-7979

Dated: May __10__, 2004

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, Individually and on behalf of all others similarly situated<br><br>Plaintiff<br><br>v.<br><br>SUN LIFE FINANCIAL, INC., *et al.*<br><br>Defendants | Case No. 1:04-cv-10584-NG |

## CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Marshall N. Perkins, hereby certify that:

1. I am a member in good standing of the Maryland bar, and I am licensed to practice in the Court of Appeals of Maryland, the United States District Court for the District of Maryland and the United States Court of Appeals for the 4th Circuit.

2. There are no disciplinary proceedings pending against me as a member of the foregoing bars; and

3. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

Dated: _____5/7/04_____   LAW OFFICES OF CHARLES J. PIVEN, P.A.

*[signature: Marshall M. Perkins]*
_____
Marshall N. Perkins
The World Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, Maryland 21202
410/332-0030