## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Eric Forsythe, Individually And On Behalf Of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Sun Life Financial Inc., et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 04cv10584 (NG) |
| Larry R. Eddings, Individually And On Behalf Of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Sun Life Financial Inc., et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 04cv10764 (NG) |

### **MOTION FOR CONSOLIDATION**

Plaintiffs Eric Forsythe and Larry R. Eddings ("Plaintiffs"), by their counsel, hereby move this Court for entry of an Order (attached hereto): (i) consolidating the above-captioned actions (the "Actions"); and (ii) establishing a briefing schedule. In support of this Motion, Plaintiffs submit herewith a Memorandum of Law, a Declaration, and [Proposed] Pretrial Order No. 1 For Consolidation.

Dated: May 14, 2004                     Respectfully submitted,

                                                                          **MOULTON & GANS, P.C.**

By: /s/ Nancy Freeman Gans
     Nancy Freeman Gans (BBO #184540)
33 Broad Street, Suite 1100
Boston, Massachusetts 02109-4216
(617) 369-7979

*Counsel for Plaintiffs Eric Forsythe and Larry R. Eddings and Proposed Liaison Counsel*

**MILBERG WEISS BERSHAD**
  **& SCHULMAN LLP**
Steven G. Schulman
Janine L. Pollack
Kim E. Levy
One Pennsylvania Plaza
New York, New York 10119-0165
(212) 594-5300

*Counsel for Plaintiff Eric Forsythe and Proposed Co-Lead Counsel*

**WEISS & YOURMAN**
Joseph H. Weiss
Richard Acocelli
551 Fifth Avenue, Suite 1600
New York, New York 10176
(212) 682-3025

*Counsel for Plaintiff Larry R. Eddings and Proposed Co-Lead Counsel*

**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
Charles J. Piven
Marshall N. Perkins
The World Trade Center - Baltimore
Suite 2525
401 East Pratt Street
Baltimore, Maryland  21202
(410) 332-0030

*Counsel for Plaintiff Eric Forsythe*


**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th Street
New York, New York  10017
(212) 687-7230

*Counsel for Plaintiff Larry R. Eddings*

**LOCAL RULE 7.1 CERTIFICATE**

I, Nancy Freeman Gans, counsel for plaintiffs Eric Forsythe and Larry R. Eddings, hereby certify that I spoke with John J. Falvey, Jr. of Testa, Hurwitz & Thibeault and James C. Rehnquist of Goodwin Proctor LLP, regarding the Motion For Consolidation. Furthermore, I certify that Daniel P. Dietrich, counsel for plaintiff Eric Forsythe, spoke with Amanda Masselam of Hale & Dorr LLP, who stated that she has spoken to George J. Skelly of Nixon Peabody LLP, regarding the Motion to Consolidate. All defense counsel that we have spoken with have indicated that they do not oppose consolidation, but they do oppose the name used in the caption of the consolidated cases. I have left messages for John D. Donovan of Ropes & Gray LLP, but have not been able to confer with him regarding the Motion For Consolidation.

Dated:   May 14, 2004

/s/ Nancy Freeman Gans
Nancy Freeman Gans

**CERTIFICATE OF SERVICE**

I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail, postage prepaid, on May 14, 2004.

/s/ Nancy Freeman Gans
Nancy Freeman Gans