# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Eric Forsythe, Individually And On Behalf Of All Others Similarly Situated,<br><br>                    Plaintiff,<br>vs.<br>Sun Life Financial Inc., et al.,<br><br>                    Defendants. | Civil Action No. 04cv10584 (NG) |
| Larry R. Eddings, Individually And On Behalf Of All Others Similarly Situated,<br><br>                    Plaintiff,<br>vs.<br>Sun Life Financial Inc., et al.,<br><br>                    Defendants. | Civil Action No. 04cv10764 (NG) |

## MOTION FOR APPOINTMENT OF CO-LEAD COUNSEL
## AND APPOINTMENT OF LIAISON COUNSEL

Plaintiffs Eric Forsythe and Larry R. Eddings ("Plaintiffs"), by their counsel, hereby move this Court for an Order (attached hereto) approving Plaintiffs' selection of: (i) Milberg Weiss Bershad & Schulman LLP ("Milberg Weiss") and Weiss & Yourman as Co-Lead Counsel to oversee the above-captioned actions (the "Actions"); and (ii) Moulton & Gans, P.C. as Liaison Counsel. In support of this Motion, Plaintiffs submit herewith a Memorandum of Law, a Declaration, and [Proposed] Pretrial Order No. 2 For Appointment Of Co-Lead Counsel And Appointment Of Liaison Counsel.

Dated:   May 14, 2004

Respectfully submitted,

**MOULTON & GANS, P.C.**

By: /s/ Nancy Freeman Gans
    Nancy Freeman Gans (BBO #184540)
33 Broad Street, Suite 1100
Boston, Massachusetts 02109-4216
(617) 369-7979

*Counsel for Plaintiffs Eric Forsythe and Larry R. Eddings and Proposed Liaison Counsel*

**MILBERG WEISS BERSHAD**
  **& SCHULMAN LLP**
Steven G. Schulman
Janine L. Pollack
Kim E. Levy
One Pennsylvania Plaza
New York, New York 10119-0165
(212) 594-5300

*Counsel for Plaintiff Eric Forsythe and Proposed Co-Lead Counsel*

**WEISS & YOURMAN**
Joseph H. Weiss
Richard Acocelli
551 Fifth Avenue, Suite 1600
New York, New York 10176
(212) 682-3025

*Counsel for Plaintiff Larry R. Eddings and Proposed Co-Lead Counsel*

**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
Charles J. Piven
Marshall N. Perkins
The World Trade Center - Baltimore
Suite 2525
401 East Pratt Street
Baltimore, Maryland  21202
(410) 332-0030

*Counsel for Plaintiff Eric Forsythe*


**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th Street
New York, New York  10017
(212) 687-7230

*Counsel for Plaintiff Larry R. Eddings*

## LOCAL RULE 7.1 CERTIFICATE

I, Nancy Freeman Gans, counsel for plaintiffs Eric Forsythe and Larry R. Eddings, certify that I have notified, as a courtesy, Jonathan Shapiro of Hale & Dorr LLP and George J. Skelly of Nixon Peabody LLP, about the filing of the Motion For Appointment of Co-Lead Counsel And Appointment of Liaison Counsel and consulted with them about the service issue. I further certify that Daniel P. Dietrich, counsel for plaintiff Eric Forsythe, has consulted with John J. Falvey, Jr. of Testa, Hurwitz & Thibeault on the service issue. I have left messages with James C. Rehnquist of Goodwin Proctor LLP and John D. Donovan of Ropes & Gray LLP but have been unable to confer with them.

Dated:   May 14, 2004

/s/ Nancy Freeman Gans
Nancy Freeman Gans

## CERTIFICATE OF SERVICE

I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail, postage prepaid, on May 14, 2004.

/s/ Nancy Freeman Gans
Nancy Freeman Gans