# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Eric Forsythe, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>Sun Life Financial Inc., et al.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) | Civil Action No. 04cv10584 (NG) |
| Larry R. Eddings, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br>vs.<br><br>Sun Life Financial Inc., et al.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 04cv10764 (NG) |

## MEMORANDUM OF LAW IN SUPPORT OF THE MOTION FOR APPOINTMENT OF CO-LEAD COUNSEL AND APPOINTMENT OF LIAISON COUNSEL

## <u>TABLE OF CONTENTS</u>

**Page**

INTRODUCTION ...................................................................................................................1

FACTUAL BACKGROUND.................................................................................................1

ARGUMENT............................................................................................................................2

CONCLUSION……………………………………………………………………………3

Plaintiffs Eric Forsythe and Larry R. Eddings ("Plaintiffs"), by their counsel, hereby move this Court for an Order (attached hereto) approving Plaintiffs' selection of: (i) Milberg Weiss Bershad & Schulman LLP ("Milberg Weiss") and Weiss & Yourman as Co-Lead Counsel to oversee the above-captioned actions (the "Actions"); and (ii) Moulton & Gans, P.C. as Liaison Counsel.

## INTRODUCTION

As of May 13, 2004 there were two related actions pending in this District brought on behalf of a class of investors in mutual funds belonging to the Massachusetts Financial Services Company ("MFS") family of mutual funds (the "MFS Funds"), and derivatively on behalf of the MFS Funds, against the MFS Funds investment advisers, their corporate parents and the MFS Funds trustees during class periods beginning March 24, 1999 and ending November 17, 2003 (the "Class Period"). The Actions allege a variety of claims, specifically violations of §§ 34(b), 36(b) and 48(a) of the Investment Company Act of 1940 (the "Investment Company Act"), violations of §§ 206 and 215 of the Investment Advisers Act of 1940 (the "Investment Advisers Act"), breaches of fiduciary duty and aiding and abetting breaches of fiduciary duty.

## FACTUAL BACKGROUND

The Actions both allege that the MFS investment advisers named as defendants (the "Investment Adviser Defendants") breached their duties to the MFS Funds and MFS investors by drawing upon the assets of the MFS Funds to pay brokerages, including Morgan Stanley DW Inc. ("Morgan Stanley"), to aggressively push MFS Funds over other funds, and also allege that such investment advisers concealed such payments from investors by disguising them as brokerage commissions.

<u>ARGUMENT</u>

**MILBERG WEISS AND WEISS & YOURMAN**
**<u>SHOULD BE APPOINTED AS CO-LEAD COUNSEL</u>**

This Court should appoint the law firms of Milberg Weiss and Weiss & Yourman as Co-Lead Counsel of the Actions. Milberg Weiss is counsel for plaintiff Eric Forsythe. Weiss & Yourman is counsel for plaintiff Larry R. Eddings. Milberg Weiss and Weiss & Yourman have substantial experience in the prosecution of shareholder and securities class and derivative actions, and have the resources necessary to efficiently conduct this litigation. *See* Exhibits A and B, Milberg Weiss and Weiss & Yourman Firm Resumes.[1] Milberg Weiss and Weiss & Yourman are well-qualified to act as Co-Lead Counsel by virtue of their resources, experience and track record in the area of class action litigation. Milberg Weiss has spearheaded some of the largest and most complex class actions in history, such as *In re NASDAQ Market-Makers Antitrust Litig.*, Civ. No. 3996 (S.D.N.Y.), *In re Initial Public Offering Sec. Litig.*, Master File No. 21 MC 92 (S.D.N.Y.), and *In re Enron Corp., Sec. Litig.*, No. H-01-3624 (S.D. Tex.). Weiss & Yourman has been commended by several courts for its expertise and ability in prosecuting such cases as *In re United Telecomm., Inc. Sec. Litig.*, No. 90-2251-0 (D. Kan.), *In In re VeriFone Inc. Sec. Litig.*, No. C-93-3640 DCJ (N.D. Cal.), and *In re Western Digital Sec. Litig.*, SACV 91-375(A) GLT (RWRx) (C.D. Cal.). Accordingly, the Court can rest assured that Milberg Weiss and Weiss & Yourman will similarly be capable of harmonizing the efforts of all counsel involved in this litigation.

---

[1] Exhibits A and B are attached to the Declaration of Kim E. Levy In Support Of The Motion For Appointment Of Co-Lead Counsel And Appointment Of Liaison Counsel (the "Levy Decl.), submitted contemporaneously herewith.

The law firm of Moulton & Gans, P.C. should be appointed as Liaison Counsel. The appointment will promote judicial economy and is consistent with the recommendations of § 20.221 of the Manual for Complex Litigation (3d ed. 1995) which discusses coordination in multiparty litigation.

## CONCLUSION

For the foregoing reasons, this Court should appoint Milberg Weiss and Weiss & Yourman as Co-Lead Counsel and Moulton & Gans, P.C. as Liaison Counsel and grant any such further relief as this Court deems just and appropriate.

Dated:   May 14, 2004                    Respectfully submitted,

**MOULTON & GANS, P.C.**

By: /s/ Nancy Freeman Gans
     Nancy Freeman Gans (BBO #184540)
33 Broad Street, Suite 1100
Boston, Massachusetts 02109-4216
(617) 369-7979

*Counsel for Plaintiffs Eric Forsythe and Larry R. Eddings and Proposed Liaison Counsel*

**MILBERG WEISS BERSHAD
   & SCHULMAN LLP**
Steven G. Schulman
Janine L. Pollack
Kim E. Levy
One Pennsylvania Plaza
New York, New York 10119-0165
(212) 594-5300

*Counsel for Plaintiff Eric Forsythe and Proposed Co-Lead Counsel*

**WEISS & YOURMAN**
Joseph H. Weiss
Richard Acocelli
551 Fifth Avenue, Suite 1600
New York, New York  10176
(212) 682-3025

*Counsel for Plaintiff Larry R. Eddings and
Proposed Co-Lead Counsel*


**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
Charles J. Piven
Marshall N. Perkins
The World Trade Center - Baltimore
Suite 2525
401 East Pratt Street
Baltimore, Maryland  21202
(410) 332-0030

*Counsel for Plaintiff Eric Forsythe*


**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th Street
New York, New York  10017
(212) 687-7230

*Counsel for Plaintiff Larry R. Eddings*


## CERTIFICATE OF SERVICE

    I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party by hand on May 14, 2004.

/s/ Nancy Freeman Gans
Nancy Freeman Gans
