AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

ERIC FORSYTHE, Individually And On Behalf
Of All Others Similarly Situated,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

SEE ATTACHED LISTING OF DEFENDANTS

**04 10584 NG**

TO: (Name and address of defendant)

MASSACHUSETTS FINANCIAL SERVICES COMPANY
500 Boylston Street
Boston, MA 02116

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | | |
|---|---|---|
| Nancy Freeman Gans | Steven G. Schulman | Charles J. Piven |
| MOULTON & GANS, P.C. | Janine L. Pollack | Marshall N. Perkins |
| 33 Broad St., Suite 1100 | Kim E. Levy | LAW OFFICES OF CHARLES J. |
| Boston, MA 02109-4216 | Peter E. Seidman | PIVEN, P.A. |
| 617-369-7979 | MILBERG WEISS BERSHAD HYNES | The World Trade Center - |
| | & LERACH LLP | Baltimore |
| | One Pennsylvania Plaza | 401 East Pratt St., Suite 2525 |
| | New York, NY 10119-0165 | Baltimore, MD 21202 |
| | 212-594-5300 | 410-332-0030 |

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

MAR 25 2004

CLERK

DATE

(signature)

(BY) DEPUTY CLERK

# LISTING OF DEFENDANTS

**Defendants**

Sun Life Financial Inc.
Massachusetts Financial Services Company (d/b/a "Mfs Investment Management")
Jeffrey L. Shames
John W. Ballen
Kevin J. Parke
Lawrence H. Cohn
William R. Gutow
J. Atwood Ives
Abby M. O'neill
Lawrence T. Perera
William J. Poorvu
J. Dale Sherratt
Elaine R. Smith
Ward Smith
John Does 1-100

**Nominal Defendants**

MFS Capital Opportunities Fund
MFS Core Growth Fund
MFS Emerging Growth Fund
MFS Growth Opportunities Fund
MFS Large Cap Growth Fund
MFS Managed Sectors Fund
MFS Mid Cap Growth Fund
MFS New Discovery Fund
MFS New Endeavor Fund
MFS Research Fund
MFS Strategic Growth Fund
MFS Technology Fund
Massachusetts Investors Growth Stock
MFS Mid Cap Value Fund
MFS Research Growth And Income Fund
MFS Strategic Value Fund
MFS Total Return Fund
MFS Union Standard Equity Fund
MFS Utilities Fund
MFS Value Fund
Massachusetts Investors Trust
MFS Aggressive Growth Allocation Fund
MFS Conservative Allocation Fund

MFS Growth Allocation Fund
MFS Moderate Allocation Fund
MFS Bond Fund
MFS Emerging Markets Debt Fund
MFS Government Limited Maturity Fund
MFS Government Mortgage Fund
MFS Government Securities Fund
MFS High Income Fund
MFS High Yield Opportunities Fund
MFS Intermediate Investment Grade Bond Fund
MFS Limited Maturity Fund
MFS Research Bond Fund
MFS Strategic Income Fund
MFS Alabama Municipal Bond Fund
MFS Arkansas Municipal Bond Fund
MFS California Municipal Bond Fund
MFS Florida Municipal Bond Fund
MFS Georgia Municipal Bond Fund
MFS Maryland Municipal Bond Fund
MFS Massachusetts Municipal Bond Fund
MFS Mississippi Municipal Bond Fund
MFS Municipal Bond Fund
MFS Municipal Limited Maturity Fund
MFS New York Municipal Bond Fund
MFS North Carolina Municipal Bond Fund
MFS Pennsylvania Municipal Bond Fund
MFS South Carolina Municipal Bond Fund
MFS Tennessee Municipal Bond Fund
MFS Virginia Municipal Bond Fund
MFS West Virginia Municipal Bond Fund
MFS Emerging Markets Equity Fund
MFS Global Equity Fund
MFS Global Growth Fund
MFS Global Total Return Fund
MFS International Growth Fund
MFS International New Discovery Fund
MFS International Value Fund
MFS Research International Fund
MFS Cash Reserve Fund
MFS Government Money Market Fund
MFS Money Market Fund