AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF **MASSACHUSETTS**

ERIC FORSYTHE, Individually And On Behalf Of All Others Similarly Situated,

V.

SEE ATTACHED LISTING OF DEFENDANTS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04 10584 NG**

TO: (Name and address of defendant)

J. DALE SHERRATT

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | | |
|---|---|---|
| Nancy Freeman Gans<br>MOULTON & GANS, P.C.<br>33 Broad St., Suite 1100<br>Boston, MA 02109-4216<br>617-369-7979 | Steven G. Schulman<br>Janine L. Pollack<br>Kim E. Levy<br>Peter E. Seidman<br>MILBERG WEISS BERSHAD HYNES<br>& LERACH LLP<br>One Pennsylvania Plaza<br>New York, NY 10119-0165<br>212-594-5300 | Charles J. Piven<br>Marshall N. Perkins<br>LAW OFFICES OF CHARLES J.<br>PIVEN, P.A.<br>The World Trade Center -<br>Baltimore<br>401 East Pratt St., Suite 2525<br>Baltimore, MD 21202<br>410-332-0030 |

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

MAR 25 2004

DATE

(BY) DEPUTY CLERK