AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF __MASSACHUSETTS__

ERIC FORSYTHE, Individually And On Behalf
Of All Others Similarly Situated,

V.

SEE ATTACHED LISTING OF DEFENDANTS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04  10584  NG**

TO: (Name and address of defendant)

ELAINE R. SMITH

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nancy Freeman Gans
MOULTON & GANS, P.C.
33 Broad St., Suite 1100
Boston, MA 02109-4216
617-369-7979

Steven G. Schulman
Janine L. Pollack
Kim E. Levy
Peter E. Seidman
MILBERG WEISS BERSHAD HYNES
  & LERACH LLP
One Pennsylvania Plaza
New York, NY 10119-0165
212-594-5300

Charles J. Piven
Marshall N. Perkins
LAW OFFICES OF CHARLES J.
  PIVEN, P.A.
The World Trade Center -
  Baltimore
401 East Pratt St., Suite 2525
Baltimore, MD 21202
410-332-0030

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



**TONY ANASTAS**

CLERK

_[signature]_

(BY) DEPUTY CLERK

MAR 25 2004

DATE