## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RE:    Civil  No.  ___04cv10584_____

    Title:  _____Forsythe v. Sun Life Financial Inc., et al_____

## **N O T I C E**

Pursuant to Local Rule 40.1(E) (4), the above-entitled case has been

returned to the Clerk for reassignment.  Please take notice that this case previously

assigned to Judge __Gertner_____ has been reassigned to Judge ___O'Toole_____for all

further proceedings.  From this date forward the case number on all pleadings should be

followed by the initials _GAO__.

Thank you for your cooperation in this matter.


TONY ANASTAS
CLERK OF COURT


By:    __/s/ Jennifer Filo_____
Deputy Clerk

Date:  _5/19/04____

(Notice of LR40.1 Reassign.wpd - 3/15/02)                                    [ntccsasgn.]