UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, Individually and on Behalf of All Others Similarly Situated,<br><br>                         Plaintiff,<br><br>v.<br><br>SUN LIFE FINANCIAL INC., et al.,<br><br>                         Defendants. | Civil Action<br>No. 04-cv-10584-GAO |

## NOTICE OF CHANGE OF FIRM NAME

      Effective May 31, 2004, Hale and Dorr LLP merged with Wilmer Cutler Pickering LLP. The new firm's name is Wilmer Cutler Pickering Hale and Dorr LLP. All future reference to Hale and Dorr LLP in this matter should be to Wilmer Cutler Pickering Hale and Dorr LLP. The firm and its lawyers' address, telephone numbers and fax numbers remain the same. The format of our lawyers' email addresses has changed to firstname.lastname@wilmerhale.com.

Respectfully submitted,

**WILMER CUTLER PICKERING HALE AND DORR LLP**

/s/ Jonathan A. Shapiro_____
Jeffrey B. Rudman (BBO #433380)
William H. Paine (BBO #550506)
Jonathan A. Shapiro (BBO #567838)
60 State Street
Boston, MA   02109
(617) 526-6000

Attorneys for Defendants

Dated:  June 1, 2004

## CERTIFICATE OF SERVICE

       I, Matthew A. Stowe, hereby certify that I caused a copy of this document to be served by either electronic mail or first-class mail to:

Nancy Freeman Gans
MOULTON & GANS, P.C.
33 Broad Street, Suite 1800
Boston, MA 02109

Charles J. Piven
Marshall N. Perkins
Law Offices of Charles J. Piven, P.A.
The World Trade Center – Baltimore
401 East Pratt Street, Suite 25
Baltimore, MD 21202

Steven G. Schulman
Janine L. Pollack
Kim E. Levy
Peter E. Seidman
MILBERG WEISS BERSHAD
& SCHULMAN LLP
One Pennsylvania Plaza – 49th Floor
New York, NY 10119

    /s/ Matthew A. Stowe_____
    Matthew A. Stowe

June 1, 2004