FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2004 JUN 16 P 1:17

US DISTRICT COURT
DISTRICT OF MASS

----------------------------------------x

ERIC FORSYTHE, Individually, and On Behalf of
All Others Similarly Situated,

          Plaintiff,

vs.

SUN LIFE FINANCIAL INC., et als.,

          Defendants,

----------------------------------------x

C.A. No. 04-CV-10584 (GAO)

FILING FEE PAID:
RECEIPT #_____
AMOUNT $_____
BY DPTY CLK_____
DATE_____

## MOTION TO ADMIT PRO HAC VICE

Now comes Nancy Freeman Gans, a member in good standing of the bar of this Court, and moves the admission in the above-entitled cause of action of Steven G. Schulman, Esquire, Kim E. Levy, Esquire, and Michael R. Reese, Esquire, of Milberg Weiss Bershad & Schulman LLP, of New York, New York. Attorneys Schulman, Levy and Reese each certifies (see Certificates attached to this motion as Exhibit A) that (1) he/she is a member of the bar in good standing in all jurisdictions where he/she has been admitted to practice; (2) there are no disciplinary proceedings pending against him/her as a member of the bar in any jurisdiction; and (3) he/she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I have filed an appearance in the above-entitled action.

DATED:    June 16, 2004           Respectfully submitted,

By:

**MOULTON & GANS, P.C.**

By: _____
Nancy Freeman Gans (BBO #184540)
33 Broad Street, Suite 1100
Boston, Massachusetts 02109-4216
(617) 369-7979

*Plaintiffs' Counsel*

## CERTIFICATE OF SERVICE

I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon each party by mailing a copy of same, postage prepaid, to all counsel of record on June 16, 2004.

*Nancy Freeman Gans*
Nancy Freeman Gans