## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ERIC FORSYTHE, Individually And On Behalf Of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 04cv10584 (GAO) |
| vs. | ) ) | |
| SUN LIFE FINANCIAL INC., et al., | ) ) | |
| Defendants. | ) ) | |
| LARRY R. EDDINGS, Individually And On Behalf Of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 04cv10764 (GAO) |
| vs. | ) ) | |
| SUN LIFE FINANCIAL INC., et al., | ) ) | |
| Defendants. | ) ) | |
| RICHARD KOSLOW, Individually And On Behalf Of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 04cv11019 (GAO) |
| vs. | ) ) | |
| SUN LIFE FINANCIAL INC., et al., | ) ) | |
| Defendants. | ) ) | |

**[caption continues on next page]**

**AMENDED MOTION FOR APPOINTMENT OF CO-LEAD
PLAINTIFFS, APPOINTMENT OF CO-LEAD COUNSEL
AND APPOINTMENT OF LIAISON COUNSEL AND FOR LEAVE TO
<u>FILE A REPLY REGARDING CONSOLIDATION</u>**

| | |
|---|---|
| MARCUS DUMOND, HENRY BERDAT, STUART V. And ROSEMARY STURGESS, KATHLEEN BLAIR, WILLIAM And MARGIE BOOTH, KAREN PEACH, And RICHARD And EVELYN KELLER, <br><br> Plaintiff, <br><br> vs. <br><br> MASSACHUSETTS FINANCIAL SERVICES COMPANY And MFS FUND DISTRIBUTORS, INC., <br><br> Defendants. | Civil Action No. 04cv11458 (GAO) |

Plaintiffs Eric Forsythe ("Forsythe") and Larry R. Eddings ("Eddings"), by their counsel, hereby move this Court for an Order (attached hereto): (i) appointing Forsythe, Eddings and the City of Chicago Deferred Compensation Plan (collectively, "Plaintiffs") as Co-Lead Plaintiffs; (ii) approving Plaintiffs' selection of Milberg Weiss Bershad & Schulman LLP, Weiss & Yourman and Bernstein Litowitz Berger & Grossmann LLP as Co-Lead Counsel to oversee the above-captioned actions (the "Actions"); and (iii) approving Plaintiffs' selection of Moulton & Gans, P.C. as Liaison Counsel.  In support of this Amended Motion, Plaintiffs submit herewith a Memorandum of Law (included with Plaintiffs' Reply Brief in Support of Consolidation), a Declaration, and Amended [Proposed] Pretrial Order No. 2 For Appointment Of Co-Lead Plaintiffs, Appointment of Co-Lead Counsel And Appointment Of Liaison Counsel.

Plaintiffs also move this Court for leave to file the attached Reply Memorandum regarding the Memorandum of Law In Opposition To Motions For Consolidation And For Appointment Of Co-Lead Counsel, filed on July 21, 2004.  The grounds for this motion are that the *Dumond* opposition raises issues previously unaddressed and the Reply Memorandum will aid the court in the determination of this matter.

Dated:   September 15, 2004            Respectfully submitted,

**MOULTON & GANS, P.C.**

By:   /s/ Nancy Freeman Gans
    Nancy Freeman Gans (BBO #184540)
33 Broad Street, Suite 1100
Boston, Massachusetts  02109-4216
(617) 369-7979

*Counsel for Plaintiffs Eric Forsythe and Larry R. Eddings and Proposed Liaison Counsel*

3

**MILBERG WEISS BERSHAD
  & SCHULMAN LLP**
Steven G. Schulman
Janine L. Pollack
Kim E. Levy
One Pennsylvania Plaza
New York, New York  10119-0165
(212) 594-5300

*Counsel for Plaintiff Eric Forsythe and Proposed Co-Lead Counsel*


**BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP**
Alan Schulman
Robert S. Gans
Timothy A. DeLange
Jerald D. Bien-Willner
12544 High Bluff Drive, Suite 150
San Diego, California 92130
(858) 793-0070

*Counsel for Plaintiff Chicago Deferred Compensation Plan and Proposed Co-Lead Counsel*


**WEISS & YOURMAN**
Joseph H. Weiss
Richard Acocelli
551 Fifth Avenue, Suite 1600
New York, New York  10176
(212) 682-3025

*Counsel for Plaintiff Larry R. Eddings and Proposed Co-Lead Counsel*

**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
Charles J. Piven
Marshall N. Perkins
The World Trade Center – Baltimore
Suite 2525
401 East Pratt Street
Baltimore, Maryland  21202
(410) 332-0030

*Counsel for Plaintiff Eric Forsythe*


**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th Street
New York, New York  10017
(212) 687-7230

*Counsel for Plaintiff Larry R. Eddings*


**SCHIFFRIN & BARROWAY, LLP**
Marc A. Topaz
Richard A. Maniskas
Three Bala Plaza East
Suite 400
Bala Cynwyd, Pennsylvania  19004
(610) 667-7706

*Counsel for Plaintiff Richard Koslow*


**GILMAN AND PASTOR LLP**
David Pastor (BBO #391000)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, Massachusetts  01906
(781) 231-7850

*Counsel for Plaintiff Richard Koslow*

5

## LOCAL RULE 7.1 CERTIFICATE

  I, Nancy Freeman Gans, counsel for plaintiffs Eric Forsythe and Larry R. Eddings, certify that I have today, September 14, 2004, notified, as a courtesy, Jonathan Shapiro of Hale & Dorr LLP, George J. Skelly of Nixon Peabody LLP, John J. Falvey, Jr. of Testa, Hurwitz & Thibeault James C. Rehnquist of Goodwin Proctor LLP and John D. Donovan of Ropes & Gray LLP about the filing of the Amended Motion For Appointment Of Co-Lead Plaintiffs, Appointment of Co-Lead Counsel And Appointment Of Liaison Counsel And For Leave To File A Reply Regarding Consolidation. I further certify that I spoke with Michelle Blauner, Esq., Shapiro, Haber & Urmy counsel for Marcus Dumond et al., concerning leave to file a reply. Ms. Blauner consents to the filing of a reply, but opposes the substance of the motions.

Dated: September 14, 2004

                     ___/s/ Nancy Freeman Gans_____
                     Nancy Freeman Gans

## CERTIFICATE OF SERVICE

  I, Daniel P. Dietrich, hereby certify that I served a copy of the foregoing document upon counsel for all parties by mailing a copy of the same, postage prepaid, to each attorney of record, this 15th day of September, 2004.

                     ___/s/ Daniel P. Dietrich_____
                     Daniel P. Dietrich