**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ERIC FORSYTHE, Individually And On Behalf Of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 04cv10584 (GAO) |
| vs. | ) ) ) | |
| SUN LIFE FINANCIAL INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |
| LARRY R. EDDINGS, Individually And On Behalf Of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 04cv10764 (GAO) |
| vs. | ) ) ) | |
| SUN LIFE FINANCIAL INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |
| RICHARD KOSLOW, Individually And On Behalf Of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 04cv11019 (GAO) |
| vs. | ) ) ) | |
| SUN LIFE FINANCIAL INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

**[caption continues on next page]**

**DECLARATION OF JANINE L. POLLACK IN SUPPORT**
**OF THE AMENDED MOTION FOR APPOINTMENT OF CO-LEAD**
**PLAINTIFFS, APPOINTMENT OF CO-LEAD COUNSEL**
**AND APPOINTMENT OF LIAISON COUNSEL AND FOR LEAVE TO FILE**
**A REPLY BRIEF REGARDING CONSOLIDATION**

| | | |
|---|---|---|
| MARCUS DUMOND, HENRY BERDAT, STUART V. And ROSEMARY STURGESS, KATHLEEN BLAIR, WILLIAM And MARGIE BOOTH, KAREN PEACH, And RICHARD And EVELYN KELLER,<br><br>Plaintiff,<br><br>vs.<br><br>MASSACHUSETTS FINANCIAL SERVICES COMPANY And MFS FUND DISTRIBUTORS, INC.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 04cv11458 (GAO) |

I, Janine L. Pollack, under penalties of perjury, hereby declare:

1.      I am a member of the law firm of Milberg Weiss Bershad & Schulman LLP ("Milberg Weiss").  I submit this declaration in support of the Amended Motion For Appointment Of Co-Lead Plaintiffs, Appointment of Co-Lead Counsel And Appointment Of Liaison Counsel And For Leave To File A Reply Brief Regarding Consolidation.

2.      Attached hereto as Exhibit A is a true and accurate copy of the firm resume of Bernstein Litowitz Berger & Grossmann LLP.  Attached hereto as Exhibit B is a true and accurate copy of the firm resume of Moulton & Gans P.C.

Dated:      September 14, 2004
            New York, New York

                                        Janine L. Pollack
                                        Janine L. Pollack

2