UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>SUN LIFE FINANCIAL INC., et als.,<br><br>      Defendants, | C.A. No. 04-CV-10584 (GAO) |

**MOTION TO ADMIT PRO HAC VICE**

Now comes Nancy Freeman Gans, a member in good standing of the bar of this Court, and moves the admission in the above-entitled cause of action Robert S. Gans, Esquire, of Bernstein Litowitz Berger & Grossmann LLP, of San Diego, California, and James E. Tullman, Esquire, of Weiss & Yourman, of New York, New York. Attorneys Gans and Tullman each certifies (see Certificates attached to this motion as Exhibit A) that (1) he is a member of the bar in good standing in all jurisdictions where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I have filed an appearance in the above-entitled action.

DATED:  September 20, 2004    Respectfully submitted,

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail (by hand) on 9/20/04

MOULTON & GANS, P.C.

By: _/s/ Nancy Freeman Gans_
Nancy Freeman Gans (BBO #184540)
33 Broad Street, Suite 1100
Boston, Massachusetts 02109-4216
(617) 369-7979

*Plaintiffs' Counsel*

# EXHIBIT A

**CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Robert S. Gans, hereby certify that:

1. I am a member in good standing of the bars of the States of New York and California.

2. There are no disciplinary proceedings pending against me as a member of the foregoing bars; and

3. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

By: _____
Robert S. Gans
12544 High Bluff Drive
Suite 150
San Diego, CA 92103

Dated: September 20, 2004

## CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, James E. Tullman, hereby certify that:

1. I am a member in good standing of the following bars:

   a. USDC, Central District of California

   b. USDC, Northern District of California

   c. USDC, Southern District of California

   d. USDC, Eastern District of New York

   e. USDC, Southern District of New York

   f. USDC, District of Colorado

   g. USDC, Western District of Michigan

   h. U.S. Court of Appeals for the Third Circuit

   i. U.S. Court of Appeals for the Tenth Circuit

   j. U.S. Court of Appeals for the Ninth Circuit.

2. There are no disciplinary proceedings pending against me as a member of the foregoing bars; and

3. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WEISS & YOURMAN

By: /s/ James E. Tullman
James E. Tullman
551 Fifth Avenue
New York, NY 10176
(212) 682-3025

Dated: September 20, 2004