UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------x

ERIC FORSYTHE, Individually and On Behalf of All Others Similarly Situated,

    Plaintiff,

vs.

SUN LIFE FINANCIAL INC., et als.,

    Defendants,

C.A. No. 04-CV-10584 (GAO)

---------------------------------x

## MOTION TO ADMIT PRO HAC VICE

Now comes Nancy Freeman Gans, a member in good standing of the bar of this Court, and moves the admission in the above-entitled cause of action Janine L Pollack, Esquire, of Milberg Weiss Bershad & Schulman LLP, of New York, New York. Attorney Pollack certifies (see Certificate attached to this motion as Exhibit A) that (1) she is a member of the bar in good standing in all jurisdictions where she has been admitted to practice; (2) there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; and (3) she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I have filed an appearance in the above-entitled action.

DATED:   September 14, 2004

Respectfully submitted,

MOULTON & GANS, P.C.

By: _____
Nancy Freeman Gans (BBO #184540)
33 Broad Street, Suite 1100
Boston, Massachusetts 02109-4216
(617) 369-7979

*Plaintiffs' Counsel*

## CERTIFICATE OF SERVICE

    I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon each party by mailing a copy of same, postage prepaid, to all counsel of record on September 14, 2004.

_____
Nancy Freeman Gans