UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUN LIFE FINANCIAL INC., et al.,<br><br>Defendants. | Civil Action No. 04cv10584 (GAO) |

## CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Janine L. Pollack, hereby certify that:

1. I am a member in good standing of the bars of the State of New York; State of New Jersey; United States District Court of New Jersey; and the United States District Court for the Southern and Eastern Districts of New York;

2. There are no disciplinary proceedings pending against me as a member of the foregoing bars; and

3. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

MILBERG WEISS BERSHAD
& SCHULMAN LLP

By: _Janine L. Pollack_
Janine L. Pollack
One Pennsylvania Plaza
New York, NY 10119-0165
(212) 594-5300

Dated: September 13, 2004