Docket as of September 24, 2004 9:31 pm                                Web PACER (v2.3)

# U.S. District Court

## U.S. District for the Northern District of California (San Jose)

## CIVIL DOCKET FOR CASE #: 99-CV-20743

### Aronson, et al v. McKesson HBOC, Inc., et al

Filed: 04/28/99
Assigned to: Judge Ronald M. Whyte
Jury demand: Both
Referred to: Mag. Judge Patricia V. Trumbull
Demand: $0,000
Nature of Suit: 850
Lead Docket: 99-CV-20743
Jurisdiction: Federal Question
Cause: 15:78m(a) Securities Exchange Act

---

| | |
|---|---|
| ANDREW ARONSON, on behalf of himself and all others similarly situated<br>    Plaintiff | Max W. Berger<br>[COR LD NTC]<br>Daniel L. Berger<br>[COR LD NTC]<br>Bernstein Litowitz Berger & Grossmann<br>1285 Avenue of the Americas<br>33rd Flr<br>New York, NY 10019<br>(212) 554-1400<br><br>Leonard Barrack<br>[COR LD NTC]<br>Gerald J. Rodos<br>[COR LD NTC]<br>Jeffrey W. Golan<br>[COR LD NTC]<br>Barrack Rodos & Bacine<br>2001 Market St<br>3300 Two Commerce Sq<br>Philadelphia, PA 19103<br>(215) 963-0600<br><br>Stanley Grossman<br>[COR LD NTC]<br>D. Brian Hufford<br>[COR LD NTC]<br>Pomerantz Haudek Block Grossman & Gross LLP |

```
12/20/99   254    REPORTER'S TRANSCRIPT; Date of proceedings: 12/14/99 (
                  C/R: Lee-Anne Shortridge)   [5:99-cv-20743] (dhm)
                  [Entry date 12/28/99] [5:99cv20743]

12/22/99   257    ORDER by Judge Ronald M. Whyte granting motion to appoint
                  the New York State Common Retirement Fund as lead plaintiff
                  [71-1], the Court approves the selection of the law firms of
                  Barrack, Rodos & Bacine and Bernstein Litowitz Berger &
                  Grossmann LLP to serve as lead counsel [71-2] consolidating
                  cases 5:99-cv-20743 with member cases 5:99-cv-21192, the
                  Court will hold a hearing with regard to the possible
                  consolidation of the Cohen shareholders' derivative suite
                  and the Chang ERISA claims at 9:00 on 1/28/99 ; ( Date
                  Entered: 1/5/00 (cc: all counsel) [5:99-cv-20743] (dhm)
                  [Entry date 01/05/00] [Edit date 01/13/00] [5:99cv20743]

12/29/99   260    ORDER by Judge Ronald M. Whyte withdrawing Dechert Price
                  & Rhoads and substituting in attorney Samuel Miller and
                  James Goldberg ( Date Entered: 1/14/00) (cc: all counsel)
                  [5:99-cv-20743] (dhm) [Entry date 01/14/00] [5:99cv20743]

1/7/00     258    MEMORANDUM by Plaintiff Richard A. Cohen in 5:99-cv-20743
                  in support of pltf's argument against consolidation of
                  derivative action   [5:99-cv-20743] (dhm)
                  [Entry date 01/13/00] [5:99cv20743]

1/7/00     259    MEMORANDUM by Plaintiff Christine Chang in 5:99-cv-20743 in
                  support of objection to consolidation of the ERISA and
                  Securities class actions   [5:99-cv-20743] (dhm)
                  [Entry date 01/13/00] [5:99cv20743]

1/7/00     261    NOTICE OF MOTION AND MOTION WITH MEMORANDUM OF POINTS AND
                  AUTHORITIES before Judge Ronald M. Whyte by Plaintiffs'
                  Charles M. Jacobs, Josephine A. Lamprey, Henry F. Nelson
                  and Randolph W. Seed in 5:99-cv-20743 to sever, for
                  clarification  with Notice set for 1/28/00 at 9:00
                  [5:99-cv-20743] (dhm) [Entry date 01/18/00] [5:99cv20743]

1/13/00    263    MOTION  before Judge Ronald M. Whyte  by Plaintiff John J.
                  Foley in 5:99-cv-20743, Plaintiff Michelle B. Foley in
                  5:99-cv-20743 to withdraw attorney [5:99-cv-20743] (dhm)
                  [Entry date 01/20/00] [5:99cv20743]

1/13/00           RECEIVED Proposed Order ( Plaintiff John J. Foley in
                  5:99-cv-20743, Plaintiff Michelle B. Foley in
                  5:99-cv-20743) re: motion to withdraw attorney [263-1]
                  [5:99-cv-20743] (dhm) [Entry date 01/20/00] [5:99cv20743]

1/14/00    264    MEMORANDUM by defendant McKesson HBOC, Inc. in
                  5:99-cv-20743 in opposition to motion to sever [261-1]
                  [5:99-cv-20743] (dhm) [Entry date 01/20/00] [5:99cv20743]

1/14/00    265    DECLARATION by James E. Lyons on behalf of defendant
                  McKesson HBOC, Inc. in 5:99-cv-20743 re [264-1] in support
                  of consolidation of the Cohen and Jacobs actions
                  [5:99-cv-20743] (dhm) [Entry date 01/20/00] [5:99cv20743]

1/14/00    266    MEMORANDUM by defendant McKesson HBOC, Inc. in
                  5:99-cv-20743 in opposition to the Chang pltfs' objection
```

