# U.S. District Court
## District of New Jersey [LIVE] (Newark)
### CIVIL DOCKET FOR CASE #: 2:98-cv-01998-WHW-SDW

DUETCH v. SILVERMAN, et al
Assigned to: Judge William H. Walls
Referred to: Magistrate Judge Susan D. Wigenton
Demand: $0
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 04/27/1998
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**In Re**
--------

**CENDANT CORPORATION DERIVATIVE ACTION LITIGATION**

represented by **MICHAEL M. ROSENBAUM**
BUDD LARNER, P.C.
150 JOHN F. KENNEDY PARKWAY
CN 1000
SHORT HILLS, NJ 07078-0999
973-379-4800
Email: mrosenbaum@budd-larner.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
-----------

**MARTIN DUETCH,** *derivatively on behalf of CENDANT CORP.,*

represented by **DAVID M TAUS**
LAW OFFICES OF FRANCIS J. DE VITO
661 MAIN STREET
HACKENSACK, NJ 07601
(201)487-7575
Email: timmy35@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**EUGENE A SPECTOR**
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 MARKET STREET
SUITE 2500
PHILADELPHIA, PA 19103
(215)496-0300
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ROBERT J. BERG**
BERNSTEIN LIEBHARD & LIFSHITZ, LLP

| | | |
|---|---|---|
| 04/29/1998 | | SUMMONS(ES) issued for HENRY R. SILVERMAN, WALTER A. FORBES, T. BARNES DONNELLEY, MARTIN L. EDLEMAN, STANLEY M. RUMBOUGH JR., JOHN D. SNODGRASS, STEPHEN P. HOLMES, JAMES E. BUCKMAN, BARTLETT BURNAP, BURTON C. PERFIT, MICHAEL P. MONACO, CHRISTOPHER K. MCLEOD, ROBERT D. KUNISCH, E. KIRK SHELTON, ROBERT T. TUCKER, E. JOHN ROSENWALD JR., COSMO CORIGLIANO, AMY N. LIPTON, BEAR STERNS COMPANIE, BEAR STERNS & CO ( 20 Days) (Mailed to Counsel) (femp) (Entered: 04/29/1998) |
| 05/07/1998 | 3 | RETURN OF SERVICE executed as to HENRY R. SILVERMAN, WALTER A. FORBES, T. BARNES DONNELLEY, MARTIN L. EDLEMAN, STANLEY M. RUMBOUGH JR., JOHN D. SNODGRASS, STEPHEN P. HOLMES, JAMES E. BUCKMAN, BARTLETT BURNAP, BURTON C. PERFIT, MICHAEL P. MONACO, CHRISTOPHER K. MCLEOD, ROBERT D. KUNISCH, E. KIRK SHELTON, ROBERT T. TUCKER, E. JOHN ROSENWALD JR., COSMO CORIGLIANO, AMY N. LIPTON, BEAR STERNS COMPANIE, BEAR STERNS & CO 5/6/98 Answer due on 5/26/98 for BEAR STERNS & CO, for BEAR STERNS COMPANIE, for AMY N. LIPTON, for COSMO CORIGLIANO, for E. JOHN ROSENWALD JR., for ROBERT T. TUCKER, for E. KIRK SHELTON, for ROBERT D. KUNISCH, for CHRISTOPHER K. MCLEOD, for MICHAEL P. MONACO, for BURTON C. PERFIT, for BARTLETT BURNAP, for JAMES E. BUCKMAN, for STEPHEN P. HOLMES, for JOHN D. SNODGRASS, for STANLEY M. RUMBOUGH JR., for MARTIN L. EDLEMAN, for T. BARNES DONNELLEY, for WALTER A. FORBES, for HENRY R. SILVERMAN (nr) (Entered: 05/07/1998) |
| 05/18/1998 | 4 | ORDER, setting scheduling conference for 2:30 5/27/98 ( signed by Mag. Judge Joel A. Pisano ) (nr) (Entered: 05/19/1998) |
| 05/27/1998 | | Notice of MOTION to consolidate cases by MARTIN DUETCH, Motion hearing set for 6/22/98 on [0-1] motion . (Brief/PO Subm) (See civil 98-1664 for original) (nr) (Entered: 05/28/1998) |
| 05/29/1998 | 6 | ORDER granting [0-1] motion to consolidate case with civil no. 98-1664 for all purposes ( signed by Mag. Judge Joel A. Pisano ) (nr) (Entered: 06/01/1998) |
| 06/01/1998 | | Case closed (nr) (Entered: 06/01/1998) |
| 06/01/1998 | | Consolidated Member Case . Lead Case Number: 2cv98 1664 (nr) (Entered: 06/01/1998) |
| 08/07/1998 | 7 | ORDER RE: CONSOLIDATION AND COORDINATION; directing |

