# U.S. District Court
## District of New Jersey [LIVE] (Newark)
### CIVIL DOCKET FOR CASE #: 2:98-cv-01664-WHW-SDW

In Re: GOLDSTEIN, et al v. CENDANT CORP., et al
Assigned to: Judge William H. Walls
Referred to: Magistrate Judge Susan D. Wigenton
Demand: $0
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 04/16/1998
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**In Re**
----------------------

**IN RE: CENDANT CORPORATION LITIGATION**

**Movant**
----------------------

| | | |
|---|---|---|
| **ROGER WEBER,** *and* **STEVEN WEBER** | represented by | **ALLYN ZISSEL LITE**<br>LITE, DEPALMA, GREENBERG AND RIVAS, LCC<br>TWO GATEWAY CENTER<br>12TH FLOOR<br>NEWARK, NJ 07102-5003<br>(973) 623-3000<br>Email: alite@ldgrlaw.com<br>*TERMINATED: 07/27/1999*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **WILLIAM B. WACHTEL,** *as Trustee of the DSJ International Resources Ltd. Profit Sharing Plan* | represented by | **ALLYN ZISSEL LITE**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **MICHAEL BERRY** | represented by | **JILL S. ABRAMS**<br>ABBEY, GARDY & SQUITIERI, LLP<br>212 EAST 39TH STREET<br>NEW YORK, NY 10016<br>(212)889-3700<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **ILGWU NATIONAL RETIREMENT FUND** | represented by | **JILL S. ABRAMS**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **H. THOMAS HOWELL** | represented by | **STEPHEN D. OESTREICH** |

| | | |
|---|---|---|
| | | [Brief Sub.](ar) Modified on 07/13/1998 (Entered: 07/13/1998) |
| 07/10/1998 | 59 | CERTIFICATE OF SERVICE of BRIEF IN OPPOSITION to Motions by Calpers and Connecticut Groups and by WELCH & FORBES (ar) (Entered: 07/13/1998) |
| 07/10/1998 | 60 | CERTIFICATE OF SERVICE of Memo of Law in further support of Motions to be appointed Lead Plaintiffs and/or for Competitive Bidding Procedure by DOUGLAS WILSON (ar) (Entered: 07/13/1998) |
| 07/10/1998 | 61 | RESPONSE by ROGER WEBER to Movants: California Public Employees' etc. and New York State Common Retirement etal's [16-1] motion for appointment as Lead Plaintiffs etc. - Advises they wish to suspend their motion to be apptd as Lead Plaintiff [Doc. No. 27] reserves right to reinstate same. (ar) (Entered: 07/13/1998) |
| 07/10/1998 | 62 | DECLARATION of JOHN HALEBIAN atty Prides Group on behalf of ANN MARK etals. Re: In opposition to Motions by Calpers and Connecticut Groups to be apptd Lead Plas etc. [Memo of Law of Proposed Order Sub] (ar) (Entered: 07/13/1998) |
| 07/10/1998 | 63 | DECLARATION of MICHAEL D. BROSS as to Genuineness of Faxed Signature on behalf of PERKINS PLAINTIFFS Re: Perkins' [25-2] hearing Motion hearing set for 7/13/98 on [25-1] motion [Voluminous Memo of Law in support of its motion and in opposition to all other motions for appt as lead plas etc.] (ar) (Entered: 07/13/1998) |
| 07/10/1998 | 64 | SUPPL AFFIDAVIT of PATRICIA M. HYNES on behalf of PAUL J. SILVESTER, Treasurer of State of Connecticut etc. in opposition to Ann Mark's Re: [24-1] motion for appt of "THE PRIDES GROUP" as Lead Plaintiffs (ar) (Entered: 07/13/1998) |
| 07/13/1998 | 55 | CERTIFICATE OF SERVICE of Memo of Law in Opposition to En Passant's motion to be appointed Lead Plaintiff by NASSER KAMELI (ar) (Entered: 07/13/1998) |
| 07/13/1998 | 65 | CERTIFICATE OF SERVICE of DSJ's Mem of Law In Opposition as well as Affidavit of ROBERT J. AXELROD by WILLIAM B. WACHTEL (ar) (Entered: 07/13/1998) |
| 07/14/1998 | 66 | ORDER granting [52-1] motion for Messrs. Gerstein, Taus, Silverman and Cebulash to appear pro hac vice ( signed by Judge William H. Walls ) n/m (ar) (Entered: 07/15/1998) |
| 07/14/1998 | 67 | Minute entry: Proceedings recorded by Ct-Reporter: Y. Davion; |

