Docket as of July 25, 2003 9:08 pm                                Web PACER (v2.3)

---

# U.S. District Court

## U.S. District for the Northern District of California (S.F.)

### CIVIL DOCKET FOR CASE #: 01-CV-551

### Cohn, et al v. Critical Path Inc., et al

Filed: 02/02/01
Assigned to: Judge William H. Alsup
Jury demand: Both
Demand: $0,000
Nature of Suit: 850
Lead Docket: None
Jurisdiction: Federal Question
Dkt# in other court: None
Cause: 15:78m(a) Securities Exchange Act

---

ARNOLD COHN, on behalf of
himself and all others
similarly situated
    Plaintiff

Bryan L. Crawford
[COR LD NTC]
Heins Mills & Olson, P.L.C.
608 Second Avenue South
700 Northstar East
Minneapolis, MN 55402
(612) 338-4605

Francis M. Gregorek
[COR LD NTC]
Francis A. Bottini, Jr.
[COR LD NTC]
Betsy C. Manifold
[COR LD NTC]
Wolf Haldenstein Adler Freeman
& Herz LLP
Symphony Towers
750 B St
Ste 2770
San Diego, CA 92101
619-2394599

Nadeem Faruqi
[COR LD NTC]
Shane T. Rowley
[COR LD NTC]
Faruqi & Faruqi LLP
320 East 39th St
3rd Flr

[23-1] [3:01-cv-00551] (db) [3:01cv551]

| | | |
|---|---|---|
| 5/17/01 | 90 | MOTION before Senior Judge William H. Orrick for attorney to appear pro hac vice for Attorney Sherrie R. Savett representing Plaintiff Columbus Capital Partners, L.P.. Fee status paid $60 Rcpt 3322346. [3:01-cv-00551] (db) [3:01cv551] |
| 5/17/01 | 91 | MOTION before Senior Judge William H. Orrick for attorney to appear pro hac vice for Attorney Arthur Stock for plaintiff Columbus Capital Partners, L.P.. Fee status paid $60 rcpt 3322347. [3:01-cv-00551] (db) [3:01cv551] |
| 5/17/01 | 92 | MINUTES: ( C/R Joan Columbini) ( Hearing Date: 5/17/01) consolidating cases to lead case C01-0551 WHO, all docketing and filing to be done in C01-0551-WHO [3:01-cv-00551, 3:01-cv-00552, 3:01-cv-00553, 3:01-cv-00554, 3:01-cv-00555, 3:01-cv-00565, 3:01-cv-00572, 3:01-cv-00579, 3:01-cv-00587, 3:01-cv-00593, 3:01-cv-00594, 3:01-cv-00595, 3:01-cv-00596, 3:01-cv-00597, 3:01-cv-00600, 3:01-cv-00605, 3:01-cv-00620, 3:01-cv-00654, 3:01-cv-00657, 3:01-cv-00671, 3:01-cv-00697, 3:01-cv-00729, 3:01-cv-00832, 3:01-cv-00893, 3:01-cv-01007] (db) [Entry date 05/18/01] [3:01cv1007 3:01cv551 3:01cv552 3:01cv553 3:01cv554 3:01cv555 3:01cv565 3:01cv572 3:01cv579 3:01cv587 3:01cv593 3:01cv594 3:01cv595 3:01cv596 3:01cv597 3:01cv600 3:01cv605 3:01cv620 3:01cv654 3:01cv657 3:01cv671 3:01cv697 3:01cv729 3:01cv832 3:01cv893] |
| 5/17/01 | 92 | MINUTES: ( C/R Joan Columbini) ( Hearing Date: 5/17/01) that the motion to consolidate cases [31-1] is submitted, that the motion for leave to appoint lead plaintiff and selection of counsel and for consolidation of related cases [31-1] is submitted, that the motion for leave to for appointment of Lead Plaintiffs, William James Bell, Trustee: Thomson CSF Ventures: Alexander Nehring and Westgreen Holdings LLC [23-1] is submitted, that the motion for leave to appoint Lead Counsel [21-1] is submitted, that the motion to consolidate cases [20-1] is submitted, that the motion for leave to appoint Carly Plaintiffs as Lead Plaintiff pursuant to 21D(a)(b) of the Securities Exchange Act of 1934 and to approve Lead Plaintff's choice of counsel [51-1] is submitted, that the motion for leave to appointment of lead plaintiff [48-1] is submitted, that the motion for leave to for competitive bidding [48-2] is submitted, that the motion for leave to for appointment of lead plaint [46-1] is submitted, that the motion to consolidate cases [46-2] is submitted, that the motion to consolidate cases [41-1] is submitted, that the motion for leave to to be appointed lead plaintiff's counsel [41-2] is submitted. Ruling All related cases are consolidated except the three derivative cases: C01-684 WHO, C01-685-WHO, C01-0946-WHO. See minute order for more information. [3:01-cv-00551] (db) [Entry date 05/18/01] [3:01cv551] |
| 5/21/01 | 93 | Related Case Order: C01-1913 is related to lead case C01 551 WHO. Notice to counsel of record. WHO (db) [Entry date 05/22/01] [Edit date 05/22/01] [3:01cv551] |