Docket as of August 21, 2003 8:35 pm                                    Web PACER (v2.4)

# U.S. District Court

## Northern District of Illinois (Chicago)

## CIVIL DOCKET FOR CASE #: 00-CV-6735

### In re Westell Tech v., et al

Filed: 10/27/00
Assigned to: Hon. Amy J. St. Eve
Jury demand: Plaintiff
Demand: $0,000
Nature of Suit: 850
Lead Docket: None
Jurisdiction: Federal Question
Dkt# in other court: None
Cause: 15:78m(a) Securities Exchange Act

ERIC BERGH
    plaintiff

    Michael Jerry Freed
    [COR NTC]
    Carol V. Gilden
    [COR]
    Michael E. Moskovitz
    [COR]
    Much, Shelist, Freed, Denenberg,
    Ament & Rubenstein, P.C.
    191 North Wacker Drive
    Suite 1800
    Chicago, IL 60605-1615
    (312)521-2000

    Robert James Berg
    [COR LD NTC A]
    Bernstein, Liebhard & Lipshitz, LLP
    10 East 40th Street
    New York, NY 10016
    (212) 779-1414

v.

WESTELL TECHNOLOGIES, INC.
    defendant

    Steven Samuel Scholes
    [COR LD NTC A]
    Christopher Mac Neil Murphy
    [COR]
    Jeffrey J. Bushofsky
    [COR]

| Date | # | Entry |
|---|---|---|
| 1/10/01 | 11 | MINUTE ORDER of 1/10/01 by Hon. George W. Lindberg: Plaintiff, Ann G. Seplow's motion (00 C 7019) for reassignment based on relatedness is granted [9-1]. Mailed notice (vj) [Entry date 01/11/01] [1:00cv6735] |
| 1/10/01 | 12 | MINUTE ORDER of 1/10/01 by Hon. George W. Lindberg: Plaintiffs' motion for consolidation is granted [5-1]. The following cases are ordered consolidated with 00C 6735: 00 C 6780, 00 C 6881, 00 C 7019, 00 C 7046, 00 C 7247, 00 C 7308, 00 C 7605, 00 C 7624, 00 C 7765 and 00 C 7991. Plaintiffs' motion for appointment of lead plaintiffs and for approval of lead and liaison counsel is withdrawn. The court appoints the law firm of Bernstein Liebhard & Lifshitz as lead counsel. The court appoints Much Shelist Feed Denenberg Ament & Rubenstein as liaison counsel. Mailed notice (vj) [Entry date 01/11/01] [1:00cv6735] |
| 1/11/01 | 13 | MINUTE ORDER of 1/11/01 by Hon. George W. Lindberg: Status hearing held and continued to 2/14/01 at 9:30 a.m. Trial set for 10/1/01 at 10:00 a.m. Consolidated complaint due 2/1/01. Response to the consolidated response due 2/22/01. Discovery cutoff set for 6/6/01. Motion for summary judgment due 6/19/01. Response to the motion for summary judgment due 7/9/01. Reply to the motion for summary judgment due 7/16/01. Ruling on the motion for summary judgment set for 9/12/01 at 9:45 a.m. Proposed final pretrial order to be submitted to chambers on 9/25/01 at 10:00 a.m. Mailed notice (vj) [Entry date 01/12/01] [1:00cv6735] |
| 1/11/01 | | REASSIGNMENT ORDER of 1/11/01 Case reassigned to Hon. George W. Lindberg from Hon. Charles R. Norgle. Case related 1:00-cv-6735 with member case 1:00-cv-7624. (For further detail see order.) Mailed notice (hp) [Entry date 01/16/01] [1:00cv7624] |
| 1/23/01 | | MINUTE ORDER of 1/23/01 by Hon. George W. Lindberg : This case number is administratively terminated. All matters are to proceed under case number 00 C 6735 which will be captioned as In Re: Westell Technologies Security Litigation. The parties are directed to caption the amended consolidated complaint accordingly terminating case. Mailed notice (mw) [Entry date 01/24/01] [1:00cv7308] |
| 2/1/01 | 14 | CONSOLIDATED amended class action complaint [1-1] by plaintiff; Notice. (vj) [Entry date 02/15/01] [1:00cv6735] |
| 2/9/01 | 15 | MOTION by defendants' to dismiss plaintiff's consolidated complaint; Notice. (vj) [Entry date 02/15/01] [1:00cv6735] |
| 2/14/01 | 16 | MINUTE ORDER of 2/14/01 by Hon. George W. Lindberg: Status hearing held. Brief in support of motion to dismiss [15-1] due 2/22/01. Response due 3/22/01. Reply due 4/6/01. Ruling set for 5/9/01 at 9:45 a.m. Mailed notice (vj) [Entry date 02/15/01] [1:00cv6735] |