Docket as of June 25, 2003 8:45 pm                                    Web PACER (v2.4)

# U.S. District Court

## Northern District of Illinois (Chicago)

## CIVIL DOCKET FOR CASE #: 01-CV-2826

### Ceyda Foundation v. Zionts, et al

Filed: 04/20/01
Assigned to: Hon. Amy J. St. Eve
Jury demand: Plaintiff
Demand: $0,000
Nature of Suit: 850
Lead Docket: 00-CV-6735
Jurisdiction: Federal Question
Dkt# in other court: None
Cause: 15:78m(a) Securities Exchange Act

---

CEYDA FOUNDATION TRUST, THE,
dated 12/17/96, derivatively
on behalf of Westell
Technologies, Inc.
    plaintiff

Bruce C. Howard
[COR]
Law Offices of Robert D.
Allison
122 South Michigan Avenue
1850
Chicago, IL 60603
(312) 427-7600

Scott W. Fisher
[COR NTC]
Steven H Schwartz
[COR]
Garwin, Bronzaft, Gerstein &
Fisher
1501 Broadway
Suite 1416
New York, NY 10036
(212) 398-0055

Reuben L. Hedlund
[COR LD NTC A]
Erin H Walz
[COR]
Hedlund & Hanley LLC
30 West Monroe Street
Suite 500
Chicago, IL 60603
(312) 441-8600

[1:01cv2826]

11/7/01   12      AFFIDAVIT of Robert Weiser (Attachments). (lxs)
                  [Entry date 11/21/01] [Edit date 11/27/01] [1:01cv2826]

11/8/01   13      MINUTE ORDER of 11/8/01 by Hon. Joan Humphrey Lefkow :
                  Status hearing held. All discovery will close on 11/01/02.
                  All non -expert discovery will close by 07/01/02. The
                  cut-off date for designation of plaintiff's trial expert is
                  07/01/02; for defendant's trail expert is 09/01/02. The
                  cut-off date for designation of any rebuttal expert is
                  10/01/02. Motion(s) for summary judgment shall be presented
                  with a proposed agreed briefing schedule by 01/10/03.
                  Pretrial materials are due by 09/05/03. Pretrial conference
                  is set for 09/19/03 at 3:00p.m. Trial is set for 11/03/02 at
                  10:00 a.m. Motion of plaintiffs Dollens and Vukovich for
                  consolidation of related cases and appointment of lead
                  plaintiff, lead counsel and liaison counsel is taken under
                  advise. Movant to submit in camera proposed fee arrangements
                  to chambers. (Entered Scheduling Order.) Mailed notice (lxs)
                  [Entry date 11/21/01] [Edit date 11/27/01] [1:01cv2826]

11/14/01  16      MOTION by plaintiffs Jeffrey Dollens and Jeff Vukovich for
                  leave to file instanter a supplemental memorandum of law in
                  support of their motion for apointment of lead plaintiff,
                  lead counsel and liaison counsel (Attachments); Notice. (cm)
                  [Entry date 11/28/01] [1:01cv2826]

11/16/01  --      RESPONSE by plaintiff to Dollens and Vukovich's motion for
                  leave to file instanter supplemental memorandum
                  (Attachments); Notice. (vj) [Entry date 11/19/01]
                  [Edit date 11/27/01] [1:01cv2826]

11/16/01  --      RESPONSE by plaintiff to Dollens and Vukovich's motion for
                  leave to file instanter supplemental memorandum;
                  (Attachment); (Original in 00cv6735). (cdy)
                  [Entry date 11/23/01] [Edit date 11/23/01] [1:01cv2826]

11/16/01  17      MOTION by intervenor Joseph B. Rothchild to intervene;
                  Memorandum of law in support (Attachments); Notice. (cm)
                  [Entry date 11/28/01] [1:01cv2826]

11/26/01  15      MINUTE ORDER of 11/26/01 by Hon. Joan Humphrey Lefkow :
                  Motion of Dollens and Vulkovich for leave to file instanter
                  a supplemental memorandum of law in support of their motion
                  for appointment of lead plaintiff, lead counsel, and liason
                  counsel is granted. Motion of Joseph B. Rothchild allowing
                  him to intervene pursuant to Rule 24(b) is granted.
                  Rothchild to file complaint within 7 days and to dismiss
                  action in Kane County within 7 days. No notice. (ls)
                  [Entry date 11/28/01] [1:01cv2826]

