UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Eric Forsythe, Individually and on Behalf of All Others Similarly Situated,<br>        Plaintiff,<br><br>v.<br><br>Sun Life Financial Inc., et al.,<br>        Defendants. | Civil Action No. 04cv10584 (GAO) |
| Larry R. Eddings, Individually and on Behalf of All Others Similarly Situated,<br>        Plaintiff,<br><br>v.<br><br>Sun Life Financial Inc., et al.,<br>        Defendants. | Civil Action No. 04cv10765 (GAO) |
| Richard Koslow, Individually and on Behalf of All Other Similarly Situated<br>        Plaintiff,<br><br>v.<br><br>Sun Life Financial Inc., et al.,<br>        Defendants. | Civil Action No. 04cv10765 (GAO) |
| Marcus Dumond, Henry Berdat, Stuart V. and Rosemary Sturgess, Kathleen Blair, William and Margie Booth, Karen Peach, and Richard and Evelyn Keller,<br>        Plaintiffs,<br><br>v.<br><br>Massachusetts Financial Services Company and MFS Fund Distributors, Inc.<br>        Defendants. | Civil Action No. 04cv11458 (GAO) |

**MOTION FOR THE *DUMOND PLAINTIFFS* FOR LEAVE TO FILE
SUR-REPLY IN OPPOSITION TO AMENDED MOTIONS FOR CONSOLIDATION
<u>AND FOR APPOINTMENT OF TRI-LEAD COUNSEL</u>**

The *Dumond* Plaintiffs move pursuant to Local Rule 7.1 for leave to file a Proposed Sur-reply in Opposition to Amended Motions for Consolidation and for Appointment of Tri-lead Counsel (the "Sur-reply") (attached hereto as Exhibit A), to address the new facts and arguments made for the first time by Plaintiffs Eric Forsythe, Larry Eddings and the City of Chicago Deferred Compensation Plan (the "*Forsythe* Plaintiffs") in their Reply Brief in Support of the *Forsythe* Plaintiffs' Motions for Consolidation, Appointment of Co-Lead Plaintiffs, Appointment of Co-Lead Counsel, and Appointment of Liaison Counsel, filed on October 13, 2004 (the "Reply"). Because the *Forsythe* Plaintiffs, in their Reply, rely upon what they claim to be a change of circumstances which occurred after the *Dumond* Plaintiffs filed their Memorandum in Opposition to Amended Motions for Consolidation and for Appointment of Tri-Lead Counsel, this motion for leave to file the Proposed Sur-reply should be granted.

Certification Pursuant to Rule 7.1

On October 15, 2004, pursuant to Local Rule 7.1, the undersigned counsel conferred with counsel for the *Forsythe* Plaintiffs and counsel for defendants Massachusetts Financial Services Company and MFS Fund Distributors, Inc. ("MFS"). Counsel for MFS advised the undersigned counsel that he had no opposition to the filing of the Proposed Sur-reply. Counsel for the *Forsythe* Plaintiffs advised the undersigned that she would oppose the filing of the Proposed Sur-reply.

Dated: October 15, 2004                                  Respectfully submitted:

                                                             SHAPIRO HABER & URMY LLP

                                                               /s/ Michelle H. Blauner
                                                             Edward F. Haber BBO #215620
                                                             Michelle H. Blauner BBO #549049
                                                             53 State Street
                                                             Boston, MA  02109
                                                             Telephone: (617) 439-3939
                                                             Facsimile: (617) 439-0134

-3-

Lynn Lincoln Sarko
Michael D. Woerner
Gretchen F. Cappio
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Ron Kilgard
Gary Gotto
KELLER ROHRBACK P.L.C.
National Bank Plaza
3101 North Central Avenue, Suite 900
Phoenix, AZ  85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822

Michael J. Brickman
James C. Bradley
Nina H. Fields
RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC
174 East Bay Street
Charleston, SC  29401
Telephone: (842) 727-6500
Facsimile: (843) 727-3103

Guy M. Burns
Jonathan S. Coleman
Becky Ferrell-Anton
JOHNSON, POPE, BOKOR, RUPPEL & BURNS, L.L.P.
100 North Tampa Street, Ste. 1800
Tampa, FL  33602
Telephone: (813) 225-2500
Facsimile: (813) 223-7118

Attorneys for the *Dumond* Plaintiffs

-4-