UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUN LIFE FINANCIAL INC., et als.,<br><br>Defendants, | C.A. No. 04-CV-10584 (GAO) |

## MOTION TO ADMIT PRO HAC VICE

Now comes Nancy Freeman Gans, a member in good standing of the bar of this Court, and moves the admission in the above-entitled cause of action Robert Acocelli, Esquire, of Weiss & Yourman, of New York, New York, and John Erik Sandstedt, Esquire, of Bernstein Litowitz Berger & Grossmann LLP, of New York, New York. Attorneys Acocelli and Sandstedt each certifies (see Certificates attached to this motion as Exhibit A) that (1) he is a member of the bar in good standing in all jurisdictions where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I have filed an appearance in the above-entitled action.

DATED:   October 20, 2004             Respectfully submitted,

MOULTON & GANS, P.C.

By: /s/ Nancy Freeman Gans
Nancy Freeman Gans (BBO #184540)
33 Broad Street, Suite 1100
Boston, Massachusetts 02109-4216
(617) 369-7979

*Plaintiffs' Counsel*

## CERTIFICATE OF SERVICE

I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon each party by mailing a copy of same, postage prepaid, to all counsel of record on October 20, 2004.

_____
Nancy Freeman Gans