# EXHIBIT A

## CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Richard A. Acocelli , hereby certify that:

1.　　I am a member in good standing of the bars of The State of New York, United States District Court for the Eastern District of New York, United States District Court for the Southern District of New York, and United States District Court for the Eastern District of Michigan.

2.　　There are no disciplinary proceedings pending against me as a member of the foregoing bars; and

3.　　I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WEISS & YOURMAN

By:＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　Richard A. Acocelli
551 Fifth Avenue
Suite 1600
New York, NY 10176
(212) 682-3025

Dated: October 20, 2004

## CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, John Erik Sandstedt, hereby certify that:

1.    I am a member in good standing of the bars of the following United States District Courts:

| Court | Date of Admission |
| --- | --- |
| District of New Jersey | 1995 |
| Southern District of New York | 1996 |
| Eastern District of New York | 1996 |
| U.S. Court of Appeals, Third Circuit | 1998 |
| U.S. Court of Appeals, First Circuit | 2004 |

2.    There are no disciplinary proceedings pending against me as a member of the foregoing bars; and

3.    I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

FIRM NAME

By: _____
       John Erik Sandstedt
BERNSTEIN LITOWITZ
   BERGER & GROSSMANN LLP
1285 Avenue of the Americas, 38th Floor
New York, New York 10019
Phone:  (212) 554-1400
Fax:      (212) 554-1444

Dated: _October 18 2004_