UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ERIC FORSYTHE, Individually and on Behalf of
All Others Similarly Situated,

Plaintiff,

v.

SUN LIFE FINANCIAL, INC., ET AL.,

Defendants

No. 04-10584-GAO

## **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, defendants Sun Life Financial, Inc., and Massachusetts Financial Services Company ("MFS") state that over 10% of MFS's stock is owned by its parent corporation, Sun Life of Canada (U.S.) Financial Services Holdings, Inc. Sun Life of Canada (U.S.) Financial Services Holdings, Inc. is a wholly-owned indirect subsidiary of Sun Life Financial, Inc. The defendants further state that Sun Life Financial, Inc. does not have a parent corporation, and that no publicly held company owns 10% or more of its stock.

Respectfully Submitted,

SUN LIFE FINANCIAL, INC.
MASSACHUSETTS FINANCIAL
SERVICES COMPANY (d/b/a/ "MFS
INVESTMENT MANAGEMENT")

By their attorneys,

/s/ Jonathan A. Shapiro            ____
Jeffrey B. Rudman (BBO #433380)
William H. Paine (BBO #550506)
Jonathan A. Shapiro (BBO #567838)
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000
jonathan.shapiro@wilmerhale.com

Dated:  November 8, 2004

**CERTIFICATE OF SERVICE**

I, Jonathan A. Shapiro, hereby certify that I caused a copy of the within documents to be served by either electronic mail or overnight mail to:

Nancy Freeman Gans
MOULTON & GANS, P.C.
33 Broad Street
Suite 1100
Boston, MA  02109-4216

John D. Donovan
Jane E. Willis
ROPES & GRAY LLP
One International Place
Boston, MA 02110

Jules Brody
Aaron Brody
STULL, STULL & BRODY
6 East 45th St.
New York, NY  10017

Joseph H. Weiss
Richard Acocelli
WEISS & YOURMAN
551 Fifth Avenue
New York, NY  10176

Steven G. Schulman
Janine L. Pollack
Kim E. Levy
MILBERG WEISS BERSHAD &
SCHULMAN LLP
One Pennsylvania Plaza
New York, NY 10119

Charles J. Piven
Marshall N. Perkins
LAW OFFICES OF CHARLES J.
PIVEN, P.A.
The World Trade Center – Baltimore
401 East Pratt Street, Suite 2525
Baltimore, MD 21202

James C. Rehnquist
Abigail K. Hemani
GOODWIN PROCTER LLP
Exchange Place, 53 State Street
Boston, MA  02109

John F. Falvey, Jr.
Dean J. Dipilato
TESTA, HURWITZ & THIBEAULT, LLP
125 High Street
Boston, MA 02110

George J. Skelly
David M. Ryan
NIXON PEABODY LLP
101 Federal Street
Boston, MA  02110

Michelle H. Blauner
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109

Alan Schulman
Robert S. Gans
Timothy A. DeLange
Jerald D. Bien-Wilner
BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
12544 High Bluff Drive, Suite 150
San Diego, CA 92130

Marc A. Topaz
Richard A. Maniskas
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004

David Pastor
GILMAN AND PASTOR LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

Michael J. Brickman
RICHARDSON, PATRICK,
WESTBROOK & BRICKMAN, LLC
174 East Bay Street
Charleston, SC 29401

Lynn Lincoln Sarko
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101

Guy M. Burns
JOHNSON, POPE, BOKOR, RUPPEL &
BURNS, L.L.P.
100 North Tampa Street, Ste. 1800
Tampa, FL 33602


/s/ Jonathan A. Shapiro___
Jonathan A. Shapiro


Dated:  November 8, 2004