**Exhibit A**

**THE MFS FUNDS**

MFS Capital Opportunities Fund,
MFS Core Growth Fund,
MFS Emerging Growth Fund,
MFS Growth Opportunities Fund,
MFS Large Cap Growth Fund,
MFS Managed Sectors Fund,
MFS Mid Cap Growth Fund,
MFS New Discovery Fund,
MFS New Endeavor Fund,
MFS Research Fund,
MFS Strategic Growth Fund,
MFS Technology Fund,
Massachusetts Investors Growth Stock,
MFS Mid Cap Value Fund,
MFS Research Growth And Income Fund,
MFS Strategic Value Fund,
MFS Total Return Fund,
MFS Union Standard Equity Fund,
MFS Utilities Fund, MFS Value Fund,
Massachusetts Investors Trust,
MFS Aggressive Growth Allocation Fund,
MFS Conservative Allocation Fund,
MFS Growth Allocation Fund,
MFS Moderate Allocation Fund,
MFS Bond Fund,
MFS Emerging Markets Debt Fund,
MFS Government Limited Maturity Fund,
MFS Government Mortgage Fund,
MFS Government Securities Fund,
MFS High Income Fund,
MFS High Yield Opportunities Fund,
MFS Intermediate Investment Grade Bond Fund,
MFS Limited Maturity Fund,
MFS Research Bond Fund,
MFS Strategic Income Fund,
MFS Alabama Municipal Bond Fund,
MFS California Municipal Bond Fund,
MFS Florida Municipal Bond Fund,
MFS Georgia Municipal Bond Fund,
MFS Maryland Municipal Bond Fund,
MFS Massachusetts Municipal Bond Fund,
MFS Mississippi Municipal Bond Fund,

MFS Municipal Bond Fund,
MFS Municipal Limited Maturity Fund,
MFS New York Municipal Bond Fund,
MFS North Carolina Municipal Bond Fund,
MFS Pennsylvania Municipal Bond Fund,
MFS South Carolina Municipal Bond Fund,
MFS Tennessee Municipal Bond Fund,
MFS Virginia Municipal Bond Fund,
MFS West Virginia Municipal Bond Fund,
MFS Emerging Markets Equity Fund,
MFS Global Equity Fund,
MFS Global Growth Fund,
MFS Global Total Return Fund,
MFS International Growth Fund,
MFS International New Discovery Fund,
MFS International Value Fund,
MFS Research International Fund,
MFS Cash Reserve Fund,
MFS Government Money Market Fund,
MFS Money Market Fund