## VERIFICATION

I, Eric Forsythe, hereby verify under penalty of perjury that I have reviewed the Consolidated Amended Complaint and authorized its filing and that the foregoing is true and correct to the best of my knowledge, information and belief.

March 2, 2005

_____
Eric Forsythe