## VERIFICATION

I, RICHARD KOSLOW, hereby verify under penalty of perjury that I have reviewed the Complaint and authorized its filing and that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: March 1, 2005

*Richard Koslow*