UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, et al.,<br><br>                    Plaintiff,<br>v.<br><br>SUN LIFE FINANCIAL, INC., ET AL.,<br><br>                    Defendants | No. 04-10584-GAO |
| MARCUS DUMOND, HENRY BERDAT, STUART V. and ROSEMARY STURGESS, KATHLEEN BLAIR, WILLIAM and MARGIE BOOTH, KAREN PEACH, and RICHARD and EVELYN KELLER,<br><br>                    Plaintiffs,<br>v.<br><br>MASSACHUSETTS FINANCIAL SERVICES COMPANY and MFS FUND DISTRIBUTORS, INC.,<br><br>                    Defendants. | No. 04-11458-GAO |

**STIPULATION TO JOINT PROPOSED SCHEDULE**

The parties have conferred and hereby jointly propose the following schedule for the above-captioned cases:

| | |
|---|---|
| Plaintiffs' Amended Consolidated Complaint (in Forsythe): | To Be Filed by March 3, 2005 |
| Defendants' Motions to Dismiss (both cases): | To Be Filed By April 8, 2005 |
| Plaintiffs' Oppositions (both cases): | To Be Filed By May 11, 2005 |
| Defendants' Reply Briefs (both cases): | To Be Filed By June 10, 2005 |

The parties respectfully request that the Court approve this stipulation.

US1DOCS 4982314v2

-2-

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| The Forsythe plaintiffs, | Sun Life Financial, Inc., Massachusetts Financial Services Co., and MFS Fund Distributors, Inc., |
| By their attorneys, | By their attorneys, |
| /s/ Jonathan A. Shapiro<br>Nancy Freeman Gans (BBO #184540)<br>Moulton & Gans, P.C.<br>33 Broad Street, Suite 1100<br>Boston, MA 02109-4216<br>(617) 369-7979 | /s/ Jonathan A. Shapiro<br>Jeffrey B. Rudman (BBO #433380)<br>William H. Paine (BBO #550506)<br>Jonathan A. Shapiro (BBO #567838)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000 |
| The Dumond plaintiffs, | Jeffrey L. Shames, |
| By their attorneys, | By his attorneys, |
| /s/ Jonathan A. Shapiro<br>Edward F. Haber (BBO #215620)<br>Michelle H. Blauner (BBO #549049)<br>SHAPIRO HABER & URMY LLP<br>53 State Street<br>Boston, MA 02109<br>(617) 439-3939 | /s/ Jonathan A. Shapiro<br>James C. Rehnquist (BBO #552602)<br>Abigail K. Hemani (BBO #650721)<br>GOODWIN PROCTER LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109 |

US1DOCS 4982314v2

John W. Ballen,

By his attorneys,

/s/ Jonathan A. Shapiro
John F. Falvey, Jr. (BBO # 542674)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA  02109


Kevin J. Parke,

By his attorneys,

/s/ Jonathan A. Shapiro
George J. Skelly (BBO #546797)
David M. Ryan (BBO #644037)
NIXON PEABODY LLP
101 Federal Street
Boston, MA  02110


Lawrence H. Cohn, William R. Gutow,
J. Atwood Ives, Abby M. O'Neill,
Lawrence T. Perera, William J. Poorvu,
J. Dale Sherratt, Elaine R. Smith,
Ward Smith, and the MFS Funds,

By their attorneys,

/s/ Jonathan A. Shapiro
John D. Donovan (BBO #130950)
Jane E. Willis (BBO #568024)
ROPES & GRAY LLP
One International Place
Boston, MA 02110

March 7, 2005

-3-

US1DOCS 4982314v2

SO ORDERED:

Dated:_____          _____
                                     George A. O'Toole
                                     United States District Judge

US1DOCS 4982314v2