IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
ERIC FORSYTHE, Individually and On Behalf   )
Of All Others Similarly Situated,           )
                                            )
                Plaintiff,                  )
        v.                                  )   Case No. 04-10584-GAO
                                            )
SUN LIFE FINANCIAL INC., et al.,            )
                                            )
                Defendants.                 )
_____)

## ENTRY OF APPEARANCE

Please enter the appearance of James C. Rehnquist, Goodwin Procter LLP, on behalf of defendant Jeffrey L. Shames.

                                Respectfully submitted,

                                JEFFREY L. SHAMES

                                By his attorneys,


                                ___/s/ James C. Rehnquist___
                                James C. Rehnquist (BBO # 552602)
                                GOODWIN PROCTER, LLP
                                Exchange Place
                                53 State Street
                                Boston, MA 02109
                                (617) 570-1000
                                (617) 523-1231

Dated:  March 15, 2005


LIBA/1514700.1