IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                                 )
ERIC FORSYTHE, Individually and On Behalf  )
Of All Others Similarly Situated,                  )
                                                                  )
                 Plaintiff,         )
    v.                                      )   Case No. 04-10584-GAO
                                                                  )
SUN LIFE FINANCIAL INC., et al.,            )
                                                                  )
                 Defendants.      )
_____)

## **ENTRY OF APPEARANCE**

      Please enter the appearance of Abigail K. Hemani, Goodwin Procter LLP, on behalf of defendant Jeffrey L. Shames.

                                                   Respectfully submitted,

                                                 JEFFREY L. SHAMES

                                                 By his attorneys,

                                               ___/s/ Abigail K. Hemani___
                                               Abigail K. Hemani (BBO # 650721)
                                               GOODWIN PROCTER, LLP
                                               Exchange Place
                                               53 State Street
                                               Boston, MA 02109
                                               (617) 570-1000
                                               (617) 523-1231

Dated: March 15, 2005

LIBA/1514737.1