IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, Individually and On Behalf Of All Others Similarly Situated, )<br><br>Plaintiff, )<br>v. )<br><br>SUN LIFE FINANCIAL INC., et al., )<br><br>Defendants. ) | Case No. 04-10584-GAO |

**ENTRY OF APPEARANCE**

Please enter the appearance of John J. Falvey, Jr., Goodwin Procter LLP, on behalf of defendant John W. Ballen.

                                        Respectfully submitted,

                                        JOHN W. BALLEN

                                        By his attorneys,

                                        /s/ John J. Falvey, Jr.___
                                        John J. Falvey, Jr. (BBO # 542674)
                                        GOODWIN PROCTER LLP
                                        Exchange Place
                                        53 State Street
                                        Boston, MA 02109
                                        (617) 570-1000
                                        (617) 523-1231

Dated: March 18, 2005