UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, et al., <br><br> Plaintiff, <br> v. <br><br> SUN LIFE FINANCIAL, INC., ET AL., <br><br> Defendants | No. 04-10584-GAO |
| MARCUS DUMOND, HENRY BERDAT, STUART V. and ROSEMARY STURGESS, KATHLEEN BLAIR, WILLIAM and MARGIE BOOTH, KAREN PEACH, and RICHARD and EVELYN KELLER, <br><br> Plaintiffs, <br> v. <br><br> MASSACHUSETTS FINANCIAL SERVICES COMPANY and MFS FUND DISTRIBUTORS, INC., <br><br> Defendants. | No. 04-11458-GAO |

**STIPULATION TO A ONE-WEEK EXTENSION
OF THE JOINT PROPOSED SCHEDULE**

The parties in the above-captioned cases have agreed, at defendants' request, to a one-week extension of the deadlines set by their Stipulation To Joint Proposed Schedule, which was filed with this Court on March 7, 2005. As a result, the parties jointly propose the following revised briefing schedule:

| | |
|---|---|
| Defendants' Motions to Dismiss (both cases): | To be filed by April 15, 2005 |
| Plaintiffs' Oppositions (both cases): | To be filed by May 18, 2005 |
| Defendants' Reply Briefs (both cases): | To be filed by June 17, 2005 |

The parties respectfully request that the Court approve this stipulation.

US1DOCS 5041586v1

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| The Forsythe plaintiffs, | Sun Life Financial, Inc., Massachusetts Financial Services Co., and MFS Fund Distributors, Inc., |
| By their attorneys, | |
| | By their attorneys, |

/s/ Jonathan A. Shapiro
Nancy Freeman Gans (BBO #184540)
Moulton & Gans, P.C.
33 Broad Street, Suite 1100
Boston, MA 02109-4216
(617) 369-7979

/s/ Jonathan A. Shapiro
Jeffrey B. Rudman (BBO #433380)
William H. Paine (BBO #550506)
Jonathan A. Shapiro (BBO #567838)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

The Dumond plaintiffs,

By their attorneys,

Jeffrey L. Shames,

By his attorneys,

/s/ Jonathan A. Shapiro
Edward F. Haber (BBO #215620)
Michelle H. Blauner (BBO #549049)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
(617) 439-3939

/s/ Jonathan A. Shapiro
James C. Rehnquist (BBO #552602)
Abigail K. Hemani  (BBO #650721)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109

-2-

John W. Ballen,

By his attorneys,

/s/ Jonathan A. Shapiro
John F. Falvey, Jr. (BBO # 542674)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA  02109

Kevin J. Parke,

By his attorneys,

/s/ Jonathan A. Shapiro
George J. Skelly (BBO #546797)
David M. Ryan (BBO #644037)
NIXON PEABODY LLP
101 Federal Street
Boston, MA  02110

Lawrence H. Cohn, William R. Gutow,
J. Atwood Ives, Abby M. O'Neill,
Lawrence T. Perera, William J. Poorvu,
J. Dale Sherratt, Elaine R. Smith,
and the MFS Funds,

By their attorneys,

/s/ Jonathan A. Shapiro
John D. Donovan (BBO #130950)
Jane E. Willis (BBO #568024)
ROPES & GRAY LLP
One International Place
Boston, MA  02110

April 4, 2005

-3-

SO ORDERED:


Dated:_____        _____
                                   George A. O'Toole
                                   United States District Judge