UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, Individually And On Behalf Of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>SUN LIFE FINANCIAL INC., et al.,<br><br>                Defendants. | Civil Action No. 04cv10584 (GAO)<br><br>**Consolidated Case Nos.:**<br><br>04cv10764 (GAO)<br>04cv11019 (GAO) |

RENEWED MOTION FOR APPOINTMENT OF
CO-LEAD PLAINTIFFS, APPOINTMENT OF CO-LEAD
COUNSEL AND APPOINTMENT OF LIAISON COUNSEL

Plaintiffs Eric Forsythe ("Forsythe"), Larry R. Eddings ("Eddings") and the City of Chicago Deferred Compensation Plan ("Chicago") (collectively, the "Plaintiffs"), by their counsel, hereby move this Court for an Order (attached hereto): (i) appointing Forsythe, Eddings and Chicago as Co-Lead Plaintiffs; (ii) approving Plaintiffs' selection of Milberg Weiss Bershad & Schulman LLP, Weiss & Lurie and Bernstein Litowitz Berger & Grossmann LLP as Co-Lead Counsel to oversee the above-captioned actions; and (iii) approving Plaintiffs' selection of Moulton & Gans, P.C. as Liaison Counsel. In support of this Renewed Motion, Plaintiffs submit herewith a Memorandum of Law, Declarations of Bruce Green, Robert S. Gans and each of the Co-Lead Plaintiffs, and Renewed [Proposed] Pretrial Order No. 2 For Appointment Of Co-Lead Plaintiffs, Appointment of Co-Lead Counsel And Appointment Of Liaison Counsel.

Dated:   April 14, 2005              Respectfully submitted,

                                     **MOULTON & GANS, P.C.**

                                     By:  /s/ Nancy Freeman Gans
                                          Nancy Freeman Gans (BBO #184540)
                                     33 Broad Street, Suite 1100
                                     Boston, Massachusetts  02109-4216
                                     (617) 369-7979

                                     *Counsel for Plaintiffs Eric Forsythe and Larry R. Eddings and Proposed Liaison Counsel*


                                     **MILBERG WEISS BERSHAD
                                       & SCHULMAN LLP**
                                     Jerome M. Congress
                                     Janine L. Pollack
                                     Kim E. Miller
                                     Michael R. Reese
                                     One Pennsylvania Plaza
                                     New York, New York  10119-0165
                                     (212) 594-5300

                                     *Counsel for Plaintiff Eric Forsythe and Proposed Co-Lead Counsel*


                                     **BERNSTEIN LITOWITZ BERGER
                                        & GROSSMANN LLP**
                                     Alan Schulman
                                     Robert S. Gans
                                     Timothy A. DeLange
                                     Jerald D. Bien-Willner
                                     12544 High Bluff Drive, Suite 150
                                     San Diego, California 92130
                                     (858) 793-0070

                                     *Counsel for Plaintiff Chicago Deferred Compensation Plan and Proposed Co-Lead Counsel*

**WEISS & LURIE**
Joseph H. Weiss
Richard Acocelli
551 Fifth Avenue, Suite 1600
New York, New York 10176
(212) 682-3025

*Counsel for Plaintiff Larry R. Eddings and Proposed Co-Lead Counsel*

**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
Charles J. Piven
Marshall N. Perkins
The World Trade Center – Baltimore
Suite 2525
401 East Pratt Street
Baltimore, Maryland 21202
(410) 332-0030

*Counsel for Plaintiff Eric Forsythe*

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th Street
New York, New York 10017
(212) 687-7230

*Counsel for Plaintiff Larry R. Eddings*

**SCHIFFRIN & BARROWAY, LLP**
Marc A. Topaz
Richard A. Maniskas
280 King of Prussia Road
Radnor, Pennsylvania 19087
(610) 667-7706

*Counsel for Plaintiff Richard Koslow*

3

                    **GILMAN AND PASTOR LLP**
                    David Pastor (BBO #391000)
                    Stonehill Corporate Center
                    999 Broadway, Suite 500
                    Saugus, Massachusetts 01906
                    (781) 231-7850

                    *Counsel for Plaintiff Richard Koslow*

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I, Nancy Freeman Gans, hereby certify this Motion is being submitted pursuant to this Court's Order of January 13, 2005 and Fed. R. Civ. P. 23(g). Therefore, the issue cannot be resolved or narrowed by conference of the parties.

                    /s/ Nancy Freeman Gans
                    Nancy Freeman Gans

### CERTIFICATE OF SERVICE

I, Daniel P. Dietrich, hereby certify that I served a copy of the foregoing document upon counsel for all parties by mailing a copy of the same, postage prepaid, to each attorney of record, this 14th day of April, 2005.

                    /s/ Daniel P. Dietrich
                    Daniel P. Dietrich