UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUN LIFE FINANCIAL INC., et al.,<br><br>Defendants. | Civil Action No. 04cv10584 (GAO)<br><br>**Consolidated Cases Nos.:**<br><br>04cv10764 (GAO)<br>04cv11019 (GAO) |

## PLAINTIFFS' UNOPPOSED MOTION
## TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES

Pursuant to Local Rule 7.1(B)(4), Plaintiffs hereby move for leave to file a memorandum of law in support of their Motion for Class Certification in excess of twenty (20) pages. The Memorandum is 41 pages in length. Plaintiffs believe that extending the page limits will allow them to address the issues necessary to aid the court in its determination of the issues presented and will serve the interests of judicial economy and efficiency.

WHEREFORE, Plaintiffs respectfully request this Honorable Court grant leave for them to file the accompanying memorandum of 41 pages in support of their Motion for Class Certification.

DATED: April 14, 2005

Respectfully submitted,

**MOULTON & GANS, P.C.**

By:   /s/ Nancy Freeman Gans
      Nancy Freeman Gans (BBO #184540)
33 Broad Street, Suite 1100
Boston, Massachusetts  02109-4216
(617) 369-7979

*Counsel for Plaintiffs Eric Forsythe and Larry R. Eddings and Proposed Liaison Counsel for*

-1-

*Plaintiffs and the Class*
**MILBERG WEISS BERSHAD
  & SCHULMAN LLP**
Jerome M. Congress
Janine L. Pollack
Michael R. Reese
One Pennsylvania Plaza
New York, New York  10119-0165
(212) 594-5300

*Counsel for Plaintiff Eric Forsythe and Proposed
Co-Lead Counsel for Plaintiffs and the Class*

**BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP**
Alan Schulman
Robert S. Gans
Timothy A. DeLange
Jerald D. Bien-Willner
12544 High Bluff Drive, Suite 150
San Diego, CA 92130
(858) 793-0070

*Counsel for Plaintiff Chicago Deferred
Compensation Plan and Proposed Co-Lead
Counsel for Plaintiffs and the Class*

**WEISS & LURIE**
Joseph H. Weiss
Richard Acocelli
551 Fifth Avenue, Suite 1600
New York, New York  10176
(212) 682-3025

*Counsel for Plaintiff Larry R. Eddings and
Proposed Co-Lead Counsel for Plaintiffs and the Class*

**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
Charles J. Piven
Marshall N. Perkins
The World Trade Center – Baltimore
Suite 2525
401 East Pratt Street
Baltimore, Maryland  21202

(410) 332-0030

*Counsel for Plaintiff Eric Forsythe*

**STULL, STULL & BRODY**
Jules Brody
Mark Levine
Aaron Brody
6 East 45th Street
New York, New York  10017
(212) 687-7230

*Counsel for Plaintiff Larry R. Eddings*

**SCHIFFRIN & BARROWAY, LLP**
Marc A. Topaz
Richard A. Maniskas
Three Bala Plaza East
Suite 400
Bala Cynwyd, Pennsylvania  19004
(610) 667-7706

*Counsel for Plaintiff Richard Koslow*


**GILMAN AND PASTOR LLP**
David Pastor (BBO #391000)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, Massachusetts  01906
(781) 231-7850

*Counsel for Plaintiff Richard Koslow*


**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

I, Nancy Freeman Gans, hereby certify that on February 25, 2005 and/or March 2, 2005, I contacted defense counsel  by voice mail, e-mail and/or telephone regarding Plaintiffs' Unopposed Motion for Leave to File Memorandum in Excess of 20 Pages as follows:  David Ryan, Esquire, of

Nixon Peabody LLP, counsel for defendant Kevin B. Parke, who assents to said motion; Abigail Hemani, Esquire, of Goodwin Proctor LLP, counsel for defendant Jeffrey L. Shames, who assents to said motion; John J. Falvey, Jr., Esquire, of Goodwin Proctor LLP, counsel for defendant John W. Ballen, who does not oppose said motion; Jonathan A. Shapiro, Esquire, of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for defendants Sun Life Financial, Inc. and MFS Company, who assents to said motion; and Jane Willis, Esquire, Ropes & Gray LLP, counsel for defendants Lawrence H. Cohn, William R. Gutow, J. Atwood Ives, Abby M. O=Neill, Lawrence T. Perera, William J. Poorvu, J. Dale Sherratt, Elaine R. Smith, Ward Smith and the MFS Funds, who assents to said motion.

/s/ Nancy Freeman Gans
Nancy Freeman Gans

**CERTIFICATE OF SERVICE**

I, Daniel P. Dietrich, hereby certify that I served a copy of the foregoing document upon counsel for all parties by mailing a copy of the same, postage prepaid, to each attorney of record, this 14th day of April, 2005.

/s/ Daniel P. Dietrich
Daniel P. Dietrich