# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, Individually And On Behalf Of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>SUN LIFE FINANCIAL INC., et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 04cv10584 (GAO)<br><br>**Consolidated Cases Nos.:**<br><br>04cv10764 (GAO)<br>04cv11019 (GAO) |

## MOTION FOR CLASS CERTIFICATION

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

　　　PLEASE TAKE NOTICE that plaintiffs City of Chicago Deferred Compensation Plan, Eric Forsythe, Larry R. Eddings and Richard Koslow (collectively, the "Plaintiffs"), by their counsel, will hereby move before the Honorable George A. O'Toole Jr., U.S.D.J., at a date and time to be fixed by the Court, at the John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210, for entry of an Order: (1) certifying a class of all persons and entities who held one or more shares of the Massachusetts Financial Services mutual funds identified in the consolidated amended complaint dated March 3, 2005, during the period between March 24, 1999 and November 17, 2003, inclusive; and (2) appointing Plaintiffs as class representatives. In support of this Motion, Plaintiffs submit herewith a Memorandum of

Law, the Declaration of Kim E. Miller, and a Proposed Form of Order.

Dated: April 14, 2005

                **MOULTON & GANS, P.C.**

                By: /s/ Nancy Freeman Gans
                    Nancy Freeman Gans (BBO #184540)
                33 Broad Street, Suite 1100
                Boston, Massachusetts 02109-4216
                (617) 369-7979

                *Counsel for Plaintiffs Eric Forsythe and Larry R. Eddings and Proposed Liaison Counsel*

                **MILBERG WEISS BERSHAD**
                  **& SCHULMAN LLP**
                Jerome M. Congress
                Janine L. Pollack
                Kim E. Miller
                Michael R. Reese
                One Pennsylvania Plaza
                New York, New York 10119-0165
                (212) 594-5300

                *Counsel for Plaintiff Eric Forsythe and Proposed Co-Lead Counsel*

                **BERNSTEIN LITOWITZ BERGER**
                    **& GROSSMANN LLP**
                Alan Schulman
                Robert S. Gans
                Timothy A. DeLange
                Jerald D. Bien-Willner
                12544 High Bluff Drive, Suite 150
                San Diego, CA 92130
                (858) 793-0070

                *Counsel for Plaintiff Chicago Deferred Compensation Plan and Proposed Co-Lead Counsel*

**WEISS & LURIE**
Joseph H. Weiss
Richard Acocelli
551 Fifth Avenue, Suite 1600
New York, New York  10176
(212) 682-3025

*Counsel for Plaintiff Larry R. Eddings and Proposed Co-Lead Counsel*

**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
Charles J. Piven
Marshall N. Perkins
The World Trade Center – Baltimore
Suite 2525
401 East Pratt Street
Baltimore, Maryland  21202
(410) 332-0030

*Counsel for Plaintiff Eric Forsythe*

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th Street
New York, New York  10017
(212) 687-7230

*Counsel for Plaintiff Larry R. Eddings*

**SCHIFFRIN & BARROWAY, LLP**
Marc A. Topaz
Richard A. Maniskas
280 King of Prussia Road
Radnor, Pennsylvania 19087
(610) 667-7706

*Counsel for Plaintiff Richard Koslow*

**GILMAN AND PASTOR LLP**
David Pastor (BBO #391000)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, Massachusetts  01906
(781) 231-7850

*Counsel for Plaintiff Richard Koslow*

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I, Nancy Freeman Gans, hereby certify that on February 25, 2005 and/or March 2, 2005, I contacted defense counsel by voice mail, e-mail and/or telephone regarding Plaintiffs=Motion for Class Certification as follows:  David Ryan, Esquire, of Nixon Peabody LLP, counsel for defendant Kevin B. Parke, who opposes said motion; Abigail Hemani, Esquire, of Goodwin Proctor LLP, counsel for defendant Jeffrey L. Shames, who opposes said motion; John J. Falvey, Jr., Esquire, of Goodwin Proctor LLP, counsel for defendant John W. Ballen, who takes no position regarding said motion; Jonathan A. Shapiro, Esquire, of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for defendants Sun Life Financial, Inc. and MFS Company, who reserves his position regarding said motion; and Jane Willis, Esquire, Ropes & Gray LLP, counsel for defendants Lawrence H. Cohn, William R. Gutow, J. Atwood Ives, Abby M. O=Neill, Lawrence T. Perera, William J. Poorvu, J. Dale Sherratt, Elaine R. Smith, Ward Smith and the MFS Funds, who reserves her position on said motion.

/s/ Nancy Freeman Gans
Nancy Freeman Gans

### CERTIFICATE OF SERVICE

I, Daniel P. Dietrich, hereby certify that I served a copy of the foregoing document upon counsel for all parties by mailing a copy of the same, postage prepaid, to each attorney of record, this 14th day of April, 2005.

 /s/ Daniel P. Dietrich
Daniel P. Dietrich

4