UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, et al.,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>SUN LIFE FINANCIAL, INC., ET AL.,<br><br>　　　　　　Defendants. | No. 04-10584-GAO<br><br>Consolidated Cases Nos.:<br><br>04-10764-GAO<br>04-11019-GAO |

**DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE
TO FILE MEMORANDUM IN EXCESS OF PAGE LIMIT**

Pursuant to Local Rule 7.1(B)(4), defendants hereby move for leave to file a Memorandum of Law in Support of Defendants' Motion to Dismiss the Consolidated Amended Complaint ("Complaint") in excess of the twenty-page limit.  In support of this Motion, defendants state that their memorandum encompasses numerous complex legal issues raised by the Complaint, which includes 199 paragraphs in 71 pages.  Defendants believe that extending the page limit will allow them to make the submissions necessary to aid the Court in its determination of the issues presented.

In further support of their Motion, defendants state that, in the interest of judicial economy and efficiency, all defendants (each of which could have filed a separate motion to dismiss) have joined in one motion.

Finally, defendants state that plaintiffs have assented to this request.

WHEREFORE, defendants respectfully request that the Court grant leave for them to file the accompanying memorandum of law in support of their motion to dismiss.

Respectfully Submitted,

Sun Life Financial, Inc., Massachusetts Financial Services Co., and MFS Fund Distributors, Inc.,

By their attorneys,


/s/ Jonathan A. Shapiro
Jeffrey B. Rudman (BBO #433380)
William H. Paine (BBO #550506)
Jonathan A. Shapiro (BBO #567838)
Amanda P. Masselam (BBO #641108)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000


Jeffrey L. Shames,

By his attorneys,


 /s/ James C. Rehnquist (JAS by permission)
James C. Rehnquist (BBO #552602)
Abigail K. Hemani  (BBO #650721)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA  02109

John W. Ballen,

By his attorneys,


/s/ John F. Falvey_ (JAS by permission)
John F. Falvey, Jr. (BBO # 542674)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA  02109


Kevin J. Parke,

By his attorneys,


/s/ George J. Skelly (JAS by permission)
George J. Skelly (BBO #546797)
David M. Ryan (BBO #644037)
NIXON PEABODY LLP
101 Federal Street
Boston, MA  02110


Lawrence H. Cohn, William R. Gutow,
J. Atwood Ives, Abby M. O'Neill,
Lawrence T. Perera, William J. Poorvu,
J. Dale Sherratt, Elaine R. Smith,
and the MFS Funds,

By their attorneys,


/s/ John D. Donovan (JAS by permission)
John D. Donovan (BBO #130950)
Jane E. Willis (BBO #568024)
ROPES & GRAY LLP
One International Place
Boston, MA 02110

April 15, 2005

-4-

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Counsel for the MFS defendants certifies that she conferred with plaintiffs' counsel in a good faith attempt to resolve or narrow the issues raised in this Motion, and that plaintiffs' counsel assented to the Motion.

/s/ Amanda P. Masselam
Amanda P. Masselam