UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, et al.,<br><br>    Plaintiffs,<br>v.<br><br>SUN LIFE FINANCIAL, INC., ET AL.,<br><br>    Defendants. | No. 04-10584-GAO<br><br>Consolidated Cases Nos.:<br><br>04-10764-GAO<br>04-11019-GAO |

## DEFENDANTS' MOTION TO DISMISS
## THE CONSOLIDATED AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and the Securities Litigation Uniform Standards Act, defendants hereby move to dismiss the Consolidated Amended Complaint (the "Complaint") against them.

As set forth in the accompanying memorandum of law, the Complaint does not state a claim against defendants under Sections 34(b), 36(a), 36(b), or 48(a) of the Investment Company Act, Section 215 of the Investment Advisers Act, or state law. Defendants also rely on and incorporate the arguments set forth in the Memorandum of Law In Support of Defendants' Motion to Dismiss Plaintiffs' Complaint, filed separately in <u>Dumond v. Massachusetts Financial Services, Co.</u>, C.A. No. 04-11458-GAO.

## REQUEST FOR ORAL ARGUMENT

Defendants respectfully request oral argument pursuant to Local Rule 7.1(D).

WHEREFORE, defendants respectfully request that this Court:

(i)   dismiss the Complaint in its entirety with prejudice, without leave to re-plead, and enter judgment for defendants and against plaintiffs on all claims;

(ii)  grant oral argument; and

(iii) grant such further relief as may be just and proper.

                    Respectfully Submitted,

                    Sun Life Financial, Inc., Massachusetts Financial Services Co., and MFS Fund Distributors, Inc.,

                    By their attorneys,

                    /s/ Jonathan A. Shapiro
                    Jeffrey B. Rudman (BBO #433380)
                    William H. Paine (BBO #550506)
                    Jonathan A. Shapiro (BBO #567838)
                    Amanda P. Masselam (BBO #641108)
                    WILMER CUTLER PICKERING
                        HALE AND DORR LLP
                    60 State Street
                    Boston, MA 02109
                    (617) 526-6000

                    Jeffrey L. Shames,

                    By his attorneys,

                    /s/ James C. Rehnquist (JAS by permission)
                    James C. Rehnquist (BBO #552602)
                    Abigail K. Hemani (BBO #650721)
                    GOODWIN PROCTER LLP
                    Exchange Place
                    53 State Street
                    Boston, MA 02109

John W. Ballen,

By his attorneys,

/s/ John F. Falvey_ (JAS by permission)
John F. Falvey, Jr. (BBO # 542674)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA  02109

Kevin J. Parke,

By his attorneys,

/s/ George J. Skelly (JAS by permission)
George J. Skelly (BBO #546797)
David M. Ryan (BBO #644037)
NIXON PEABODY LLP
101 Federal Street
Boston, MA  02110

Lawrence H. Cohn, William R. Gutow,
J. Atwood Ives, Abby M. O'Neill,
Lawrence T. Perera, William J. Poorvu,
J. Dale Sherratt, Elaine R. Smith,
and the MFS Funds,

By their attorneys,

/s/ John D. Donovan (JAS by permission)
John D. Donovan (BBO #130950)
Jane E. Willis (BBO #568024)
ROPES & GRAY LLP
One International Place
Boston, MA 02110

April 15, 2005

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

Counsel for the MFS defendants certifies that she has conferred with plaintiffs' counsel in a good faith attempt to resolve or narrow the issues raised in this Motion, but has been unable to do so.

/s/ Amanda P. Masselam_____
Amanda P. Masselam