UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUN LIFE FINANCIAL INC., et al.,<br><br>Defendants. | Civil Action No. 04cv10584 (GAO)<br><br>**Consolidated Cases Nos.:**<br><br>04cv10764 (GAO)<br>04cv11019 (GAO) |
| MARCUS DUMOND, HENRY BERDAT, STUART V. and ROSEMARY STRUGESS, KATHLEEN BLAIR, WILLIAM and MARGIE BOOTH, KAREN PEACH and RICHARD and EVELYN KELLER,<br><br>Plaintiffs,<br><br>vs.<br><br>MASSAHUSETTS FINANCIAL SERVICES COMPANY and MFD FUND DISTRIBUTORS, INC.,<br><br>Defendants. | Civil Action No. 04cv11458 (GAO) |

**THE *FORSYTHE* PLAINTIFFS' ASSENTED TO MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS**

The *Forsythe* plaintiffs hereby request that this Court grant an extension of time of one week for plaintiffs in both the above-captioned actions (collectively, the "Plaintiffs") to file their oppositions to Defendants' motions to dismiss. In support of this Motion, the *Forsythe* plaintiffs state the following:

1. Defendants filed a motion to dismiss in each of the above-captioned actions on April 15, 2005. Plaintiffs' oppositions to the respective motions to dismiss are currently due on May 18, 2005.

2. The *Forsythe* plaintiffs request this extension because of their counsel's conflicting professional commitments.

3. Defendants have assented to this Motion.

WHEREFORE, the *Forsythe* plaintiffs respectfully request that this Court grant their motion for an extension of time of one week, *i.e.* up to and including May 25, 2005, for Plaintiffs to file their oppositions to Defendants' motions to dismiss. Defendants' reply briefs to Plaintiffs' oppositions in both of the above-captioned actions are to be filed by June 24, 2005.

Dated: May 2, 2005

Respectfully submitted,

**MOULTON & GANS, P.C.**

By:  /s/ Nancy Freeman Gans
    Nancy Freeman Gans, BBO #184540
33 Broad Street, Suite 1100
Boston, Massachusetts 02109-4216
(617) 369-7979

*Counsel for the Forsythe Plaintiffs and Proposed Liaison Counsel*

**MILBERG WEISS BERSHAD
  & SCHULMAN LLP**
Jerome M. Congress
Janine L. Pollack
Kim E. Miller
Michael R. Reese
One Pennsylvania Plaza
New York, New York 10119-0165
(212) 594-5300

*Counsel for the Forsythe Plaintiffs and Proposed Co-Lead Counsel*

**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**
Alan Schulman
Robert S. Gans
12544 High Bluff Drive, Suite 150
San Diego, CA 92130
(858) 793-0070

*Counsel for the Forsythe Plaintiffs and Proposed Co-Lead Counsel*

**WEISS & LURIE**
Joseph H. Weiss
Richard Acocelli
551 Fifth Avenue, Suite 1600
New York, New York 10176
(212) 682-3025

*Counsel for the Forsythe Plaintiffs and Proposed Co-Lead Counsel*

**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
Charles J. Piven
Marshall N. Perkins
The World Trade Center – Baltimore
Suite 2525
401 East Pratt Street
Baltimore, Maryland 21202
(410) 332-0030

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th Street
New York, New York 10017
(212) 687-7230

**SCHIFFRIN & BARROWAY, LLP**
Marc A. Topaz
Richard A. Maniskas
280 King of Prussia Road
Radnor, Pennsylvania 19087
(610) 667-7706

3

                                                     **GILMAN AND PASTOR LLP**
                                                     David Pastor (BBO #391000)
                                                     Stonehill Corporate Center
                                                     999 Broadway, Suite 500
                                                     Saugus, Massachusetts 01906
                                                     (781) 231-7850

                                                     *Additional Counsel for the Forsythe Plaintiffs*

## LOCAL RULE 7.1 CERTIFICATE

     I, Nancy Freeman Gans, hereby certify that I have conferred with Jonathan A. Shapiro, Esq., Wilmer Cutler Pickering Hale and Dorr LLP; Carisa Klemeyer, Esq., of Ropes & Gray LLP; Abigail Hemani, Esq. of Goodwin Proctor LLP; Jack J. Falvey, Jr., Esq. of Goodwin Proctor LLP; and George Skelly, Esq. of Nixon Peabody LLP, all of whom assent to the within The *Forsythe* Plaintiffs' Assented to Motion for An Extension of Time to Respond to Defendants' Motions to Dismiss. I have also notified Michelle Blauner, Esq., of Shapiro Haber & Urmy, plaintiffs' counsel in the *Dumond* action, of the filing of this motion, who has no objection.

                                                     /s/ Nancy Freeman Gans
                                                     Nancy Freeman Gans

## CERTIFICATE OF SERVICE

     I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon each party by mailing a copy of same, postage prepaid, to all counsel of record on May 2, 2005.

                                                     /s/ Nancy Freeman Gans
                                                     Nancy Freeman Gans