UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, et al.,<br><br>                Plaintiff,<br><br>vs.<br><br>SUN LIFE FINANCIAL INC., et al.,<br><br>                Defendants. | Civil Action No. 04cv10584 (GAO)<br><br>**Consolidated Case Nos.:**<br>04cv10764 (GAO)<br>04cv11019 (GAO) |

**PLAINTIFFS' ASSENTED-TO MOTION FOR LEAVE TO FILE
MEMORANDUM IN EXCESS OF PAGE LIMIT**

Pursuant to Local Rule 7.1(B)(4), Plaintiffs hereby move for leave to file a Memorandum of Law in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss the Consolidated Amended Complaint ("Complaint") in excess of the twenty (20) page limit. In support of this Motion, Plaintiffs state that their memorandum address numerous issues raised by the Defendants' Motions to Dismiss, which number fifty-five (55) pages in length. Plaintiffs believe that extending the page limit will allow them to make the submissions necessary to aid the Court in its determination of the issues presented.

Finally, Plaintiffs state that Defendants have assented to this request.

WHEREFORE, Plaintiffs respectfully request that the court grant leave for them to file the accompanying opposition to defendants' motions to dismiss.

Respectfully submitted,

**MOULTON & GANS, P.C.**

By: /s/ Nancy Freeman Gans
    Nancy Freeman Gans (BBO #184540)
33 Broad Street, Suite 1100
Boston, Massachusetts 02109-4216
(617) 369-7979

**Counsel for Plaintiffs and Proposed Liaison Counsel**

**MILBERG WEISS BERSHAD
  & SCHULMAN LLP**
Jerome M. Congress
Janine L. Pollack
Kim E. Miller
Michael R. Reese
One Pennsylvania Plaza
New York, New York 10119-0165
(212) 594-5300

**Counsel for Plaintiffs and Proposed Co-Lead Counsel**

**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**
Alan Schulman
Robert S. Gans
Jerald D. Bien-Willner
12544 High Bluff Drive, Suite 150
San Diego, California 92130
(858) 793-0070

**Counsel for Plaintiffs and Proposed Co-Lead Counsel**

**WEISS & LURIE**
Joseph H. Weiss
Richard Acocelli
551 Fifth Avenue, Suite 1600
New York, New York 10176
(212) 682-3025

**Counsel for Plaintiffs and Proposed Co-Lead Counsel**

**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
Charles J. Piven
Marshall N. Perkins
The World Trade Center – Baltimore
Suite 2525
401 East Pratt Street
Baltimore, Maryland 21202
(410) 332-0030

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th Street
New York, New York 10017
(212) 687-7230

**GILMAN AND PASTOR LLP**
David Pastor (BBO #391000)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, Massachusetts 01906
(781) 231-7850

**Additional Plaintiffs' Counsel**

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Counsel for the MFS Plaintiffs certifies that he conferred with Defendants' counsel in a good faith attempt to resolve or narrow the issues raised in this Motion, and that Defendants' counsel assented to the Motion.

                                          /s/ Michael R. Reese
                                          Michael R. Reese

## CERTIFICATE OF SERVICE

I, Michael R. Reese, hereby certify that I served a copy of the foregoing document upon counsel for all parties by mailing a copy of the same, postage prepaid, to each attorney of record, this 25th day of May, 2005.

                                          /s/ Michael R. Reese
                                          Michael R. Reese