**EXHIBIT J**

As filed with the Securities and Exchange Commission on April 30, 2003
                                           1933 Act File No. 2-11401
                                           1940 Act File No. 811-203

================================================================================

```
                   SECURITIES AND EXCHANGE COMMISSION
                          WASHINGTON, D.C. 20549


                              FORM N-1A
                    REGISTRATION STATEMENT UNDER

                    THE SECURITIES ACT OF 1933
                    POST-EFFECTIVE AMENDMENT NO. 83


                                 AND

                    REGISTRATION STATEMENT UNDER
                 THE INVESTMENT COMPANY ACT OF 1940

                          AMENDMENT NO. 34


                    MASSACHUSETTS INVESTORS TRUST
         (Exact Name of Registrant as Specified in Charter)

              500 Boylston, Street, Boston, Massachusetts 02116
                  (Address of Principal Executive Offices)

    Registrant's Telephone Number, Including Area Code: 617-954-5000
           Stephen E. Cavan, Massachusetts Financial Services Co.,
              500 Boylston Street, Boston, Massachusetts 02116
                    (Name and Address of Agent for Service)
```

            APPROXIMATE DATE OF PROPOSED PUBLIC OFFERING:
 It is proposed that this filing will become effective (check appropriate box):

|_| immediately upon filing pursuant to paragraph (b)
|X| on April 30, 2003 pursuant to paragraph (b)
|_| 60 days after filing pursuant to paragraph (a)(i)
|_| on [date] pursuant to paragraph (a)(i)
|_| 75 days after filing pursuant to paragraph (a)(ii)
|_| on [date] pursuant to paragraph (a)(ii) of rule 485.


If appropriate, check the following box:
|_| this post-effective amendment designates a new effective date for a
    previously filed post-effective amendment

================================================================================
<PAGE>
                         MASSACHUSETTS INVESTORS TRUST

MASSACHUSETTS INVESTORS TRUST PROSPECTUS 5/1/03

This Prospectus describes the Massachusetts Investors Trust. The investment objective of the fund is to seek long-term growth of capital with a secondary objective to seek reasonable current income.

TABLE OF CONTENTS

| | |
|---|---|
| RISK RETURN SUMMARY | 1 |
| EXPENSE SUMMARY | 6 |
| CERTAIN INVESTMENT STRATEGIES AND RISKS | 8 |
| MANAGEMENT OF THE FUND | 9 |
| DESCRIPTION OF SHARE CLASSES | 11 |
| HOW TO PURCHASE, EXCHANGE AND REDEEM SHARES | 15 |
| INVESTOR SERVICES AND PROGRAMS | 19 |
| OTHER INFORMATION | 21 |
| FINANCIAL HIGHLIGHTS | 25 |
| APPENDIX A-INVESTMENT TECHNIQUES AND PRACTICES | A-1 |

THE SECURITIES AND EXCHANGE COMMISSION HAS NOT APPROVED OR DISAPPROVED THE FUND'S SHARES OR DETERMINED WHETHER THIS PROSPECTUS IS ACCURATE OR COMPLETE. ANYONE WHO TELLS YOU OTHERWISE IS COMMITTING A CRIME.

El presente Prospecto tambien se encuentra disponible en espanol. Solicite un ejemplar a un representante

<PAGE>
- ---------------------
I RISK RETURN SUMMARY
- ---------------------

|  | CLASS A AND 529A | CLASS B AND 529B | CLASS C AND 529C | CLASS R |
|---|---|---|---|---|
| Maximum Sales Charge (Load) Imposed on Purchases (as a percentage of offering price) | 5.75% | 0.00% | 0.00% | 0.00% |
| Maximum Deferred Sales Charge (Load) (as a percentage of original purchase price or redemption proceeds, whichever is less) | See Below(1) | 4.00% | 1.00% | 0.00% |

ANNUAL FUND OPERATING EXPENSES (expenses that are deducted from fund assets):

|  | CLASS A | CLASS B | CLASS C | CLASS R |
|---|---|---|---|---|
| Management Fees | 0.33% | 0.33% | 0.33% | 0.33% |
| Distribution and Service (12b-1) Fees(2) | 0.35% | 1.00% | 1.00% | 0.50% |
| Other Expenses(3) | 0.24% | 0.24% | 0.24% | 0.24% |
| Total Annual Fund Operating Expenses (3) | 0.92% | 1.57% | 1.57% | 1.07% |

|  | CLASS 529A | CLASS 529B | CLASS 529C |
|---|---|---|---|
| Management Fees | 0.33% | 0.33% | 0.33% |
| Distribution and Service (12b-1) Fees(2) | 0.35% | 1.00% | 1.00% |
| Other Expenses(3)(4) | 0.49% | 0.49% | 0.49% |
| Total Annual Fund Operating Expenses (3) | 1.17% | 1.82% | 1.82% |

------

(1) For class A shares only, an initial sales charge will not be deducted from your purchase if you buy $1 million or more of class A shares, or if you are investing through a retirement plan and your class A purchase meets certain requirements. However, in either case, a contingent deferred sales charge (referred to as a CDSC) of 1% may be deducted from your redemption proceeds if you redeem your investment within 12 months. Class 529A shares are not subject to any CDSC.
(2) The fund adopted a distribution plan under Rule 12b-1 that permits it to pay marketing and other fees to support the sale and distribution of each class of shares and the services provided to you by your financial adviser (referred to as distribution and service fees). The maximum distribution and service fees under the plan are: 0.35% annually for class A shares; 0.50% annually for class R and class 529A shares; and 1.00% annually for class B, C, 529B and 529C shares. A portion of the class 529A distribution fee equal to 0.15% currently is not being imposed and may be imposed only with the approval of the board of trustees which oversees the fund.
(3) "Other Expenses" are estimated for class R shares for the fund's current fiscal year. The fund has an expense offset arrangement which reduces the fund's custodian fee based upon the amount of cash maintained by the

CALCULATION OF CDSC

As discussed above, certain investments in class A, B, C, 529B and 529C shares will be subject to a CDSC. Two different aging schedules apply to the calculation of the CDSC:

o  Purchases of class A shares made on any day during a calendar month will age one month on the last day of the month, and each subsequent month.

o  Purchases of class B, C, 529B and 529C shares made on any day during a calendar month will age one year at the close of business on the last day of that month in the following calendar year, and each subsequent year.

No CDSC is assessed on the value of your account represented by appreciation or additional shares acquired through the automatic reinvestment of dividends or capital gain distributions. Therefore, when you redeem your shares, only the value of the shares in excess of these amounts (i.e., your direct investment) is subject to a CDSC.

The CDSC will be applied in a manner that results in the CDSC being imposed at the lowest possible rate, which means that the CDSC will be applied against the lesser of your direct investment or the total cost of your shares. The applicability of a CDSC will not be affected by exchanges or transfers of registration, except as described in the SAI.