UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE,<br><br>                    Plaintiff,<br><br>VS.<br><br>SUN LIFE FINANCIAL INC., et al,<br><br>                    Defendant. | Civil Action No. 04-CV-10584-GAO |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2, Edward F. Haber of Shapiro Haber & Urmy LLP hereby withdraws his appearance as counsel for Intervenors-Movants Marcus Dumond, Henry Berdat, Stuart V. Sturgess, Rosemary Sturgess, Kathleen Blair, William Booth, Margie Booth, Karen Peach, Richard Keller and Evelyn Keller.

                                                                             Respectfully submitted,

                                                                             **/s/Edward F. Haber**
                                                                             Edward F. Haber BBO #215620
                                                                             Shapiro Haber & Urmy LLP
                                                                             53 State Street
                                                                             Boston, MA 02109
                                                                             (617) 439-3939

                                                                             Attorneys for the Intervenors

Dated: June 2, 2005