IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, Individually and On Behalf Of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SUN LIFE FINANCIAL INC., et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 04-10584-GAO<br>)<br>)<br>)<br>)<br>) |

**ENTRY OF APPEARANCE**

　　Please enter the appearance of Alison V. Douglass, Goodwin Procter LLP, on behalf of defendant John W. Ballen.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　JOHN W. BALLEN

　　　　　　　　　　　　　　　　　　　By his attorneys,


　　　　　　　　　　　　　　　　　　　/s/ Alison V. Douglass
　　　　　　　　　　　　　　　　　　　Alison V. Douglass (BBO # 646861)
　　　　　　　　　　　　　　　　　　　GOODWIN PROCTER LLP
　　　　　　　　　　　　　　　　　　　Exchange Place
　　　　　　　　　　　　　　　　　　　53 State Street
　　　　　　　　　　　　　　　　　　　Boston, MA  02109
　　　　　　　　　　　　　　　　　　　(617) 570-1000
　　　　　　　　　　　　　　　　　　　(617) 523-1231

Dated: August 15, 2005

LIBA/1574041.1