UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, Individually and On Behalf of All Others Similarly Situated,<br>　　　　　　　　　　　Plaintiff,<br>vs.<br>SUN LIFE FINANCIAL INC., et als.,<br>　　　　　　　　　　　Defendants, | :<br>:<br>:　**C.A. No. 04-CV-10584**<br>:　**(GAO)**<br>:<br>: |

## ASSENTED-TO MOTION TO CHANGE HEARING DATE

Lead Plaintiffs, with the assent of all defendants, move this Court to change the hearing on the Defendants' Motion to Dismiss now scheduled for September 22, 2005 to October 25, 2005, or as an alternative, to October 26, 2005. As grounds for this motion, Lead Plaintiffs state that Lead Counsel will be out of the country on September 22, 2005, and that defense counsel also have conflicts on that date. All counsel are available on October 25, 2005 or October 26, 2005.

Dated:   September 1, 2005           Respectfully submitted,

　　　　　　　　　　　　　　　　　　**MOULTON & GANS, P.C.**

　　　　　　　　　　　　　　　　　　By:   /s/ Nancy Freeman Gans
　　　　　　　　　　　　　　　　　　　　Nancy Freeman Gans (BBO #184540)
　　　　　　　　　　　　　　　　　　33 Broad Street, Suite 1100
　　　　　　　　　　　　　　　　　　Boston, Massachusetts  02109-4216
　　　　　　　　　　　　　　　　　　(617) 369-7979

　　　　　　　　　　　　　　　　　　*Plaintiffs' Liaison Counsel*

　　　　　　　　　　　　　　　　　　**MILBERG WEISS BERSHAD
　　　　　　　　　　　　　　　　　　 & SCHULMAN LLP**
　　　　　　　　　　　　　　　　　　Jerome M. Congress
　　　　　　　　　　　　　　　　　　Janine L. Pollack
　　　　　　　　　　　　　　　　　　Kim E. Miller
　　　　　　　　　　　　　　　　　　Michael R. Reese
　　　　　　　　　　　　　　　　　　One Pennsylvania Plaza
　　　　　　　　　　　　　　　　　　New York, New York  10119-0165
　　　　　　　　　　　　　　　　　　(212) 594-5300

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Alan Schulman
Robert S. Gans
Timothy A. DeLange
Jerald D. Bien-Willner
12544 High Bluff Drive, Suite 150
San Diego, California 92130
(858) 793-0070

**WEISS & LURIE**
Joseph H. Weiss
Richard Acocelli
551 Fifth Avenue, Suite 1600
New York, New York 10176
(212) 682-3025

*Plaintiffs' Co-Lead Counsel*

## LOCAL RULE 7.1 CERTIFICATE

I, Nancy Freeman Gans, Liaison Counsel for Lead Plaintiffs, hereby certifies that I have consulted with Joanthan A. Shapiro, Esquire, Wilmer Cutler Pickering Hale & Dorr, LLP, counsel for defendants Sun Life Financial, Inc. and MFS Company. Mr. Shapiro has consulted with George Skelly, Esquire, Nixon Peabody LLP, counsel for defendant Kevin R. Parks; John J. Falvey, Jr., Esquire, Goodwin Proctor LLP, counsel for defendant George W. Ballen; Jane Willis, Esquire, Ropes & Gray LLP, counsel for defendants Lawrence H. Cohn, William R. Gutow, J. Atwood Ives, Abby M. O'Neill, Lawrence T. Perera, William J. Poorvu, J. Dale Sherratt, Elaine R. Smith, Ward Smith and MFS Funds and Abigail Hemani, Esquire and James C. Rehnquist, Esquire, counsel for defendant Jeffrey L. Shames. All defendants consent to this motion.

/s/ Nancy Freeman Gans
Nancy Freeman Gans

## CERTIFICATE OF SERVICE

I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon each party by mailing a copy of same, postage prepaid, to all counsel of record on September 1, 2005.

/s/ Nancy Freeman Gans
Nancy Freeman Gans