UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, et al.,<br><br>       Plaintiffs,<br>   v.<br><br>SUN LIFE FINANCIAL, INC., ET AL.,<br><br>       Defendants. | No. 04-10584-GAO<br><br>Consolidated Cases Nos.:<br><br>04-10764-GAO<br>04-11019-GAO |

## NOTICE OF APPEARANCE OF MATTHEW A. STOWE

Please enter my appearance as co-counsel for defendants Sun Life Financial, Inc., Massachusetts Financial Services Co., and MFS Fund Distributors, Inc. in this civil action.

Respectfully submitted,

/s/ Matthew A. Stowe_____
Matthew A. Stowe (BBO #650473)
WILMER CUTLER PICKERING HALE AND
   DORR LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

Dated:  October 10, 2005