UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUN LIFE FINANCIAL INC., et als.,<br><br>Defendants. | C.A. No. 04-CV-10584 (GAO) |

**MOTION TO ADMIT PRO HAC VICE**

Now comes Nancy Freeman Gans, a member in good standing of the bar of this Court, and moves the admission in the above-entitled cause of action Jerald D. Bien-Willner, Esquire, of Bernstein Litowitz Berger & Grossmann LLP, of San Diego, California.  Attorney Bien-Willner certifies (see Certificate attached to this motion as Exhibit A) that (1) he is a member of the bar in good standing in all jurisdictions where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I have filed an appearance in the above-entitled action.

DATED:    October 17, 2005                 Respectfully submitted,

MOULTON & GANS, P.C.

/s/ Nancy Freeman Gans
Nancy Freeman Gans (BBO #184540)
33 Broad Street, Suite 1100
Boston, Massachusetts 02109-4216
Tel:    (617) 369-7979

*Plaintiffs' Counsel*

## *CERTIFICATE OF SERVICE*

      I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon each party by hand and/or by regular mail, postage prepaid, on October 17, 2005.

                                              /s/ Nancy Freeman Gans
                                              Nancy Freeman Gans