<u>**CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**</u>

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Jerald D. Bien-Willner, hereby certify that:

1. I am a member in good standing of the bars of the States of Arizona and California;

2. There are no disciplinary proceedings against me as a member of the foregoing bars; and

3. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP

JERALD D. BIEN-WILLNER
12544 High Bluff Drive, Suite 150
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

Dated: October 14, 2005

C:\Documents and Settings\jerryb\Local Settings\Temporary Internet Files\OLK165\BLBGCA-#20027-v1-JBW_Pro_Hac_-_Forsythe1.DOC