UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, et al., )<br><br>　　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　)<br>　vs. )<br>　　　　　　　　　　　　　　　　　)<br>SUN LIFE FINANCIAL INC., et al., )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　　Defendants. )<br>　　　　　　　　　　　　　　　　　) | Civil Action No. 04cv10584 (GAO)<br><br>**Consolidated Case Nos.:**<br>04cv10764 (GAO)<br>04cv11019 (GAO) |

**CLARIFICATION OF LOCAL RULE 7.1 CERTIFICATE IN RE:
PLAINTIFFS' ASSENTED-TO MOTION FOR LEAVE TO
SUBMIT SUPPLEMENTAL AUTHORITY**

　　　I, Nancy Freeman Gans, Esq. Moulton & Gans, P.C., counsel for Plaintiffs, after further conversation this morning, October 25, 2005, with Matthew A. Stowe, Esq., Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendants, regarding the above entitled motion, clarify that while defense counsel assented to the submission of supplemental authority, Defendants did not intend to assent to the filing of a memorandum of law in support thereof.

　　　　　　　　　　　　　　　　　　　　　　　__/s/ Nancy Freeman Gans_____
　　　　　　　　　　　　　　　　　　　　　　　Nancy Freeman Gans