UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, et al.,<br><br>Plaintiff,<br><br>v.<br><br>SUN LIFE FINANCIAL, INC., ET AL.,<br><br>Defendant. | Civil Action<br>No. 04-10584-GAO<br>_____<br><br>Consolidated Cases Nos.:<br><br>04-10764-GAO<br>04-11019-GAO |

**ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(b), Defendant Jeffrey L. Shames, by his undersigned attorneys, hereby moves for the admission *pro hac vice* of his counsel, Allison H. Stiles. In support of his motion, Defendant states as follows:

Allison H. Stiles has prepared a certificate in accordance with Local Rule 83.5.3, attached hereto as Exhibit A, certifying that: (i) Ms. Stiles is a member in good standing of the Bar of the State of Georgia and the United States District Court for the Northern District of Georgia; (ii) Ms. Stiles is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and (iii) there are no disciplinary proceedings pending against Ms. Stiles.

Dated: November 14, 2005

Respectfully submitted,

/s/ James C. Rehnquist
James C. Rehnquist (BBO #552602)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel: 617.570.1000
Fax: 617.523.1231
jrehnquist@goodwinprocter.com

LIBA/1645556.1

## LOCAL RULE 7.1(A)(2) CERTIFICATION

  I, James C. Rehnquist, hereby certify that counsel for Defendant, Jeffrey L. Shames conferred by telephone with opposing counsel in an effort to resolve or narrow the issues presented in this motion prior to filing, and opposing counsel gave their assent to the relief sought herein.

              /s/ James C. Rehnquist
              James C. Rehnquist

LIBA/1422178.1