# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, et al., | Civil Action No. 04-10584-GAO |
| Plaintiff, | |
| v. | Consolidated Cases Nos.: |
| SUN LIFE FINANCIAL, INC., ET AL., | 04-10764-GAO 04-11019-GAO |
| Defendant. | |

## CERTIFICATE OF ALLISON H. STILES

I, Allison H. Stiles declare and state as follows:

1.      I am an associate with the law firm of Goodwin Procter, LLP, and a member in good standing of the Bar of the State of Georgia and of the Bar of the United States District Court for the Northern District of Georgia.

2.      There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

3.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this 11th day of November, 2005 at Boston, Massachusetts.

_____
Allison H. Stiles