**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ERIC FORSYTHE, et al., | No. 04-10584-GAO |
| Plaintiffs, | Consolidated Cases Nos.: |
| v. | 04-10764-GAO |
| SUN LIFE FINANCIAL, INC., ET AL., | 04-11019-GAO |
| Defendants. | |

**MOTION FOR LEAVE**
**TO SUBMIT SUPPLEMENTAL AUTHORITY**

Pursuant to Local Rule 7.1(B)(3), Defendants respectfully request leave to submit as

supplemental authority in support of their Motion to Dismiss the Consolidated Amended

Complaint a recent decision of the U.S. District Court for the District of Massachusetts, In re

Columbia Entities Litig., No. 04-11704-REK (Nov. 30, 2005) (Keeton, J.) (attached as Ex. A to

Defendants' Memorandum filed herewith), and a recent decision of the U.S. District Court for

the Southern District of New York, In re Eaton Vance Mutual Funds Fee Litig., slip op., No. 04-

1144 (S.D.N.Y. Dec. 6, 2005) (hereinafter "Eaton Vance") (attached as Ex. B Defendants'

Memorandum filed herewith).  Counsel for plaintiffs assent to the filing of these decisions with

the Court but oppose the filing of Defendants' memorandum in support thereof.

Dated:  December 9, 2005

Respectfully Submitted,

Sun Life Financial, Inc., Massachusetts Financial
Services Co., and MFS Fund Distributors, Inc.,

By their attorneys,

/s/ Jonathan A. Shapiro
Jeffrey B. Rudman (BBO #433380)
William H. Paine (BBO #550506)
Jonathan A. Shapiro (BBO #567838)
Amanda P. Masselam (BBO #641108)
Matthew A. Stowe (BBO #650473)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000


Jeffrey L. Shames,

By his attorneys,


 /s/ James C. Rehnquist (JAS by permission)
James C. Rehnquist (BBO #552602)
Abigail K. Hemani  (BBO #650721)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA  02109

John W. Ballen,

By his attorneys,


/s/ John J. Falvey (JAS by permission)
John J. Falvey, Jr. (BBO # 542674)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA  02109


Kevin J. Parke,

By his attorneys,

/s/ George J. Skelly (JAS by permission)
George J. Skelly (BBO #546797)
David M. Ryan (BBO #644037)
NIXON PEABODY LLP
101 Federal Street
Boston, MA  02110


Lawrence H. Cohn, William R. Gutow,
J. Atwood Ives, Abby M. O'Neill, Lawrence T.
Perera, William J. Poorvu,
J. Dale Sherratt, Elaine R. Smith,
and the MFS Funds,

By their attorneys,


/s/ John D. Donovan (JAS by permission)
John D. Donovan (BBO #130950)
Jane E. Willis (BBO #568024)
ROPES & GRAY LLP
One International Place
Boston, MA 02110

## LOCAL RULE 7.1(a)(2) CERTIFICATION

The undersigned counsel for the MFS defendants hereby certifies that on December 8, 2005, he conferred by telephone with plaintiffs' counsel, Nancy Gans, in a good faith attempt to resolve or narrow the issues raised in this Motion.  Ms. Gans assented to the filing of the Columbia and Eaton Vance opinions as supplemental authority but not the brief filed in support thereof.

> /s/ Matthew A. Stowe (JAS by permission)
> Matthew A. Stowe

Dated:  December 9, 2005

## CERTIFICATE OF SERVICE

I, Matthew A. Stowe, hereby certify that on December 9, 2005, I caused a copy of the foregoing document to be served either electronically or by overnight mail upon counsel for plaintiffs.

> /s/  Matthew A. Stowe (JAS by permission)
> Matthew A. Stowe

Dated:  December 9, 2005