UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUN LIFE FINANCIAL INC., et al.,<br><br>Defendants. | Civil Action No. 04-CV-10584 (GAO)<br><br>Judge: George A. O'Toole, Jr. |

NOTICE OF CHANGE OF ADDRESS

**TO THE ABOVE-CAPTIONED COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that **effective December 19, 2005**, the address for the **San Diego** office of Bernstein Litowitz Berger & Grossmann LLP will change to the following:

**Bernstein Litowitz Berger & Grossmann LLP**
**12481 High Bluff Drive, Suite 300**
**San Diego, CA 92130**

**PLEASE TAKE FURTHER NOTICE** that the firm's telephone and facsimile numbers will remain the same.

Dated: December 13, 2005

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP

JERALD D. BIEN-WILLNER
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2005, I caused to be served a true and correct copy of the foregoing ***NOTICE OF CHANGE OF ADDRESS*** upon all counsel of record (as indicated on the attached Service List), via U.S. Mail, postage prepaid , in accordance with the Federal Rules of Civil Procedure.

_____
DENA L. BIELASZ

FORSYTHE v. SUN LIFE FINANCIAL INC., et al.
SERVICE LIST
December 13, 2005
Page 1

## ATTORNEYS FOR PLAINTIFF(S):

Nancy Freeman Gans
MOULTON & GANS, P.C.
33 Broad Street, Suite 1100
Boston, MA 02109-4216
Tel:    (617) 369-7979
Fax:   (617) 368-7980
Email: nfgans@aol.com
*Attorneys for Lead Plaintiffs; Eric Forsythe and on Behalf of Others Similarly Situated; Larry R. Eddings; City of Chicago Deferred Compensation Plan; Richard Koslow*

Sharon M. Lee
Janine L. Pollack
Kim E. Levy
Daniel Dietrich
MILBERG WEISS, BERSHAD
    & SCHULMAN, LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119-0165
Tel:   (212) 594-5300
Fax:   (212) 868-1229
*Attorneys for Plaintiff Eric Forsythe and on Behalf of Others Similarly Situated*

Joseph H. Weiss
Richard A. Acocelli
WEISS & YOURMAN
551 Fifth Avenue
New York, NY 10176
Tel:   (212) 682-3025
Fax:   (212) 682-3010
*Attorneys for Plaintiff Eric Forsythe and on Behalf of Others Similarly Situated*

David Pastor
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

Charles J. Piven
LAW OFFICES OF
    CHARLES J. PIVEN, P.A.
The World Trade Center – Baltimore
401 East Pratt Street, Suite 2525
Baltimore, MD 21202
Tel:    (410) 986-0036
Fax:   (410) 685-1300
*Attorneys for Plaintiff Eric Forsythe and on Behalf of Others Similarly Situated; Larry R. Eddings*

Richard A. Maniskas
SCHIFFRIN & BARROWAY, LLP
280 King of Prussia Road
Radnor, PA 19087
Tel:   (610) 667-7706
Fax:   (610) 667-7056

Michelle H. Blauner
Theodore Hess-Mahan
SHAPIRO HABER & URMY LLP
53 State Street, 37th Floor
Boston, MA 02109
Tel:   (617) 439-4949
Fax:   (617) 439-0134
Email: mblauner@shulaw.com
*Attorneys for Movants Marcus Dumond; Henry Berdat; Stuart V. Sturgess; Rosemary Sturgess; Kathleen Blair; William Booth; Margie Booth; Karne Peach; Richard Keller; Evelyn Keller*

Jules Brody
Aaron Brody
STULL, STULL & BRODY
6 East 45th Street
New York, NY 10017
Tel:   (212) 687-7230
Fax:   (212) 490-2022

FORSYTHE v. SUN LIFE FINANCAL INC., et al.
SERVICE LIST
December 13, 2005
Page 2

---

### ATTORNEYS FOR DEFENDANT(S):

Jonathan A. Shapiro
HALE & DORR LLP
60 State Street
Boston, MA 02109
Tel:    (617) 526-6000
Fax:    (617) 526-5000
*Attorneys for Defendants Sun Life Financial Inc.; Massachusetts Financial Services Company dba MFS Investment Management; MFS Fund Distributors, Inc.*

John D. Donavan, Jr.
Jane Willis
Carisa Klemeyer
ROPES & GRAY LLP
One International Plaza
Boston, MA 02110-2624
Tel    (617) 951-7000
Fax:    (617) 951-7050
*Attorneys for Defendants Lawrence H. Cohn, William R. Gutow, J. Atwood Ives, Abby M. O'Neill, Lawrence T. Perera, William J. Poorvu, J. Dale Sherratt, Elaine R. Smith, Ward Smith and MFS Funds*

James C. Rehnquist
Abigail K. Hemani
Allison V. Douglass
Allison H. Stiles
GOODWIN PROCTER LLP
Exchange Place
53 State Place
Boston, MA 02109
Tel:    (617) 570-1000
Fax:    (617) 523-1231
Email:jrehnquist@goddwinprocter.com;
ahemani@goodwinprocter.com;
adouglass@goodwinprocter.com
*Attorneys for Defendant Jeffrey L. Shames*

John J. Falvey, Jr.
GOODWIN PROCTER LLP
Exchange Place
53 State Place
Boston, MA 02109
Tel:    (617) 570-1000
Fax:    (617) 523-1231
Email: jfalvey@goodwinprocter.com
*Attorneys for Defendant John W. Ballen*

George Skelly
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Tel:    (617) 345-1000
Fax:    (617) 345-1300
*Attorneys for Defendant Kevin R. Parke*

FORSYTHE v. SUN LIFE FINANCIAL INC., et al.
SERVICE LIST
December 13, 2005
Page 3

### ADDITIONAL COUNSEL:

Lynn Lincoln Sarko
Michael D. Woerner
Gretchen F. Cappio
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel:   (206) 623-1900
Fax:   (206) 623-3384

Ron Kilgard
Gary Gotto
KELLER ROHRBACK PLC
National Bank Plaza
3101 North Central Avenue, Suite 900
Phoenix, AZ 85012
Tel:   (602) 248-0088
Fax:   (602) 248-2822

Michael J. Brickman
James C. Bradley
Nina H. Fields
RICHARDSON, PATRICK,
   WESTBROOK & BRICKMAN, LLC
174 East Bay Street
Charleston, NC 29401
Tel:   (842) 727-6500
Fax:   (842) 727-3103

Guy M. Burns
Jonathan S. Coleman
Becky Ferrell-Anton
JOHNSON, POPE, BOKOR, RUPPEL
   & BURNS, LLP
100 North Tampa Street, Suite 1800
Tampa, FL 33602
Tel:   (813) 225-2500
Fax:   (813) 223-7118

Harry S. Miller
Matthew J. Tuttle
Sara B. Davis
PERKINS SMITH & COHEN LLP
One Beacon Street, 30th Floor
Boston, MA 02108

Thomas R. Grady
THOMAS R. GRADY, P.A.
720 Fifth Avenue South, Suite 200
Naples, FL 34102