UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUN LIFE FINANCIAL INC., et al.,<br><br>Defendants. | Civil Action No. 04-CV-10584 (GAO)<br><br>Judge: George A. O'Toole, Jr. |

NOTICE OF CHANGE OF ADDRESS

**TO THE ABOVE-CAPTIONED COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that **effective December 19, 2005**, the address for the **San Diego** office of Bernstein Litowitz Berger & Grossmann LLP will change to the following:

**Bernstein Litowitz Berger & Grossmann LLP**
**12481 High Bluff Drive, Suite 300**
**San Diego, CA 92130**

**PLEASE TAKE FURTHER NOTICE** that the firm's telephone and facsimile numbers will remain the same.

Dated: January 18, 2006

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP

   */s/ Robert S. Gans*
ROBERT S. GANS
JERALD D. BIEN-WILLNER
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323