UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, et al.,<br><br>                Plaintiffs,<br>   v.<br><br>SUN LIFE FINANCIAL, INC., ET AL.,<br><br>                Defendants. | No. 04-10584-GAO<br><br>Consolidated Cases Nos.:<br><br>04-10764-GAO<br>04-11019-GAO |

MOTION FOR LEAVE
TO SUBMIT SUPPLEMENTAL AUTHORITY

     Pursuant to Local Rule 7.1(B)(3), Defendants respectfully request leave to submit as supplemental authority in support of their Motion to Dismiss the Consolidated Amended Complaint a recent decision of the U.S. District Court for the Central District of California, In re American Mutual Funds Fee Litig., slip op., No. 04-5593 (C.D. Cal. Dec. 16, 2005) (attached as Ex. A). Like the Columbia and Eaton Vance decisions filed as supplemental authority two weeks ago, American dismisses in its entirety a complaint nearly identical to the one filed in this case.

Dated: December 20, 2005

                                              Respectfully Submitted,

                                              Sun Life Financial, Inc., Massachusetts Financial
                                              Services Co., and MFS Fund Distributors, Inc.,

                                              By their attorneys,

/s/ Jonathan A. Shapiro
Jeffrey B. Rudman (BBO #433380)
William H. Paine (BBO #550506)
Jonathan A. Shapiro (BBO #567838)
Amanda P. Masselam (BBO #641108)
Matthew A. Stowe (BBO #650473)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000


Jeffrey L. Shames,

By his attorneys,


 /s/ James C. Rehnquist (JAS by permission)
James C. Rehnquist (BBO #552602)
Abigail K. Hemani  (BBO #650721)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA  02109

John W. Ballen,

By his attorneys,


/s/ John J. Falvey (JAS by permission)
John J. Falvey, Jr. (BBO # 542674)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA  02109


Kevin J. Parke,

By his attorneys,

/s/ George J. Skelly (JAS by permission)
George J. Skelly (BBO #546797)
David M. Ryan (BBO #644037)
NIXON PEABODY LLP
101 Federal Street
Boston, MA  02110


Lawrence H. Cohn, William R. Gutow,
J. Atwood Ives, Abby M. O'Neill, Lawrence T.
Perera, William J. Poorvu,
J. Dale Sherratt, Elaine R. Smith,
and the MFS Funds,

By their attorneys,


/s/ John D. Donovan (JAS by permission)
John D. Donovan (BBO #130950)
Jane E. Willis (BBO #568024)
ROPES & GRAY LLP
One International Place
Boston, MA 02110

## LOCAL RULE 7.1(a)(2) CERTIFICATION

The undersigned counsel for the MFS defendants hereby certifies that on December 20, 2005, he conferred by telephone with plaintiffs' counsel, Nancy Gans, in a good faith attempt to resolve or narrow the issues raised in this Motion. Ms. Gans assented to the filing of the <u>American Mutual Funds Fee Litig.</u> opinion as supplemental authority.

/s/ Jonathan A. Shapiro<br>
Jonathan A. Shapiro

Dated: December 20, 2005

## CERTIFICATE OF SERVICE

I, Matthew A. Stowe, hereby certify that on December 20, 2005, I caused a copy of the foregoing document to be served either electronically or by overnight mail upon counsel for plaintiffs.

/s/ Matthew A. Stowe (JAS by permission)<br>
Matthew A. Stowe

Dated: December 20, 2005

US1DOCS 5437349v2