## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, Individually And On Behalf Of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>vs.<br><br>SUN LIFE FINANCIAL INC., et al.,<br><br>                  Defendants. | Civil Action No. 04cv10584 (GAO)<br><br>**Consolidated Cases Nos.:**<br><br>04cv10764 (GAO)<br>04cv11019 (GAO) |

### NOTICE OF CHANGE OF ADDRESS

Please take notice that effective January 31, 2006, the address for Moulton & Gans, P.C. will change to the following:

    Moulton & Gans, P.C.
    55 Cleveland Road
    Wellesley, MA 02481

Please take further notice that the firm's telephone and facsimile numbers will change as follows:

    Telephone Number:   781-235-2246
    Fax Number:            781-239-0353.

Dated: January 12, 2006                        Respectfully submitted,

                                                  /s/ Nancy Freeman Gans
                                                  Nancy Freeman Gans, BBO #184540
                                                  **MOULTON & GANS, P.C.**
                                                  33 Broad Street, Suite 1100
                                                  Boston, MA 02109
                                                  (617) 369-7979

## CERTIFICATE OF SERVICE

      I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party by mailing same, postage prepaid, on January 12, 2006.

                                          /s/ Nancy Freeman Gans
                                          Nancy Freeman Gans