UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, et al.,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>SUN LIFE FINANCIAL, INC., ET AL.,<br><br>　　　　　　Defendants. | No. 04-10584-GAO<br><br>Consolidated Cases Nos.:<br><br>04-10764-GAO<br>04-11019-GAO |

### DEFENDANTS' ASSENTED-TO MOTION FOR EXTENSION OF TIME TO ANSWER CONSOLIDATED AMENDED COMPLAINT

Defendants Massachusetts Financial Services Co. and MFS Fund Distributors, Inc. ("Defendants"), the only defendants against whom claims remain following the Court's January 19, 2006 Memorandum and Order, respectfully move for an extension of time until February 21, 2006 to answer Plaintiffs' Consolidated Amended Complaint (the "Complaint").

As grounds for this Motion, Defendants state that their answer to the Complaint currently is due on February 2, 2006. Defendants require a brief extension of time in which to prepare their answer to the Complaint.

As further grounds for this Motion, Defendants state that Plaintiffs assent to this Motion.

WHEREFORE, Defendants respectfully request that the Court grant them an extension until February 21, 2006 to answer the Complaint.

US1DOCS 5499268v1

Respectfully Submitted,

Massachusetts Financial Services Co.
and MFS Fund Distributors, Inc.,

By their attorneys,


/s/ Jonathan A. Shapiro
Jeffrey B. Rudman (BBO #433380)
William H. Paine (BBO #550506)
Jonathan A. Shapiro (BBO #567838)
Amanda P. Masselam (BBO #641108)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000


February 2, 2006


**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

Counsel for the Defendants certifies that she conferred with Plaintiffs' counsel in a good faith attempt to resolve or narrow the issues raised in this Motion, and that Plaintiffs' counsel assented to the Motion.

/s/ Amanda P. Masselam
Amanda P. Masselam

US1DOCS 5499268v1