UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, et al., | No. 04-10584-GAO |
| Plaintiffs, | Consolidated Cases Nos.: |
| v. | 04-10764-GAO |
| SUN LIFE FINANCIAL, INC., et al., | 04-11019-GAO |
| Defendants. | **ORAL ARGUMENT REQUESTED** |

**DEFENDANTS' MOTION TO CERTIFY
INTERLOCUTORY APPEAL AND/OR FOR A STAY**

Defendants Massachusetts Financial Services Company and MFS Fund Distributors, Inc. (collectively, "Defendants") move that this Court certify under 28 U.S.C. § 1292(b) an interlocutory appeal from the Court's January 19, 2006 Order granting in part and denying in part Defendants' Motion to Dismiss (the "Order"). In the alternative, Defendants request that this Court stay proceedings until the Court of Appeals has resolved a pending appeal of Judge Keeton's dismissal of a nearly identical "something or nothing" complaint in the Columbia Entities Litigation. See In re Columbia Entities Litig., No. 04-11704-REK, 2005 U.S. Dist. LEXIS 33439 (D. Mass. Nov. 30, 2005), appeal docketed, No. 06-1227 (1st Cir. Feb. 8, 2006) (hereinafter "Columbia").

As set forth in the accompanying Memorandum of Law, the Court should certify the Order because the Court's decision to sustain a portion of Count III with respect to plaintiffs' claims rests on a controlling question of law as to which there is substantial ground for difference of opinion, and an immediate appeal from the Order may materially advance the ultimate

1

termination of this litigation.  In the alternative, a stay is appropriate in this case because the legal standard articulated by the First Circuit decision in Columbia would govern the litigation of this case.

## REQUEST FOR ORAL ARGUMENT

Defendants respectfully request oral argument pursuant to Local Rule 7.1(D).

WHEREFORE, Defendants respectfully request that the Court:

(i) Certify under 28 U.S.C. § 1292(b) an interlocutory appeal from the Order;

(ii) Alternatively, stay proceedings until the Court of Appeals has resolved the pending appeal in Columbia; and

(iii) Award other relief as is fair and just.

Dated: February 22, 2006

    Respectfully Submitted,

    Massachusetts Financial Services Co., and MFS Fund Distributors, Inc.,

    By their attorneys,

    /s/ Jonathan A. Shapiro
    Jeffrey B. Rudman (BBO #433380)
    William H. Paine (BBO #550506)
    Jonathan A. Shapiro (BBO #567838)
    Amanda P. Masselam (BBO #641108)
    Matthew A. Stowe (BBO #650473)
    WILMER CUTLER PICKERING

HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

The undersigned counsel for the defendants hereby certifies that on February 21, 2006, he conferred by electronic mail with plaintiffs' counsel, Janine Pollack, in a good faith attempt to resolve or narrow the issues raised in this Motion, but no agreement was reached.

/s/ Jonathan A. Shapiro
Jonathan A. Shapiro

Dated: February 22, 2006

**CERTIFICATE OF SERVICE**

I, Matthew A. Stowe, hereby certify that on February 22, 2006, I caused a copy of the foregoing document to be served either electronically or by overnight mail upon counsel for plaintiffs.

/s/ Matthew A. Stowe (JAS by permission)
Matthew A. Stowe

Dated: February 22, 2006

US1DOCS 5531672v1