UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, Individually And On Behalf Of All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>vs.<br><br>SUN LIFE FINANCIAL INC., et al.,<br><br>                     Defendants. | Civil Action No. 04cv10584 (GAO)<br><br>**Consolidated Cases Nos.:**<br><br>04cv10764 (GAO)<br>04cv11019 (GAO) |

## JOINT MOTION TO AMEND SCHEDULE

The parties in the above-entitled action hereby request that this Court grant an extension of time for Plaintiffs to file their Opposition to Defendants' Motion to Certify Interlocutory Appeal and/or for a Stay such that it is due on or before MARCH 15, 2006, and grant leave for Defendants to file a Reply Brief on or before MARCH 28, 2006. This amended schedule will not affect the Court's scheduled hearing on this Motion on April 4, 2006 at 2:30 p.m. In support of this Motion, the parties state the following:

       1.    Defendants filed the Motion to Certify Interlocutory Appeal and/or for a Stay on February 22, 2006.

       2.    Plaintiffs' Opposition to the Motion is currently due on March 8, 2006.

       3.    In response to a request from the Court, on February 28, 2006, Defendants filed their Supplement in Support of Motion to Certify Interlocutory Appeal and/or for a stay.

       4.    Plaintiffs request this extension to provide them with an adequate opportunity to respond to the Supplement and Defendants' Motion.

       5.    Plaintiffs assent to Defendants' filing of a Reply Brief on or before March 28, 2006.

WHEREFORE, the parties respectfully request that this Court order that (i) Plaintiffs' Opposition to Defendants' Motion to Certify Interlocutory Appeal and/or for a Stay shall be filed on or before March 15, 2006, and (ii) Defendants shall file any reply on or before March 28, 2006.

Dated: March 3, 2006

Respectfully submitted,

By:  /s/ Jonathan A. Shapiro
      Jonathan A. Shapiro (BBO #567838)
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
Jeffrey B. Rudman (BBO #433380)
William H. Paine (BBO #550506)
Jonathan A. Shapiro (BBO #567838)
Amanda Masselam (BBO #641108)
Matthew A. Stowe (BBO #650473)
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

*Counsel for the Defendants*

By:  /s/ Nancy Freeman Gans
      Nancy Freeman Gans (BBO #184540)
**MOULTON & GANS, P.C.**
Nancy Freeman Gans (BBO #184540)
55 Cleveland Road
Wellesley, Massachusetts 02481
(781) 235-2246

*Counsel for the Forsythe Plaintiffs and Liaison Counsel*

**MILBERG WEISS BERSHAD
 & SCHULMAN LLP**
Jerome M. Congress
Janine L. Pollack
Kim E. Miller
Michael R. Reese
One Pennsylvania Plaza
New York, New York 10119-0165
(212) 594-5300

**BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP**
Alan Schulman
Robert S. Gans
12544 High Bluff Drive, Suite 150
San Diego, CA 92130
(858) 793-0070

**WEISS & LURIE**
Joseph H. Weiss
Richard Acocelli

2

551 Fifth Avenue, Suite 1600
New York, New York 10176
(212) 682-3025

**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
Charles J. Piven
Marshall N. Perkins
The World Trade Center – Baltimore
Suite 2525
401 East Pratt Street
Baltimore, Maryland 21202
(410) 332-0030

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th Street
New York, New York 10017
(212) 687-7230

**SCHIFFRIN & BARROWAY, LLP**
Marc A. Topaz
Richard A. Maniskas
280 King of Prussia Road
Radnor, Pennsylvania 19087
(610) 667-7706

**GILMAN AND PASTOR LLP**
David Pastor (BBO #391000)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, Massachusetts 01906
(781) 231-7850

*Counsel for the Forsythe Plaintiffs*

## CERTIFICATE OF SERVICE

I, Janine Pollack, hereby certify that I caused to be served a copy of the foregoing document upon counsel for all parties by mailing a copy of the same, postage prepaid, to each attorney of record, this 3rd day of March, 2006.

/s/**Janine Pollack**
**Janine Pollack**