UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------------X
ERIC FORSYTHE, et al.,                         :
                                               :
                        Plaintiff,             :    No. 04-10584-GAO
        v.                                     :
                                               :
SUN LIFE FINANCIAL, INC., ET AL.,              :
                                               :
                        Defendants.            :
                                               :
-------------------------------------------------------------X
```

## PROPOSED INTERVENORS' MOTION TO INTERVENE

Phillip H. Albert, Dennis Branen (as custodian for Dennis and Courtney Branen), John Corona (as trustee of the Corona 1999 Trust), Jacob Elefant, Gary S. Graifman (as beneficiary of MFS Heritage Trust Co. Trustee IRA R/O Gary S. Graifman), Julius Graifman, Lisa and David Greathouse, Pamela Guinther (formerly Pamela Detrich), Paulette Hoggatt (as Trustee for the Josephine S. Serio Trust), Peter Karegeannes, Jr., David P. Miller, Roma Rae Montoya, George F. Owens, James Pingitore, Frank Rich, Hugh Sharkey, Terry A. Swihart, Jack A. Thayer, Anne M. Woehler, and Yong P. Woo (collectively, "Proposed Intervenors") respectfully move the Court to allow Proposed Intervenors to intervene pursuant to Fed. R. Civ. P. 24 and join as plaintiffs in the above-captioned action (this "Action"). As grounds for this Motion, the Intervenors state as follows:

This Motion is being filed in a timely fashion and will not result in any prejudice to Defendants or any other party to this Action. The sole relief sought by this motion is the ministerial task of adding Proposed Intervenors as plaintiffs to this Action so that they can pursue claims on behalf of certain mutual funds in the Massachusetts Financial Services Fund Complex (the "MFS Funds") pursuant to section 36(b) of the Investment Company Act of 1940

("ICA"), 15 U.S.C. § 80a-35(b) ("§ 36(b)"). Proposed Intervenors are all former members of the putative class of MFS investors, whose rights as shareholders in the MFS Funds, pursuant to the § 36(b) cause of action alleged in the Consolidated Amended Complaint filed on March 3, 2005 (the "CAC"), were extinguished by the Court's January 19, 2006 Memorandum and Order (the January 2006 Order"), which granted in part and denied in part defendants' motion to dismiss the CAC. Proposed Intervenors now seek relief on behalf of those MFS Funds, whose shares Proposed Intervenors have continuously held since at least March 25, 2004 (the "Intervenors' Funds"). The Intervenors' Funds are identified in Exhibit A of the Affidavit of Richard A. Acocelli in Support of Proposed Intervenors' Motion To Intervene ("Acocelli Affidavit") filed herewith. No new claims or defendants will be added, nor will the scheduling of the case be disrupted.

As further grounds for this Motion, Proposed Intervenors rely on the accompanying Memorandum of Law in Support of Proposed Intervenors' Motion to Intervene and the Acocelli Affidavit. A Proposed Order is attached hereto for the convenience of the Court.

Dated: May 3, 2006

                                              Respectfully submitted,

                                              **MOULTON & GANS, P.C.**

                                              By: __/s/ Nancy Freeman Gans_____
                                                   Nancy Freeman Gans (BBO #184540)
                                             55 Cleveland Road
                                             Wellesley, Massachusetts  02481
                                             (781) 235-2246

                                              **Liaison Counsel For Plaintiffs**

**WEISS & LURIE**
Joseph H. Weiss
Richard Acocelli
551 Fifth Avenue, Suite 1600
New York, New York  10176
(212) 682-3025

**MILBERG WEISS BERSHAD
  & SCHULMAN LLP**
Jerome M. Congress
Janine L. Pollack
Kim E. Miller
One Pennsylvania Plaza
New York, New York  10119-0165
(212) 594-5300

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
6 East 45th Street
New York, New York  10017
(212) 687-7230

**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
Charles J. Piven
Marshall N. Perkins
The World Trade Center – Baltimore
Suite 2525
401 East Pratt Street
Baltimore, Maryland  21202
(410) 332-0030

**SCHIFFRIN & BARROWAY, LLP**
Marc A. Topaz
Richard A. Maniskas
280 King of Prussia Road
Radnor, Pennsylvania  19087
(610) 667-7706

**GILMAN AND PASTOR LLP**
David Pastor (BBO #391000)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, Massachusetts  01906
(781) 231-7850

**Counsel For Plaintiffs**

## LOCAL RULE 7.1 CERTIFICATE

I, Nancy Freeman Gans, hereby certify that counsel for Plaintiffs and Proposed Intervenors contacted defense counsel at WilmerHale by voice mail, e-mail and/or telephone regarding Proposed Intervenors' Motion to Intervene throughout April of 2006 regarding the above Motion. Specifically, on April 11 and 20, 2006 Janine L. Pollack, Milberg Weiss Bershad & Schulman, LLP, Richard A. Acocelli, Weiss & Lurie, and I, counsel for Plaintiffs and Proposed Intervenors, spoke by telephone with members of Defendants' counsel at WilmerHale, who were respectively authorized to speak for all Defendants on each occasion. At Defendants' request, on April 20, 2006, Julia J. Sun, Esquire, of Weiss & Lurie, counsel for Plaintiffs and Proposed Intervenors, emailed a draft copy of the Memorandum in Support of Proposed Intervenors' Motion to Intervene, which is substantially similar to the one being filed today, to Jonathan Shapiro, Esquire and Amanda Massalem, Esquire, both of WilmerHale. Finally, on April 28, 2006, Ms. Massalem telephoned Ms. Pollack, and stated that the Defendants declined to consent to this Motion.

/s/ Nancy Freeman Gans
Nancy Freeman Gans

## CERTIFICATE OF SERVICE

I, Julia J. Sun, hereby certify that a true copy of the above document was served upon the attorney of record for each party on May 3, 2006.

/s/ Julia J. Sun
Julia J. Sun