UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------X
ERIC FORSYTHE, et al.,                           :
                                                 :
                          Plaintiff,             :    No. 04-10584-GAO
         v.                                      :
                                                 :
SUN LIFE FINANCIAL, INC., ET AL.,                :
                                                 :
                          Defendants.            :
    :
------------------------------------------------------------X


**[PROPOSED] ORDER GRANTING INTERVENORS'
MOTION TO INTERVENE UNDER FED. R. CIV. P. 24**

WHEREAS, Phillip H. Albert, Dennis Branen (as custodian for Dennis and Courtney Branen), John Corona (as trustee of the Corona 1999 Trust), Jacob Elefant, Gary S. Graifman (as beneficiary of MFS Heritage Trust Co. Trustee IRA R/O Gary S. Graifman), Julius Graifman, Lisa and David Greathouse, Pamela Guinther (formerly Pamela Detrich), Paulette Hoggatt (as Trustee for the Josephine S. Serio Trust), Peter Karegeannes, Jr., David P. Miller, Roma Rae Montoya, George F. Owens, James Pingitore, Frank Rich, Hugh Sharkey, Terry A. Swihart, Jack A. Thayer, Anne M. Woehler, and Yong P. Woo (collectively, "Proposed Intervenors") have made an application, pursuant to Fed. R. Civ. P. 24 ("Rule 24"), for an order allowing them to intervene and join in the above-captioned action (the "Action") as party-plaintiffs;

WHEREAS, the Court having read and considered the Proposed Intervenors' Motion to Intervene, the Memorandum of Law in Support of Proposed Intervenors' Motion to Intervene, and the Affidavit of Richard A. Acocelli in Support of Proposed Intervenors' Motion to Intervene:

NOW THEREFORE, IT IS HEREBY ORDERED:

-2-

      1.      The Court finds that the Proposed Intervenors meet the requirements of Fed. R. Civ. P. 24 and hereby grants Proposed Intervenors' Motion to Intervene, and Proposed Intervenors are deemed party-plaintiffs in this Action.

      2.      The Court finds that Proposed Intervenors' adoption of the Consolidated Amended Complaint filed in this Action on March 3, 2005, as modified and sustained by this Court's Memorandum and Order dated January 19, 2006, through an affidavit of their counsel satisfies the pleading requirement of Fed. R. Civ. P. 24(c).

**IT IS SO ORDERED.**

DATED: _____, 2006            _____
                                                         DISTRICT COURT JUDGE
                                                         DISTRICT OF MASSACHUSETTS