UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, et al., | No. 04-10584-GAO |
| Plaintiffs, | Consolidated Cases Nos.: |
| v. | 04-10764-GAO |
| SUN LIFE FINANCIAL, INC., et al., | 04-11019-GAO |
| Defendants. | |

**ASSENTED TO MOTION FOR EXTENSION OF TIME
TO FILE OPPOSITION TO PROPOSED INTERVENORS'
<u>MOTION TO INTERVENE</u>**

Defendants Massachusetts Financial Services Co. and MFS Fund Distributors, Inc. ("Defendants"), by their counsel, hereby move this Court for an extension of time to file an opposition to Proposed Intervenors' Motion to Intervene from May 17, 2006 to May 26, 2006. As grounds therefor, Defendants state that the proposed intervenors' motion raises multiple legal issues, and an extension of time will aid Defendants' ability to respond fully. Pursuant to Local Rule 7.1(A)(2), Defendants' counsel conferred with the proposed intervenors' (and plaintiffs') counsel, who assented to this motion.

Dated: May 12, 2006

        Respectfully Submitted,

        Massachusetts Financial Services Co., and MFS Fund Distributors, Inc.,

        By their attorneys,

        /s/ Jonathan A. Shapiro
        Jeffrey B. Rudman (BBO #433380)
        William H. Paine (BBO #550506)
        Jonathan A. Shapiro (BBO #567838)
        Amanda P. Masselam (BBO #641108)
        Matthew A. Stowe (BBO #650473)
        WILMER CUTLER PICKERING
          HALE AND DORR LLP
        60 State Street
        Boston, MA  02109
        (617) 526-6000

## CERTIFICATE OF SERVICE

    I, Matthew A. Stowe, hereby certify that on May 12, 2006, I caused a copy of the foregoing document to be served electronically upon counsel for plaintiffs and proposed intervenors.

        /s/  Matthew A. Stowe (JAS by permission)
        Matthew A. Stowe

Dated: May 12, 2006

2

US1DOCS 5653943v1