UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, et al., | No. 04-10584-GAO |
| Plaintiffs, | Consolidated Cases Nos.: |
| v. | 04-10764-GAO |
| SUN LIFE FINANCIAL, INC., et al., | 04-11019-GAO |
| Defendants. | |

**ASSENTED TO MOTION TO EXTEND PAGE LIMIT BY 5 PAGES
FOR DEFENDANTS' OPPOSITION TO PROPOSED INTERVENORS'
<u>MOTION TO INTERVENE</u>**

Defendants Massachusetts Financial Services Co. and MFS Fund Distributors, Inc. ("Defendants"), by their counsel, hereby move this Court for an extension of the page limit by 5 pages for Defendants' opposition to Proposed Intervenors' Motion to Intervene. As grounds therefor, Defendants state that the proposed intervenors' motion raises multiple legal issues, and an extension of the page limit will allow Defendants to respond fully to proposed intervenors' motion. Counsel for proposed intervenors has assented to this motion.

1

Dated: May 26, 2006

                Respectfully Submitted,

                Massachusetts Financial Services Co., and MFS Fund Distributors, Inc.,

                By their attorneys,

                /s/ William H. Paine
                Jeffrey B. Rudman (BBO #433380)
                William H. Paine (BBO #550506)
                Jonathan A. Shapiro (BBO #567838)
                Michael Bongiorno (BB) #558748)
                Matthew A. Stowe (BBO #650473)
                WILMER CUTLER PICKERING
                   HALE AND DORR LLP
                60 State Street
                Boston, MA  02109
                (617) 526-6000

## CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 7.1(A)(2), I, Matthew A Stowe, certify that I conferred by telephone with proposed intervenors' (and plaintiffs') counsel, Nancy Gans, on May 26, 2006, who assented to this motion.

/s/  Matthew A. Stowe
Matthew A. Stowe

## CERTIFICATE OF SERVICE

I, Matthew A. Stowe, hereby certify that on May 26, 2006, I caused a copy of the foregoing document to be served electronically upon counsel for plaintiffs and proposed intervenors.

/s/  Matthew A. Stowe
Matthew A. Stowe

US1DOCS 5676924v1