

**MILBERG WEISS**

Jerome M. Congress
Direct Dial: 212-946-9373
jcongress@milbergweiss.com

June 2, 2006

BY HAND

Honorable George A. O'Toole
United Stated District Judge
U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

    Re:    *Forsythe v. Sun Life Financial, Inc. et al.*
            Civil Action No. 04cv10584 (GAO)

Dear Judge O'Toole:

    As the Court may know, on May 18, 2006, a grand jury in the Central District of California returned an indictment against the Milberg Weiss firm and two of its partners. The indictment alleges, among other things, that certain fees awarded to the firm were improperly shared with certain plaintiffs. Shortly before May 18, the two partners, David Bershad and Steven Schulman, took leaves of absence from the firm.

    The firm vehemently denies all allegations of wrongdoing and is prepared to mount a vigorous defense. Nonetheless, in the interest of full disclosure, we wanted to bring this matter to the Court's attention. As Your Honor is aware, Milberg Weiss is Proposed Co-Lead Counsel together with Weiss & Lurie. Together with Weiss & Lurie, we have been diligently prosecuting these claims and will continue to do so.

                                                                      Respectfully,

                                                                      Jerome M. Congress

cc:    All Counsel (via electronic mail)

---

**Milberg Weiss Bershad & Schulman LLP**

One Pennsylvania Plaza · New York, NY 10119 · 212-594-5300 · Fax 212-868-1229 · www.milbergweiss.com

NEW YORK  ·  BOCA RATON  ·  WILMINGTON  ·  WASHINGTON, D.C.  ·  LOS ANGELES