UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, et al.,                ) | Civil Action No. 04cv10584 (GAO) |
| )  | |
| Plaintiff,        ) | **Consolidated Case Nos.:** |
| )  | 04-10584-GAO |
| vs.                                               ) | |
| )  | |
| SUN LIFE FINANCIAL INC., et al.,  ) | |
| )  | |
| Defendants.      ) | |

**PROPOSED INTERVENORS' ASSENTED-TO MOTION FOR LEAVE TO
FILE REPLY TO DEFENDANTS' OPPOSITION TO PROPOSED INTERVENORS'
MOTION TO INTERVENE**

Plaintiffs respectfully request leave of this Court pursuant to Local Rule 7.1(B)(3) to submit their Reply Memorandum in Support of Proposed Intervenors' Motion to Intervene. In support of this Motion, Proposed Intervenors state that Defendants Opposition to their motion raised new issues and authorities which the Reply analyzes and rebuts. Proposed Intervenors believe that the Reply will aid the Court in its determination of the issues presented by the pending motion.

Finally, Plaintiffs state that Defendants have assented to this request.

WHEREFORE, Proposed Intervenors respectfully request that the court grant leave for them to file the accompanying Reply Memorandum in Support of Proposed Intervenors' Motion to Intervene.

Dated: June 28, 2006                          Respectfully submitted,

                                                              **MOULTON & GANS, P.C.**

                                                              By: ___/s/ Nancy Freeman Gans_____

 Nancy Freeman Gans (BBO #184540)
55 Cleveland Road
Wellesley, Massachusetts  02481
(781) 235-2246

**Liaison Counsel for Plaintiffs and Proposed Intervenors**

**MILBERG WEISS BERSHAD**
 **& SCHULMAN LLP**
Jerome M. Congress
Janine L. Pollack
One Pennsylvania Plaza
New York, New York  10119-0165
(212) 594-5300

**WEISS & LURIE**
Joseph H. Weiss
Richard Acocelli
551 Fifth Avenue, Suite 1600
New York, New York  10176
(212) 682-3025

**Counsel for Plaintiffs and Proposed Intervenors**

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

    I, Nancy Freeman Gans, Esquire, Moulton & Gans, P.C., Liaison Counsel for the Plaintiffs and Proposed Intervenors hereby certify that I conferred on June 28, 2006 with Defendants' counsel  William Paine, Esq., Wilmer Cutler Pickering Hale and Dorr regarding the within motion. Mr. Paine assented to the Motion on behalf of all Defendants.

                                            __/s/ Nancy Freeman Gans_____
                                            Nancy Freeman Gans

### CERTIFICATE OF SERVICE

    I, Nancy Freeman Gans, hereby certify that I served a copy of the foregoing document upon counsel for all parties via ECF this 28th day of June.

                                            _/s/ Nancy Freeman Gans_____
                                            Nancy Freeman Gans