UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, et al.,<br><br>Plaintiff,<br><br>v.<br><br>SUN LIFE FINANCIAL, INC., ET AL.,<br><br>Defendant. | Civil Action<br>No. 04-10584-GAO<br>_____<br><br>Consolidated Cases Nos.:<br><br>04-10764-GAO<br>04-11019-GAO |

## [PROPOSED] ORDER ON DEFENDANT JEFFREY L. SHAMES MOTION FOR ENTRY OF SEPARATE AND FINAL JUDGMENT

Defendant Jeffrey L. Shames, having moved pursuant to Fed. R. Civ. P. 54(b) for a determination that there is no just reason for delay in the entry of final judgment and to direct the Clerk to enter final judgment on the Court's January 19, 2006 Order granting, in part, Defendants' Motion to Dismiss the Consolidated Amended Complaint and dismissing all counts against Defendant Jeffrey L. Shames in the above-captioned matter, it is hereby ORDERED:

1. The Court finds that it granted, in part, Defendants' Motion to Dismiss the Consolidated Amended Complaint on January 19, 2006. Further, the Court finds that in doing so, it dismissed all claims against the Trustee Defendants, including all claims against Defendant Jeffrey L. Shames.

2. The Court determines that there is no just reason for delay in the entry of final judgment on its January 19, 2006 Order.

3. The Clerk is hereby expressly directed to enter final judgment as set forth above.

LIBA/1695696.1

SO ORDERED:

_____

The Honorable District Judge George A. O'Toole, Jr.

Dated: \_\_\_\_\_ \_\_, 2006