UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, et al., <br><br> Plaintiffs, <br> v. <br><br> SUN LIFE FINANCIAL, INC., et al., <br><br> Defendants. | No. 04-10584-GAO <br><br> Consolidated Cases Nos.: <br><br> 04-10764-GAO <br> 04-11019-GAO |

**ASSENTED TO MOTION FOR LEAVE
TO FILE SURREPLY**

Defendants Massachusetts Financial Services Co. and MFS Fund Distributors, Inc. ("Defendants"), by their counsel, hereby move this Court for leave to file a Surreply in Support of Defendants' Opposition to the Proposed Intervenors' Motion to Intervene. As grounds therefor, Defendants state that the proposed intervenors' motion raises multiple legal issues, and a surreply will allow Defendants to respond fully to proposed intervenors' motion and reply. Counsel for proposed intervenors has assented to this motion.

Dated: July 5, 2006

1

Respectfully Submitted,

Massachusetts Financial Services Co., and MFS Fund Distributors, Inc.,

By their attorneys,

/s/ William H. Paine
Jeffrey B. Rudman (BBO #433380)
William H. Paine (BBO #550506)
Jonathan A. Shapiro (BBO #567838)
Michael Bongiorno (BB) #558748)
Matthew A. Stowe (BBO #650473)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

2

## CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 7.1(A)(2), I, Jonathan A. Shapiro, certify that I conferred by electronic mail with proposed intervenors' (and plaintiffs') counsel, Nancy Gans, on June 1, 2006, who assented to this motion.

/s/  Jonathan A. Shapiro
Jonathan A. Shapiro

## CERTIFICATE OF SERVICE

I, Matthew A. Stowe, hereby certify that on July 5, 2006, I caused a copy of the foregoing document to be served electronically upon counsel for plaintiffs and proposed intervenors.

/s/  Matthew A. Stowe
Matthew A. Stowe