UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, et al., <br><br> Plaintiffs, <br> v. <br><br> SUN LIFE FINANCIAL, INC., ET AL., <br><br> Defendants. | No. 04-10584-GAO |

## NOTICE OF APPEARANCE OF JENNIFER L. CARPENTER

Please enter my appearance as co-counsel for defendants Sun Life Financial, Inc., Massachusetts Financial Services Co., and MFS Fund Distributors, Inc. in this civil action.

Respectfully submitted,

/s/ Jennifer L. Carpenter
Jennifer L. Carpenter (BBO #647214)
WILMERHALE LLP
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

Dated:  October 19, 2006