# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, et al., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SUN LIFE FINANCIAL INC., et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 04cv10584 (GAO) |

## ASSENTED-TO MOTION
## FOR LEAVE TO APPEAR PRO HAC VICE
## BY JULIA J. SUN, ESQUIRE

Now comes Nancy Freeman Gans, a member in good standing of the bar of this Court and moves the admission in the above-entitled cause of action of Julia J. Sun, Esquire, of Weis & Lurie of New York, New York. Attorney Sun certifies (See Certificate attached to this motion as Exhibit A) that (1) she is a member of the bar in good standing in all jurisdictions where she has been admitted to practice; there ar no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; and (3) she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Defendants assent to this motion.

I have filed an appearance in the above-entitled action. A check for $50 dollar is being mailed to the Court on this day.

Dated: November 22, 2006                Respectfully submitted,

**MOULTON & GANS, P.C.**

By: __/s/ Nancy Freeman Gans_____
    Nancy Freeman Gans (BBO #184540)
33 Broad Street, Suite 1100
Boston, Massachusetts 02109-4216
(617) 369-7979

**Liaison Counsel for Plaintiffs**

## LOCAL RULE 7.1(a)(2) CERTIFICATE

I, Nancy Freeman Gans, certify that I conferred with Jennifer L. Carpenter, Esquire, of Wilmer, Cutler, Pickering, Hale & Dorr, counsel for Defendant via email on November 22, 2006 and that Defendants assented to the Motion.

/s/ Nancy Freeman Gans
Nancy Freeman Gans

## CERTIFICATE OF SERVICE

I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party via ECF.

/s/ Nancy Freeman Gans
Nancy Freeman Gans