# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, et al., | ) |
| | ) |
| Plaintiff | ) No. 04-10584-GAO |
| | ) |
| v. | ) |
| | ) |
| SUN LIFE FINANCIAL, INC., ET AL., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, JULIA J. SUN, hereby certify that:

1. I am a member in good standing of the bars of the State of New York, the State of New Jersey, and the United States District Courts for the Southern and Eastern Districts of New York and the District of New Jersey.

2. There are no disciplinary proceedings pending against me as a member of the foregoing bars; and

3. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

/s/Julia J. Sun
Julia J. Sun
**WEISS & LURIE**
551 Fifth Avenue
New York, New York 10176
(212) 682-3025

Dated: November 20, 2006