UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, et al.,<br><br>                Plaintiffs,<br>v.<br><br>SUN LIFE FINANCIAL, INC., ET AL.,<br><br>                Defendants. | No. 04-10584-GAO |

## NOTICE OF APPEARANCE OF JOHN S. RHEE

Please enter my appearance as co-counsel for defendants Sun Life Financial, Inc., Massachusetts Financial Services Co., and MFS Fund Distributors, Inc. in this civil action.

                                            Respectfully submitted,

                                            /s/John S. Rhee
                                            John S. Rhee (BBO #650139)
                                            WILMER CUTLER PICKERING HALE AND
                                              DORR LLP
                                            60 State Street
                                            Boston, Massachusetts  02109
                                            Telephone:  (617) 526-6000
                                            Facsimile:  (617) 526-5000

Dated:  December 22, 2006