UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUN LIFE FINANCIAL INC., et al.,<br><br>Defendants. | C.A. No. 04-CV-10584 (GAO) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Robert S. Gans, J. Erik Sandstedt and Jerald D. Bien-Willner of Bernstein Litowitz Berger & Grossmann LLP, counsel for the City of Chicago Deferred Compensation Plan ("Chicago") in this action, hereby withdraw their appearances on behalf of Chicago and all other Plaintiffs in this case.

Dated: December 26, 2006

                                            Respectfully submitted,

                                            BERNSTEIN LITOWITZ BERGER
                                              & GROSSMANN LLP

                                              JERALD D. BIEN-WILLNER

                                              ROBERT S. GANS
                                              JERALD D. BIEN-WILLNER
                                              12481 High Bluff Drive, Suite 300
                                              San Diego, CA 92130
                                              Tel:   (858) 793-0070
                                              Fax:  (858) 793-0323

                                                      -and-

J. ERIK SANDSTEDT
1285 Avenue of the Americas
New York, NY 10019
Tel:   (212) 554-1400
Fax:   (212) 554-1444

::ODMA\PCDOCS\BLBGCA\24091\1