UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| ERIC FORSYTHE, et al., | : |
| Plaintiff, | : No. 04-10584-GAO |
| v. | : |
| SUN LIFE FINANCIAL, INC., ET AL., | : |
| Defendants. | : |

**NOTICE OF CHANGE OF LAW FIRM NAME**

TO:   The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT the law firm Milberg Weiss Bershad & Schulman LLP has changed its name to Milberg Weiss & Bershad LLP.  The office address, telephone and facsimile numbers, and e-mail addresses remain the same.

Dated: January 24, 2007

Respectfully submitted,

**MOULTON & GANS, P.C.**

By:    /s/ Nancy Freeman Gans
         Nancy Freeman Gans (BBO #184540)
55 Cleveland Road
Wellesley, Massachusetts  02481
(781) 235-2246

**Liaison Counsel For Plaintiffs**

**MILBERG WEISS & BERSHAD LLP**
Jerome M. Congress
Janine L. Pollack
One Pennsylvania Plaza
New York, New York  10119-0165
(212) 594-5300

**Counsel For Plaintiffs**

### CERTIFICATE OF SERVICE

I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party via ECF or e-mail PDF.

/s/ Nancy Freeman Gans
Nancy Freeman Gans