UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Eric Forsythe, et al.
        Plaintiff(s)

v.                                CIVIL NO. 04-110584-GAO

Sun Life Financial, Inc., et al.
        Defendant(s)

### NOTICE AND ORDER

Bowler, U.S.M.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for  a mediation hearing  on  6/19/2007  at  10:00  A.M. before Magistrate Judge   Marianne B. Bowler   in Courtroom #  25 .

It is further ORDERED that all PARTIES are REQUIRED to attend and must have full binding settlement authority. Leave of court is REQUIRED for any exceptions. All confidential mediation briefs are to be submitted to the court VIA FACSIMILE at (617) 204-5833 at least TWO BUSINESS DAYS prior to the hearing.

SARAH A. THORNTON,
CLERK OF COURT

5/15/2007                                /s/ Marc K. Duffy, Esq.
Date                                     Deputy Clerk

(ADR NOTICE (Forsythe).wpd - 3/7/2005)