- 1 -

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, et al.,<br><br>              Plaintiffs,<br><br>   v.<br><br>MASSACHUSETTS FINANCIAL SERVICES COMPANY and MFS FUND DISTRIBUTORS, INC.,<br><br>              Defendants. | No. 04-10584-GAO |

## ASSENTED TO MOTION TO RESCHEDULE MEDIATION

The above-entitled case has been set for a mediation hearing on June 19, 2007, at 10:00 a.m. before Magistrate Judge Marianne B. Bowler. The Defendants respectfully request that the mediation hearing be rescheduled for July 17, 2007. The Defendants have conferred with the Plaintiffs, and the Plaintiffs assent to the July 17, 2007 date.

US1DOCS 6219644v1

- 2 -

| | |
|---|---|
| ASSENTED TO: | MASSACHUSETTS FINANCIAL SERVICES CO., and MFS FUND DISTRIBUTORS, INC., |
| PLAINTIFFS, | |
| By their attorneys, | By their attorneys, |
| /s/ Janine L. Pollack (w/permission) | /s/ John S. Rhee |
| Janine L. Pollack | William H. Paine (BBO #550506) |
| Milberg Weiss & Bershad LLP | Michael Bongiorno (BBO #558748) |
| One Pennsylvania Plaza | Jonathan A. Shapiro (BBO #567838) |
| New York, NY 10119-0165 | Jennifer L. Carpenter (BBO #647214) |
| (212) 594-5300 | John Rhee (BBO #650139) |
| | WILMER CUTLER PICKERING |
| Richard A. Acocelli | HALE AND DORR LLP |
| WEISS & LURIE | 60 State Street |
| 551 Fifth Avenue | Boston, MA  02109 |
| Suite 1600 | (617) 526-6000 |
| New York, NY  10176 | |
| (212) 682-3025 | |
| | |
| Nancy Freeman Gans | |
| MOULTON & GANS, LLP | |
| 55 Cleveland Road | |
| Wellesley, MA  02481 | |
| (781) 235-2246 | |

## CERTIFICATE OF SERVICE

I, John S. Rhee, hereby certify that on June 1, 2007, I caused a copy of the foregoing document to be served upon counsel for Plaintiffs via electronic and first class mail.

                              /s/ John S. Rhee
                              John S. Rhee