**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| MARCUS DUMOND, et al., | : | |
| | : | |
| Plaintiffs | : | Civ. No. 04-11458-GAO |
| | : | |
| v. | : | |
| | : | |
| SUN LIFE FINANCIAL, INC., ET AL., | : | |
| | : | |
| Defendants. | : | |
| ERIC FORSYTHE, et al., | : | |
| | : | |
| Plaintiffs | : | Civ. No. 04-10584-GAO |
| | : | |
| v. | : | |
| | : | |
| SUN LIFE FINANCIAL, INC., ET AL., | : | |
| | : | |
| Defendants. | : | |

**ASSENTED-TO MOTION TO CONTINUE**
**STATUS HEARING SCHEDULED FOR OCTOBER 29, 2007**

The Forsythe Plaintiffs in the above-entitled case move this Court to continue the status conference now scheduled for October 29, 2007, for both cases, to Tuesday November 20, 2007, in order to enable counsel to focus on documenting the settlement previously reported to this Court. The definitive settlement agreement is nearly complete and the parties need to formalize the agreement and obtain signatures from various parties. The Defendants and the Dumond Plaintiffs both assent to this motion.

WHEREFORE, the Forsythe Plaintiffs request that the status conference be continued to Tuesday, November 20, 2007.

Dated:  October 23, 2007

**The *Forsythe* Plaintiffs**,

**By their counsel**

/s/ Nancy Freeman Gans
Nancy Freeman Gans (BBO #184540)
**MOULTON & GANS, P.C.**
55 Cleveland Road
Wellesley, Massachusetts  02481
Tel: (781) 235-2246

**Liaison Counsel For The *Forsythe* Plaintiffs**

**WEISS & LURIE**
Joseph H. Weiss
Richard A. Acocelli
Julia J. Sun
551 Fifth Avenue, Suite 1600
New York, New York  10176
(212) 682-3025

**MILBERG WEISS BERSHAD
  & SCHULMAN LLP**
Jerome M. Congress
Janine L. Pollack
One Pennsylvania Plaza
New York, New York  10119-0165
(212) 594-5300

**Co-Lead Counsel For The *Forsythe* Plaintiffs**

## LOCAL RULE 7.1 CERTIFICATE

I, Nancy Freeman Gans, Liaison counsel for the *Forsythe* Plaintiffs, hereby certify that I conferred by telephone on October 23, 2007, with Michelle Blauner, Esquire, Shapiro, Haber & Urmy, LLP, counsel for the Dumond Plaintiffs, and  with William Paine, Esquire, Wilmer Cutler Pickering Hale and Dorr LLP, counsel for defendants in both cases, regarding the above motion. The Dumond Plaintiffs and the Defendants assent to the Motion.

/s/ Nancy Freeman Gans

                        Nancy Freeman Gans

## **CERTIFICATE OF SERVICE**

     I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served via ECF upon the attorney of record for each party on October 23, 2007.

                        /s/ Nancy Freeman Gans
                        Nancy Freeman Gans