UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC FORSYTHE, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS FINANCIAL SERVICES COMPANY and MFS FUND DISTRIBUTORS, INC.,<br><br>                Defendants. | No. 04-10584-GAO |

## UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE SCHEDULED FOR NOVEMBER 26, 2007

The above-entitled case has been set for a status conference on Monday, November 26, 2007 at 2pm. The Defendants respectfully request that this status conference be continued, and that the Court set a date after December 5, 2007 for this status conference. The Defendants have conferred with the Plaintiffs, and the Plaintiffs do not oppose this motion.

- 1 -

US1DOCS 6452872v1

- 2 -

        MASSACHUSETTS FINANCIAL SERVICES CO., and MFS FUND DISTRIBUTORS, INC.,

        By their attorneys,

        /s/ John S. Rhee
        William H. Paine (BBO #550506)
        Michael Bongiorno (BBO #558748)
        John Rhee (BBO #650139)
        WILMER CUTLER PICKERING HALE AND DORR LLP
        60 State Street
        Boston, MA  02109
        (617) 526-6000

**CERTIFICATE OF SERVICE**

    I, John S. Rhee, hereby certify that on November 21, 2007, I caused a copy of the foregoing document to be served upon counsel for Plaintiffs via electronic mail.

        /s/ John S. Rhee
        John S. Rhee