**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSSETTS**

| | |
|---|---|
| ERIC FORSYTHE, et al., : | |
| : | No. 04-10584-GAO |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| SUN LIFE FINANCIAL, INC., ET AL., : | |
| : | |
| Defendants. : | |

**NOTICE OF CHANGE OF LAW FIRM NAME**

TO:   The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT the law firm Milberg Weiss LLP has changed its name to Milberg LLP.  The office address, telephone and facsimile numbers remain the same; however, e-mail addresses have changed to reflect milberg.com as the domain name.

Dated: April 7, 2008

                                                               Respectfully submitted,

                                                               **MOULTON & GANS, P.C.**

                                                                By:     /s/ Nancy Freeman Gans
                                                                          Nancy Freeman Gans (BBO #184540)
                                                                55 Cleveland Road
                                                                Wellesley, Massachusetts  02481
                                                                (781) 235-2246

                                                                **Liaison Counsel For Plaintiffs**

        **MILBERG WEISS LLP**
        Jerome M. Congress
        Janine L. Pollack
        One Pennsylvania Plaza
        New York, New York 10119-0165
        (212) 594-5300

        **Counsel For Plaintiffs**

## **CERTIFICATE OF SERVICE**

    I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party via ECF.

        /s/ Nancy Freeman Gans
        Nancy Freeman Gans