UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ERIC FORSYTHE
         Plaintiff(s)

v.                                    CIVIL ACTION NO. 04-10584-GAO

SUN LIFE FINANCIAL INC.
         Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE        , D.J.

**IT IS ORDERED AND ADJUDGED**

Eddings v. Sun Life Financial Inc. ( 04-cv-10764-GAO) was consolidated with this case. Any claim in 04-cv-10764-GAO, except for a claim under sec.36(b) of the ICA was dismissed on the merits pursuant to the Court's January 19, 2006 Memorandum and Order entered in this case (dkt. No. 101). In addition, any sec. 36(b) claim brought by Larry Eddings and the City of Chicago Deferred Compensation Plan (plaintiffs in 04-cv-10764-GAO) was dismissed for lack of standing pursuant to the same Memorandum and Order.

Therefore, there being no just reason for delay, in accordance with Federal Rules of Civil Procedure 54(b), judgment is entered in favor of the defendants as to all claims brought by Larry Eddings and the City of Chicago Deferred Compensation Plan.

SARAH A. THORNTON,
CLERK OF COURT

Dated: 4/8/08                    By  /s/ Paul S. Lyness
                                       Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)