| | | |
|---|---|---|
| 1/31/00 | 279 | MINUTES: ( C/R Lee-Anne Shortridge) ( Hearing Date: 1/28/00) that the motion to sever [261-1] is submitted, dft to file supplemental opposition as to the Jacobs motion [5:99-cv-20743] (dhm) [Entry date 02/02/00] [5:99cv20743] |
| 2/1/00 | 280 | LETTER dated 1/31/00 from Stephen R. Basser in 5:99-cv-20743, M. Richard Komins in 5:99-cv-20743 re extending time to file the consolidated complaint [5:99-cv-20743] (dhm) [Entry date 02/04/00] [5:99cv20743] |
| 2/2/00 | 282 | PRETRIAL ORDER NO. 1: by Judge Ronald M. Whyte  The caption of the Consolidated Actions shall be "In re McKesson HBOC Inc., Securities Litigation" and the files of this action shall be maintained under MASTER FILE No. C99-20743 RMW ( Date Entered: 2/10/00) (cc: all counsel) [5:99-cv-20743] (dhm) [Entry date 02/10/00] [5:99cv20743] |
| 2/7/00 | 281 | STIPULATION and ORDER by Judge Ronald M. Whyte : extending time until 2/25/00 to file the consolidated complaint (cc: all counsel) [5:99-cv-20743] (dhm) [5:99cv20743] |
| 2/7/00 | 283 | EX-PARTE APPLICATION before Judge Ronald M. Whyte by Lead Plaintiff in 5:99-cv-20743 for relief [5:99-cv-20743] (dhm) [Entry date 02/10/00] [5:99cv20743] |
| 2/7/00 | 284 | DECLARATION by Max W. Berger on behalf of Plaintiff in 5:99-cv-20743 in support of ex parte motion for relief [283-1] [5:99-cv-20743] (dhm) [Entry date 02/10/00] [5:99cv20743] |
| 2/7/00 | 285 | ORDER by Judge Ronald M. Whyte  The Court orders that the Cohen and Chang actions be coordinated with the securities class action and that the Jacobs action remain consolidated [261] in 5:99-cv-20743 ( Date Entered: 2/10/00) (cc: all counsel)  [5:99-cv-20743, 5:99-cv-20916, 5:99-cv-21192, 5:00-cv-20030] (dhm) [Entry date 02/10/00] [5:00cv20030 5:99cv20743 5:99cv20916 5:99cv21192] |
| 2/8/00 | 286 | ORDER by Judge Ronald M. Whyte  setting hearing on motion for relief [283-1] 9:00 3/31/00 ( Date Entered: 02/15/00 ) (cc: all counsel)  [5:99-cv-20743] (dhm) [Entry date 02/15/00] [5:99cv20743] |
| 2/18/00 | 287 | REPORTER'S TRANSCRIPT; Date of proceedings: 1/28/00    C/R: Lee-Anne Shortridge)    [5:99-cv-20743] (dhm) [Entry date 02/22/00] [5:99cv20743] |
| 2/25/00 | 288 | AMENDED AND CONSOLIDATED CLASS ACTION COMPLAINT [1-1] by Lead Plaintiff New York St Common Retirement Fund in 5:99-cv-20743; jury demand    [5:99-cv-20743] (dhm) [Entry date 02/28/00] [5:99cv20743] |
| 2/25/00 | 310 | PROOF OF SERVICE by Plaintiff in 5:99-cv-20743 of complaint [288-1] [5:99-cv-20743] (scu) [Entry date 04/04/00] [5:99cv20743] |
| 2/28/00 | 289 | LETTER dated 2/25/00 from Rochelle Feder Hansen regarding pages listing "Other Plaintiffs' Counsel" which were inadvertently left out of the Amended and Consolidated |