|  |  | the Clerk to maintain a master docket under the style "In re Cendant Corporation Derivative Action Litigation" Master File No. 98-1998 (WHW), and any other derivatve action filed or transferred shall be consolidated for all purposes under this master docket ( signed by Judge William H. Walls ) n/m (nr) (Entered: 08/12/1998) |
|---|---|---|
| 08/12/1998 |  | Case reopened - per order of Aug. 7, 1998 re consolidation and coordination (nr) (Entered: 08/12/1998) |
| 11/30/1998 | 8 | Copy of ORDER de-consolidating from Main case 98-1664 for all purposes but shall remain consolidated for discovery purposes only ( signed by Mag. Judge Joel A. Pisano ) (nr) (Entered: 12/01/1998) |
| 12/08/1998 | 9 | AMENDED COMPLAINT by MARTIN DUETCH , amending [1-1] complaint (nr) (Entered: 12/10/1998) |
| 12/21/1998 | 10 | NOTICE of Chane of out-of-state counsel's address effective 12/12/98 by MARTIN DUETCH (ar) (Entered: 12/21/1998) |
| 01/08/1999 | 11 | Notice of MOTION for George B. Yankwitt to appear pro hac vice by CENDANT CORPORATION, proof of service. Motion set for 2/08/99 on [11-1] motion . (/PO Subm) (nr) Modified on 01/11/1999 (Entered: 01/11/1999) |
| 01/08/1999 | 12 | CERTIFICATION of CARL GREENBERG on behalf of CENDANT CORPORATION Re: pro hac vice (nr) (Entered: 01/11/1999) |
| 01/08/1999 | 13 | CERTIFICATION of JAMES M. ALTMAN on behalf of CENDANT CORPORATION Re: pro hac vice (nr) (Entered: 01/11/1999) |
| 01/08/1999 | 14 | CERTIFICATION of GEORGE B. YANKWITT on behalf of CENDANT CORPORATION (nr) (Entered: 01/11/1999) |
| 02/16/1999 | 15 | NOTICE of attorney appearance for AMY N. LIPTON by ANNE MURRAY PATTERSON (nr) (Entered: 02/17/1999) |
| 02/22/1999 | 16 | NOTICE of attorney appearance for MARTIN DUETCH by ROBERT J. BERG (nr) (Entered: 02/23/1999) |
| 03/12/1999 | 17 | ORDER, for admission of Daniel J. Beller, Esq., Michael E. Gertzman, Esq., Brad S. Karp, Esq. & Jonathan M. Sperling, Esq. to appear pro hac vice on behalf of deft. Amy N. Lipton. ( signed by Mag. Judge Joel A. Pisano ) (mn) (Entered: 03/12/1999) |
| 04/07/1999 | 18 | Notice of MOTION to dismiss the complt. by COSMO CORIGLIANO, proof of service. Motion set for 6/7/99 on [18-1] motion (Brief/PO Subm) (nr) (Entered: 04/09/1999) |