| | | |
|---|---|---|
| | | Minutes of: 7/13/98; The following actions were taken, granting Martin Deutch etc.[14-1] motion objecting and/or appealing Mag Judge Pisano's Order consolidating all actions [oral argument requested] OTBS. By Judge William H. Walls (ar) (Entered: 07/15/1998) |
| 07/22/1998 | 68 | Notice of MOTION for PAUL C. CURNIN to appear pro hac vice by THE BEAR STEARNS, Motion hearing set for 9/14/98 on [68-1] motion w/Declaration of Kathleen H. Dooley and Aff of Paul C. Curnin in support w/cert svc. (PO Subm) (ar) (Entered: 07/22/1998) |
| 07/24/1998 | 69 | CERTIFICATE OF SERVICE of Aff of Michael S. Etkin etc. by WELCH & FORBES (ar) (Entered: 07/24/1998) |
| 07/24/1998 | 70 | AFFIDAVIT of MICHAEL S. ETKIN on behalf of WELCH & FORBES Re: In opposition to Lester Goldstein's motion to be appointed lead pla etc. and in support of Welch and Forbes' motion. (ar) (Entered: 07/24/1998) |
| 07/24/1998 | 71 | DECLARATION of MICHAEL D. BROSS on behalf of HENRY TOBIN, JIM PERKINS Re: as to genuineness of faxed signature. [Memo of Law in Response to Goldstein Till & Lite's motion for appt as plas' liaison counsel] (ar) (Entered: 07/24/1998) |
| 07/27/1998 | 72 | MEMO OF LAW IN RESPONSE by CALIFORNIA PUBLIC, NEW YORK STATE, NEW YORK CITY in opposition to GOLDSTEIN, LITE & DEPALMA's motion to be plas' LIAISON COUNSEL [copy whw] (ar) (Entered: 07/27/1998) |
| 07/27/1998 | 73 | CERTIFICATE OF SERVICE of Brief in Reply etc. by WELCH & FORBES (ar) (Entered: 07/27/1998) |
| 07/27/1998 | 74 | AFFIDAVIT of ROGER W. KIRBY on behalf of WELCH & FORBES (ar) (Entered: 07/27/1998) |
| 07/29/1998 | 75 | AFFIDAVIT of ROBERT J. AXELROD on behalf of WILLIAM B. WACHTEL [BRIEF SUB.] (ar) (Entered: 07/30/1998) |
| 07/29/1998 | 76 | CERTIFICATE OF SERVICE of REPLY BRIEF etc. by WILLIAM B. WACHTEL (ar) (Entered: 07/30/1998) |
| 07/29/1998 | 77 | AFFIDAVIT of STUART L. BERMAN on behalf of KEVLIN SERVICES, BRUCE NUTTMAN and RICHARD L. PETERSENONE [REPLY BRIEF SUB] Re: (ar) (Entered: 07/30/1998) |
| 07/29/1998 | 78 | AFFIDAVIT of WILLIAM J. PINILIS on behalf of JIM PERKINS |

| | | |
|---|---|---|
| | | and The Perkins Group. [Reply Brief Sub] (ar) (Entered: 07/30/1998) |
| 07/29/1998 | 79 | CERTIFICATE OF SERVICE of MEMORANDUM OF LAW by DOUGLAS WILSON (ar) (Entered: 07/30/1998) |
| 07/29/1998 | 80 | AFFIDAVIT of ALLYN ZISSEL LITE on behalf of LESTER A. GOLDSTEIN etals. [REPLY BRIEF SUB] (ar) (Entered: 07/30/1998) |
| 07/29/1998 | 81 | CERTIFICATE OF SERVICE of REPLY BRIEF by LESTER A. GOLDSTEIN etals. (ar) (Entered: 07/30/1998) |
| 07/29/1998 | 82 | DECLARATION of ROBERT A. HOFFMAN on behalf of CALIFORNIA PUBLIC, NEW YORK STATE, NEW YORK CITY [REPLY BRIEF SUB] (ar) (Entered: 07/30/1998) |
| 07/29/1998 | 83 | AFFIDAVIT of PATRICIA M. HYNES on behalf of PAUL J. SILVESTER, TREASURER OF STATE OF CONNECTICUT AS TRUSTEE OF STATE OF CONNECTICUT RETIREMENT PLANS AND TRUST FUNDS [REPLY BRIEF SUB] (ar) (Entered: 07/30/1998) |
| 07/29/1998 | 84 | AFFIDAVIT of JOHN HALEBIAN on behalf of ANN MARK, JAMES KEITH BLAINE, "PRIDES GROUP" [REPLY BRIEF SUB] (ar) (Entered: 07/30/1998) |
| 07/29/1998 | 85 | RETURN OF SERVICE executed as to CENDANT CORP., WALTER A. FORBES, BARTLETT BURNAP w/Christopher K. McLeod, and Stanley Rumbough; E. KIRK SHELTON, JAMES E. BUCKMAN w/John D. Snodgrass, Scott E. Forbes, Michael Monaco, and Martin L. Edelman; 4/22/98 Answer due on 5/12/98 for JAMES E. BUCKMAN etc., for E. KIRK SHELTON, for BARTLETT BURNAP etc, for WALTER A. FORBES, for CENDANT CORP. (ar) (Entered: 07/30/1998) |
| 07/29/1998 | 86 | AFFIDAVIT of JEFFREY C. ZWERLING on behalf of NASSER KAMELI HOWARD HOROWITZ (ar) (Entered: 07/30/1998) |
| 07/30/1998 | 87 | AFFIDAVIT of SERVICE on behalf of NASSER KAMELI Re: [86-1] affidavit of JEFFREY C. ZWERLING (femp) (Entered: 07/31/1998) |
| 07/31/1998 | 88 | NOTICE of attorney appearance for H. THOMAS HOWELL, ALICEANN A. HOWELL, GENEVA E. HOWELL by: STEPHEN D. OESTREICH of WOLF POPPER, LLP out of state counsel, Local counsel: Allyn Z. Lite. (ar) (Entered: 08/03/1998) |
| 07/31/1998 | 89 | SUPPLEMENTAL AFFIDAVIT of ROGER W. KIRBY on behalf of |