11/27/01  18      MOTION by intervenor Joseph B. Rothchild for appointment
                  of lead plaintiff and lead and local counsel; Memorandum
                  of law in support (Attachments); Notice. (cm)
                  [Entry date 11/28/01] [Edit date 11/28/01] [1:01cv2826]

11/27/01  19      MINUTE ORDER of 11/27/01 by Hon. Joan Humphrey Lefkow :

        Enter order. The derivative actions entitled The Ceyda
        Foundation Trust v. Zionts, et al., Case No. 01 C 2826, and
        Dollens, et al., Case no. 01 C 5931, are hereby
        consolidated for all purposed. Defendants in Ceyda and
        Zionts are not required to answer or otherwise plead to the
        complaint. Rather, the lead plaintiff selected by the court
        for the consolidated derivative action shall file a
        consolidated complaint to which defendants shall answer or
        otherwise plead within the time required by the Federal
        Rules of Civil Procedure. All discovery in Ceyda and
        Dollens is stayed pending the court's resolution of the
        motions for appointment of lead plaintiff and the filing of
        a consolidated derivative complaint. (Entered Order.)
        Mailed notics by judge's staff. (ls) [Entry date 11/29/01]
        [1:01cv2826]

11/28/01  20    DERIVATIVE COMPLAINT in intervention by intervenor Joseph B
                Rothchild. (eb) [Entry date 12/03/01]
                [Edit date 12/03/01] [1:01cv2826]

11/29/01  21    RESPONSE by plaintiffs Jeffrey Dollens and Jeff Vukovich to
                motion of Joseph B. Rothchild for appointment of lead
                plaintiff and lead counsel and local counsel [18-1] (jmp)
                [Entry date 12/05/01] [1:01cv2826]

11/30/01  25    SUPPLEMENTAL MEMORANDUM by Jeffrey Dollens, Jeff Vukovich
                in support of motion of plaintiffs Jeffrey Dollens and Jeff
                Vukovich for appointment of lead plaintiff, lead counsel
                and liaison counsel [11-2]. (air) [Entry date 12/10/01]
                [1:01cv2826]

12/3/01   22    MINUTE ORDER of 12/3/01 by Hon. Joan Humphrey Lefkow :
                Motion of intervenor Joseph B. Rothchild for appointment of
                lead plaintiff and lead and local counsel [18-1] is taken
                under advisement. Telephoned notice (jmp)
                [Entry date 12/05/01] [1:01cv2826]

12/3/01   23    NOTICE of filing by plaintiff verification for derivataive
                complaint in intervention [1-1] (Attachment) (jmp)
                [Entry date 12/05/01] [1:01cv2826]

12/4/01   24    MINUTE ORDER of 12/4/01 by Hon. Joan Humphrey Lefkow : The
                court grants plaintiff's motion to consolidate the
                derivative actions [0-1], [11-1]. Case No. 1:01-cv-2826 and
                case 1:01-cv-5931, and any shareholder derivative actions
                that are similar in fact and law, including Rothchild's
                derivative complaint pursuant to its order of 11/27/01. For
                administrative purposes, all pleadings and papers for the
                derivative actions will hereafter be filed under the lower
                case number, which is Case No. 00 cv 2826. Furthermore, the
                court grants Dollens' and Vukovich's motion to appoint them
                as co-lead plaintiffs, Schiffrin & Barroway and Garwin
                Bronzaft as co-lead counsel and Robert D. Allison and
                Associates as liaison counsel [11-2], The court denies
                Ceyda's motion for the court to appoint the Ceyda as the
                lead plaintiff and Hedlund Hanley as lead counsel [0-2],
                [0-3], and denies Rothschild's motion for the court to
                appoint him as lead plaintiff, Cauley Geller Bowman &
                Coates as lead counsel and David B. Kahn & Associates, Ltd.